```
OE250            MS - Milk Specialties Global    USER TWESTPHAL   7/21/11
                                                                  12:50:48
```
**Invoices By Customer**

```
Customer............ 312000    359    United Vaccine Inc.

  Invoice       Value           TAX        Total   Discount     Date   Perd
√ 0191710       61.00           .00        61.00        .00   2/16/10   1002
```

```
1=Select
F3=Exit   F12=Previous   F15=Ascending date order
```





DEFENDANT'S EXHIBIT MSG-12

NF001589

**Invoices By Customer**

Customer............ 312000    424   United Vaccine Inc.

| Invoice | Value | TAX | Total | Discount | Date | Perd |
|---|---|---|---|---|---|---|
| ✓/0197687 | 150.00 | .00 | 150.00 | .00 | 7/14/10 | 1007 |
| ✓ 0192322 | 150.00 | .00 | 150.00 | .00 | 3/03/10 | 1003 |
| ‒ 0187485 | 250.00 | .00 | 250.00 | .00 | 10/22/09 | 0910 |
| ‒ 0185071 | 250.00 | .00 | 250.00 | .00 | 8/13/09 | 0908 |
| ‒ 0180791 | 220.00 | .00 | 220.00 | .00 | 4/15/09 | 0904 |

1=Select
F3=Exit   F12=Previous   F15=Ascending date order


CONFIDENTIAL

```
                                           *************************
  Milk Specialties Global                  *      PICKING NOTE     *   PAGE    1
  Deliver to              Invoice to       *                       *   NF
                                           *************************
  United Vaccine Inc.     NATIONAL FEEDS, INC
  2919 Commerce Pk Dr     P.O. BOX 51             PICKING NOTE  0278958/00
                          6477 Ft. Recovery - Minster Road      OUR ORDER     0278958
  Fitchburg                                       DATE          2/12/10    2/16/10
  WI                      MARIA STEIN             YOUR REF.     1490
  53719                   OH                      DATE          2/11/10
                          45860                   CUSTOMER      312000 /359
                                                  SHIP METHOD   Prepaid + Freight
                                                  CARR. STANDARD FORWARDING  SH RM:
```

| Item code | COUNT UM | SIZE | Description | Ware house | Units ordered | Quantity | Quantity shipped | Balance to follow |
|---|---|---|---|---|---|---|---|---|
| 407016 | 40 BG | 50.00 | Natl GroFur Mink w/LD Klb 50LB USA | NP | Pounds | 2000.000 | 2000.000 | .0000 |
|  |  |  | Total Weight = 100000.00000 |  |  |  |  |  |

*handwritten:* 4070/le  2-12-10  40

CONFIDENTIAL

*handwritten:* SF  ① 2070 #  Tuesday

NF001591

STRAIGHT BILL OF LADING - SHORT FORM ORIGINAL - NOT NEGOTIABLE       PAGE 1 of 1

| Account: | 312000 / 359 | BILL OF LADING NO: | 0278958-00   NF |
|---|---|---|---|
| Customer PO: | 1490 | SCHEDULE DATE: | 2/16/10 |
| Order Date: | 2/11/10 | | |

SHIPPER: Milk Specialties Global
847-426-3411

SHIP TO:
United Vaccine Inc.
2919 Commerce Pk Dr
Fitchburg, WI 53719
608-276-5501

SHIP FROM: New Holstein
1310 Milwaukee Drive
P.O. Box 220
New Holstein, WI 53061

CARRIER: STANDARD FORWARDING TRUCKING

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted, (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in uniform freight classifications in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

| ITEM | DESCRIPTION | QUANTITY | SIZE | COUNT | U/M | WEIGHT |
|---|---|---|---|---|---|---|
| | STANDARD FORWARDING 02/16/10 "CLASS 50" 608-276-5501 | | | | | |
| 407016 | Natl GroFur Mink w/LD Kib 50LB U | 2000 LB | 50 | 40 | BG | 2000 |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to consignee without recourse on the the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor)

If charges are to be prepaid, write or stamp here, "to be prepaid"

**Prepaid + Freigh**

**Classification**

STANDARD FORWARDING CO.-SHIPPER COPY
108-4794126

PALLETS RECEIVED ___0___

PALLETS SHIPPED ___1___

SEAL NUMBER _____

CONFIDENTIAL

TOTAL Gross WGT. (LBS)  2070  ~~2000~~

Shipper, Per _____  Agent _____  PER  2/16/10 ①STF

NF001592

```
                                    *********************************
Deliver to          Milk Specialties Global       *    PICKING NOTE    *
                                                  *          PAGE    1 *
United Vaccine Inc.      Invoice to               * NF                 *
7550 Sugar Ridge Road                             *********************************
                         NATIONAL FEEDS, INC      PICKING NOTE  0278959/00
                         P.O. BOX 51              OUR ORDER     0278959
                         6477 Ft. Recovery - Minster Road  DATE  2/19/10   3/01/10
Verona                                            YOUR REF.     1490
WI                       MARIA STEIN              DATE          2/11/10
53593                    OH                       CUSTOMER      312000 /424
                         45860                    SHIP METHOD   Prepaid + Freight
                                                  CARR: MSC TRUCK       SH RM:

Item                                              Ware    Units          Quantity       Quantity     Balance
code    COUNT  UM  SIZE   Description             house   ordered                       shipped      to follow

407023   240 BG     50.00  Nat'l GroMax Mink w/HD Klb Sold   NP    Pounds    12000.000    12000.000      .0000
         173        *NOTIFY WITH ETA**
                    608-692-8063 ADAM HARNACK
        173? bags Total Weight = 600000.00000
                          Mostes
                          UV of
                          Mitchell
```

CONFIDENTIAL

handwritten: Brian, Rick Nast

NF001593

Product _____  P.O. # _____  Date: _____

Shipped To: _____

| Lot Number | Number Of Bags | Lot Number (407023) | Number Of Bags |
|---|---|---|---|
| 1) | | 21) BB02/10/11 | 40 |
| 2) | | 22)  ''          '' | 40 |
| 3) | | 23) | 35 |
| 4) | | 24) | 30 |
| 5) | | 25) | 28 |
| 6) | | 26) | |
| 7) | | 27) | |
| 8) | | 28) | |
| 9) | | 29) | |
| 10) | | 30) | |
| 11) | | 31) | |
| 12) | | 32) | |
| 13) | | 33) | |
| 14) | | 34) | |
| 15) | | 35) | |
| 16) | | 36) | |
| 17) | | 37) | |
| 18) | | 38) | |
| 19) | | 39) | |
| 20) CONFIDENTIAL | | 40) | |

| | |
|---|---|
| Account: 312000 / 424 | BILL OF LADING NO: 0278959-01   NF |
| Customer PO: 1490 | SCHEDULE DATE: 3/01/10 |
| Order Date: 2/11/10 | |
| SHIP TO: United Vaccine Inc.<br>7550 Sugar Ridge Road<br>Verona, WI 53593<br>608-276-5501 | SHIPPER: Milk Specialties Global<br>847-426-3411<br>SHIP FROM: New Holstein<br>1310 Milwaukee Drive<br>P.O. Box 220<br>New Holstein, WI 53061<br>CARRIER: MSC TRUCK<br>BRUCE T-636 |

0192302  3-3-10

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted, (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in uniform freight classifications in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

| ITEM | DESCRIPTION | QUANTITY | SIZE | COUNT | U/M | WEIGHT |
|---|---|---|---|---|---|---|
| | MSC TRUCK 03/03/10<br>BRUCE T-636<br>**NOTIFY WITH ETA**<br>608-692-8063 ADAM HARNACK | | | | | |
| 407023 | Natl GroMax Mink w/LD Klb 50LB | 8650 LB | 50 | 173 | BG | 8650 |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to consignee without recourse on the the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor)

If charges are to be prepaid, write or stamp here, "to be prepaid"

**Prepaid + Freigh**

**Classification**

PALLETS RECEIVED _____

PALLETS SHIPPED _____

SEAL NUMBER _____

CONFIDENTIAL

TOTAL NET WGT. (LBS)    8650

Shipper, Per _____  Agent _____  PER _____

MS - Milk Specialties Global

| Deliver to | Invoice to | |
|---|---|---|
| United Vaccine Inc.<br>7550 Sugar Ridge Road<br><br>Verona<br>WI<br>53593 | NATIONAL FEEDS, INC<br>P.O. BOX 51<br>6477 Ft. Recovery - Minster Road<br><br>MARIA STEIN<br>OH<br>45860 | * PICKING NOTE * PAGE 1<br>* REPRINT * NF<br>PICKING NOTE 0278960/00<br>OUR ORDER 0278960<br>DATE 7/09/10 6/23/10<br>YOUR REF. 1490<br>DATE 2/11/10 .0000<br>CUSTOMER 312000 /424<br>SHIP METHOD Prepaid + Freight<br>CARR: MSC TRUCK SH RM: |

| Item code | COUNT UM | SIZE | Description | Ware house | Units ordered | Quantity | Quantity shipped | Balance to follow |
|---|---|---|---|---|---|---|---|---|
| | | | **NOTIFY WITH BTA**<br>KRISTY RUCKER AT:<br>614-301-4002 CELL OR<br>608-276-5501 EXT. 35 OFFICE<br>OR<br>JEAN MAZZARA AT:<br>608-276-5501 EXT. 30 | | | | | |
| 407023 | 240 BG | 50.00 | Natl GroMax Mink w/LD Kib 50LB | NF | Pounds | 12000.000 | 12000.000 | |
| | | | Total Weight = 600000.00000 | | | | | |

Jim
T-634

6 out

Brian

CONFIDENTIAL

NF001596

Product _____ P.O. # _____ Date: _____

Shipped To: _____

| Lot Number | Number Of Bags | Lot Number (407023) | Number Of Bags |
|---|---|---|---|
| 1) | | 21) BB07/06/11 | 40 |
| 2) | | 22) BB07/06/11 | 40 |
| 3) | | 23) BB07/06/11 | 40 |
| 4) | | 24) BB07/06/11 | 40 |
| 5) | | 25) BB07/06/11 | 40 |
| 6) | | 26) BB07/06/11 | 40 |
| 7) | | 27) | |
| 8) | | 28) | |
| 9) | | 29) | |
| 10) | | 30) | |
| 11) | | 31) | |
| 12) | | 32) | |
| 13) | | 33) | |
| 14) | | 34) | |
| 15) | | 35) | |
| 16) | | 36) | |
| 17) | | 37) | |
| 18) | | 38) | |
| 19) | | 39) | |
| 20) | | 40) | |

CONFIDENTIAL

NF001597

| | | BILL OF LADING NO: | 0278960 - 00 NF |
|---|---|---|---|
| Account: | 312000 / 424 | SCHEDULE DATE: | 6/23/10 |
| Customer PO: | 1490 | SHIPPER: | Milk Specialties Global<br>260 S. Washington St<br>Carpentersville, IL 60110<br>847-426-3411 |
| Order Date: | 2/11/10 | | |
| SHIP TO: | United Vaccine Inc.<br>7550 Sugar Ridge Road<br>Verona, WI 53593<br>608-276-5501 | SHIP FROM: | New Holstein<br>1310 Milwaukee Dr. (P.O.<br>New Holstein, WI 53061 |
| | | CARRIER: | MSC TRUCK<br>JIM T-634 |

0197687 7-14-10

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted, (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in uniform freight classifications in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

| ITEM | DESCRIPTION | QUANTITY | SIZE | COUNT | U/M | WEIGHT |
|---|---|---|---|---|---|---|
| | MSG TRUCK 07/14/10<br>JIM T-634<br>**NOTIFY WITH ETA**<br>KRISTY RUCKER AT:<br>614-301-4002 CELL OR<br>608-276-5501 EXT. 35 OFFICE<br>OR<br>JEAN MAZZARA AT:<br>608-276-5501 EXT. 30 | | | | | |
| 407023 | Natl GroMax Mink w/LD Klb 50LB | 12000 LB | 50 | 240 | BG | 12000 |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to consignee without recourse on the the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor)

If charges are to be prepaid, write or stamp here, "to be prepaid"

**Prepaid + Freigh**

**Classification**

PALLETS RECEIVED _____
PALLETS SHIPPED _____
SEAL NUMBER _____

CONFIDENTIAL

TOTAL NET WGT. (LBS)    12000

Shipper, Per _____    Agent _____    Per/Driver _____    Pickup Date

NF001598