OE250 MS - Milk Specialties Global USER TWESTPHAL 7/21/11 12:52:43

**Invoices By Customer**

Customer........... 312000 325 Jon Hackel

| Invoice | Value | TAX | Total | Discount | Date | Perd |
|---|---|---|---|---|---|---|
| 0196673 | .00 | .00 | .00 | .00 | 6/18/10 | 1006 |
| 0196207 | .00 | .00 | .00 | .00 | 6/08/10 | 1006 |
| 0195364 | 240.00 | .00 | 240.00 | .00 | 5/18/10 | 1005 |
| C016233 | .30- | .00 | .30- | .00 | 5/18/10 | 1005 |
| 0195318 | .30 | .00 | .30 | .00 | 5/17/10 | 1005 |
| 0193493 | .00 | .00 | .00 | .00 | 3/31/10 | 1004 |
| 0191704 | .00 | .00 | .00 | .00 | 2/16/10 | 1002 |
| 0189134 | .00 | .00 | .00 | .00 | 12/10/09 | 0912 |
| 0188446 | 347.47 | .00 | 347.47 | .00 | 11/19/09 | 0911 |
| 0187104 | .00 | .00 | .00 | .00 | 10/13/09 | 0910 |
| 0183403 | .00 | .00 | .00 | .00 | 6/25/09 | 0906 |
| 0182426 | .00 | .00 | .00 | .00 | 5/29/09 | 0906 |
| 0182033 | 1533.40 | .00 | 1533.40 | .00 | 5/19/09 | 0905 |
| 0180412 | .00 | .00 | .00 | .00 | 4/03/09 | 0904 + |

1=Select

F3=Exit F12=Previous F15=Ascending date order

CONFIDENTIAL

Blumberg No. 5114
DEFENDANT'S
EXHIBIT
MSG-4

MS - Milk Specialties Global

| Deliver to | Invoice to | |
|---|---|---|
| Jon Hackel<br>W983 Huckleberry Street<br><br>Edgar<br>WI<br>54426 | NATIONAL FEEDS, INC<br>P.O. BOX 51<br>6477 Ft. Recovery - Minster Road<br><br>MARIA STEIN<br>OH<br>45860 | * PICKING NOTE * PAGE 1<br>* NF<br>PICKING NOTE 0278571/00<br>OUR ORDER 0278571<br>DATE 2/10/10 2/10/10<br>YOUR REF.<br>DATE 2/02/10 .0000<br>CUSTOMER 312000 /325<br>SHIP METHOD 3rd PARTY BILLING<br>CARR: SH RM: PERFORMANCE FREIGHT |

| Item code | COUNT | UM | SIZE | Description | Ware house | Units ordered | Quantity | Quantity shipped | Balance to follow |
|---|---|---|---|---|---|---|---|---|---|
| | | | | PERFORMANCE FREIGHT 02/10/10<br>"CLASS 50"<br>715-352-3267 HOME<br>715-297-5980 CELL | | | | | |
| 40554 | 40 | BG | 50.00 | Mink Conditioner Extruded 50LB USA | NF | Pounds | 2000.000 | 2000.000 | |
| 407047 | ~~240~~ (224) | BG | 50.00 | Nat'l [illegible] Rapid Regular Kib 50lbUSA<br>*** 10,000 KIT CARDS *** | NF | Pounds | 12000.000 | 12000.000 | |
| | | | | Total Weight = 700000.00000 | | | | | |

Handwritten: 40554 9K16M00L 40

407047 2-11-10 40 40 40 40 40

2065 2074 2063 2073 2075 2088

7 SK

Ship Friday or Monday

Brian

Performance Freight

CONFIDENTIAL

NF001346

Product ______________ P.O. # ______________ Date: ______________

Shipped To: ______________

| Lot Number | Number Of Bags | Lot Number (407047) | Number Of Bags |
|---|---|---|---|
| 1) | | 21) BB02/11/11 | 40 |
| 2) | | 22) | 40 |
| 3) | | 23) | 40 |
| 4) | | 24) | 40 |
| 5) | | 25) | 40 |
| 6) | | 26) | 24 |
| 7) | | 27) | |
| 8) | | 28) | |
| 9) | | 29) | |
| 10) | | 30) | |
| 11) | | 31) | |
| 12) | | 32) | |
| 13) | | 33) | |
| 14) | | 34) | |
| 15) | | 35) | |
| 16) | | 36) | |
| 17) | | 37) | |
| 18) | | 38) | |
| 19) | | 39) | |
| 20) | | 40) | |

CONFIDENTIAL

STRAIGHT BILL OF LADING - SHORT FORM ORIGINAL - NOT NEGOTIABLE

Account: 312000 / 325

Customer PO:

Order Date: 2/02/10

BILL OF LADING NO: 0278571-01 NF

SCHEDULE DATE: 2/10/10

SHIPPER: Milk Specialties Global 847-426-3411

SHIP FROM: New Holstein 1310 Milwaukee Drive P.O. Box 220 New Holstein, WI 53061

CARRIER: MSC TRUCK

SHIP TO: Jon Hackel W983 Huckleberry Street Edgar, WI 54426 715-352-3267

019704 2-16-10

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted, (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in uniform freight classifications in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

1

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

| ITEM | DESCRIPTION | QUANTITY | SIZE | COUNT | U/M | WEIGHT |
|---|---|---|---|---|---|---|
| | MSC TRUCK 02/16/10<br>JIM T-635<br>715-352-3267 HOME<br>715-297-5980 CELL | | | | | |
| 40554 | Mink Conditioner Extruded 50LB U | 2000 LB | 50 | 40 | BG | 2000 |
| 407047 | Nat'l Mink Repro Regular Kib 50l | 11200 LB | 50 | 224 | BG | 11200 |
| | *** 10,000 KIT CARDS *** | | | | | |

Jon Hackel

CONFIDENTIAL

TOTAL NET WGT. (LBS) 13200

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to consignee without recourse on the the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of consignor)

If charges are to be prepaid, write or stamp here, "to be prepaid"

Prepaid + Freigh

Classification

PALLETS RECEIVED

PALLETS SHIPPED 7

SEAL NUMBER 3267395

Shipper, Per ________ Agent ________ PER ________

MS - Milk Specialties Global

| Deliver to | Invoice to |
|---|---|
| Jon Hackol | NATIONAL FEEDS, INC |
| W983 Huckleberry Street | P.O. BOX 51 |
| | 6477 Ft. Recovery - Minster Road |
| Edgar | MARIA STEIN |
| WI | OH |
| 54426 | 45860 |

* PICKING NOTE * PAGE 1
* NF

PICKING NOTE 0281079/00
OUR ORDER 0281079
DATE 3/29/10 3/31/10
YOUR REF.
DATE 3/29/10 .0000
CUSTOMER 312000 /325
SHIP METHOD 3rd PARTY BILLING
CARR: SH RM: PERFORMANCE FREIGHT

| Item code | COUNT UM | SIZE | Description | Ware house | Units ordered | Quantity | Quantity shipped | Balance to follow |
|---|---|---|---|---|---|---|---|---|
| | | | PERFORMANCE FREIGHT 03/31/10<br>"CLASS 50"<br>715-352-3267 HOME<br>715-297-5980 CELL<br>3RD PARTY BILL TO:<br>NATIONAL FEEDS, INC.<br>6477 FT. RECOVERY - MINSTER ROAD<br>MARIA STEIN, OH 45860 | | | | | |
| 405586 | 40 BG | 50.00 | Natl Mink Maintenance Kib USA 50LB | NF | Pounds | 2000.000 | 2000.000 | |
| 405647 | 100 BG | 50.00 | Natl Mink Lactation Kib 50LB USA | NF | Pounds | 5000.000 | 5000.000 | |
| 405661 | 12 BG | 50.00 | Nat'l Mink Early Growth Kib USA 50LB | NF | Pounds | 600.000 | 600.000 | |
| 407092 | 40 BG | 25.00 | Natl Cmplt Repro Reg Kib 25lb USA | NF | Pounds | 1000.000 | 1000.000 | |
| 405630 | 15 BG | 50.00 | Natl Mink Lactation Crumlet 50LB USA | NF | Pounds | 750.000 | 750.000 | |
| | | | Total Weight = 442500.00000 | | | | | |

405586 9J26M001 40
405647 2-12-10 100
405661 2-06-10 12
407092 9L07M001 40

Put Repro on top

4 SK

8950 #

Wed

Performance Freight

122
2066
2512
2494
1878

CONFIDENTIAL

NF001349

**STRAIGHT BILL OF LADING - SHORT FORM ORIGINAL - NOT NEGOTIABLE**

**Account:** 312000 / 325
**Customer PO:**
**Order Date:** 3/29/10

**BILL OF LADING NO:** 0281079-01 NF
**SCHEDULE DATE:** 3/31/10

**SHIPPER:** Milk Specialties Global
847-426-3411
**SHIP FROM:** New Holstein
1310 Milwaukee Drive
P.O. Box 220
New Holstein, WI 53061
**CARRIER:**
PERFORMANCE FREIGHT

**SHIP TO:**
Jon Hackel
W983 Huckleberry Street
Edgar, WI 54426
715-352-3267

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted, (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in uniform freight classifications in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

**1**

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

PERFORMANCE FREIGHT 03/31/10
"CLASS 50"
** NEEDS TO DELIVER THURSDAY OR MONDAY **
** DO NOT DELIVER ON FRIDAY **
715-352-3267 HOME
715-297-5980 CELL
3RD PARTY BILL TO:
NATIONAL FEEDS, INC.
6477 FT. RECOVERY - MINSTER ROAD
MARIA STEIN, OH 45860

| ITEM | DESCRIPTION | QUANTITY | SIZE | COUNT | U/M | WEIGHT |
|---|---|---|---|---|---|---|
| 405586 | Natl Mink Maintenance Kib USA 50 | 2000 LB | 50 | 40 | BG | 2000 |
| 405647 | Natl Mink Lactation Kib 50LB USA | 5000 LB | 50 | 100 | BG | 5000 |
| 405661 | Nat'l Mink Early Growth Kib USA | 600 LB | 50 | 12 | BG | 600 |
| 407092 | Natl Cmplt Repro Reg Kib 25lb US | 1000 LB | 25 | 40 | BG | 1000 |

PERFORMANCE | PALLETS | PCS.
MKE PRO# 18809921

[signature] 3-31-10
DENNIS R. BAKER 192 BAGS ON 4 SWS

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to consignee without recourse on the the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of consignor)

If charges are to be prepaid, write or stamp here, "to be prepaid"

3rd PARTY BILLIN

Classification

PALLETS RECEIVED: 0

PALLETS SHIPPED: 4

SEAL NUMBER:

CONFIDENTIAL

TOTAL ~~NET~~ Gross WGT. (LBS) ~~8600~~ 8950

Shipper, Per ______ Agent ______ PER ______

NF001350

Milk Specialties

| Deliver to | Invoice to |
|---|---|
| Jon Heckel<br>W983 Huckleberry Street<br><br>Edgar<br>WI<br>54426 | NATIONAL FEEDS, INC<br>P.O. BOX 51<br>6477 Ft. Recovery - Minster Road<br><br>MARIA STEIN<br>OH<br>45860 |

* PICKING NOTE * PAGE 1
* NF

PICKING NOTE 0283068/00
OUR ORDER 0283068
DATE 5/14/10 5/17/10
YOUR REF.
DATE 5/10/10 .0000
CUSTOMER 312000 /325
SHIP METHOD 3rd PARTY BILLING
CARR: SH RM: PERFORMANCE FREIGHT

| Item code | COUNT UM | SIZE | Description | Ware house | Units ordered | Quantity | Quantity shipped | Balance to follow |
|---|---|---|---|---|---|---|---|---|
| | | | PERFORMANCE FREIGHT 05/17/10<br>"CLASS 50"<br>715-352-3267 HOME<br>715-297-5980 CELL | | | | | |
| 405647 | 20 BG | 50.00 | Natl Mink Lactation Kib 50LB USA | NF | Pounds | 1000.000 | 1000.000 | |
| 405661 | 120 BG | 50.00 | Nat'l Mink Early Growth Kib USA 50LB | NF | Pounds | 6000.000 | 6000.000 | |
| 407023 | 80 BG | 50.00 | Natl GroMax Mink W/LD Kib 50LB | NF | Pounds | 4000.000 | 4000.000 | |
| 26558 | 6 BG | 50.00 | Nat'l Blended Fish Protein 50LB | NF | Pounds | 300.000 | 300.000 | |
| 405630 | 20 BG | 50.00 | Natl Mink Lactation Crumlet 50LB USA | NF | Pounds | 1000.000 | 1000.000 | |
| 405654 | 40 BG | 50.00 | Natl Mink Early Gro Crum 50LB USA | NF | Pounds | 2000.000 | 2000.000 | |
| | | | Total Weight = 715000.00000 | | | | | |

Handwritten annotations: 405647 4-15-10 20; 405661 4-16-10 120; 558 OD07H01-1 6; 405630 48946 20; 405654 49233 40

7 SK

14752 #

Monday

Performance Freight

2376 2058 2056 2062 2068 2062 2069

CONFIDENTIAL

STRAIGHT BILL OF LADING - SHORT FORM ORIGINAL - NOT NEGOTIABLE

**Account:** 312000 / 325

**Customer PO:**

**Order Date:** 5/10/10

**BILL OF LADING NO:** 0283068-00 NF

**SCHEDULE DATE:** 5/17/10

**SHIPPER:** Milk Specialties Global
847-426-3411

**SHIP FROM:** New Holstein
1310 Milwaukee Drive
P.O. Box 220
New Holstein, WI 53061

**CARRIER:** PERFORMANCE FREIGHT

**SHIP TO:**
Jon Hackel
W983 Huckleberry Street
Edgar, WI 54426
715-352-3267

1

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted, (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in uniform freight classifications in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

| ITEM | DESCRIPTION | QUANTITY | SIZE | COUNT | U/M | WEIGHT |
|---|---|---|---|---|---|---|
| | PERFORMANCE FREIGHT 05/17/10<br>"CLASS 50"<br>715-352-3267 HOME<br>715-297-5980 CELL<br>3RD PARTY BILL TO:<br>NATIONAL FEEDS, INC.<br>6477 FT. RECOVERY - MINSTER ROAD<br>P.O. BOX 51<br>MARIA STEIN, OH 45860 | | | | | |
| 405647 | Natl Mink Lactation Klb 50LB USA | 1000 LB | 50 | 20 | BG | 1000 |
| 405661 | Nat'l Mink Early Growth Kib USA | 6000 LB | 50 | 120 | BG | 6000 |
| 407023 | Natl GroMax Mink w/LD Klb 50LB | 4000 LB | 50 | 80 | BG | 4000 |
| 26558 | Nat'l Blended Fish Protein 50LB | 300 LB | 50 | 6 | BG | 300 |
| 405630 | Natl Mink Lactation Crumlet 50LB | 1000 LB | 50 | 20 | BG | 1000 |
| 405654 | Natl Mink Early Gro Crum 50LB US | 2000 LB | 50 | 40 | BG | 2000 |

PERFORMANCE FREIGHT SYSTEMS, INC. PALLETS PCS.
MKE PRO# 18516256

Dennis R. Bayer
DENNIS R. BAYER
5-17-10
286 BAGS ON 7 SWS

CONFIDENTIAL

TOTAL ~~NET~~ Gross WGT. (LBS) ~~14300~~ 14752

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to consignee without recourse on the the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of consignor)

If charges are to be prepaid, write or stamp here, "to be prepaid"

3rd PARTY BILLIN

Classification

PALLETS RECEIVED 0

PALLETS SHIPPED 7

SEAL NUMBER

Shipper, Per ____ Agent ____ PER ____

NF001352

MS - Milk Specialties Global

| Deliver to | Invoice to |
|---|---|
| Jon Hackel<br>W983 Huckleberry Street<br><br>Edgar<br>WI<br>54426 | NATIONAL FEEDS, INC<br>P.O. BOX 51<br>6477 Ft. Recovery - Minster Road<br><br>MARIA STEIN<br>OH<br>45860 |

PICKING NOTE — PAGE 1 — NF

PICKING NOTE 0284534/00
OUR ORDER 0284534
DATE 6/07/10 6/08/10
YOUR REF. .0000
DATE 6/07/10
CUSTOMER 312000 /325
SHIP METHOD 3rd PARTY BILLING
CARR: SH RM: PERFORMANCE FREIGHT

| Item code | COUNT UM | SIZE | Description | Ware house | Units ordered | Quantity | Quantity shipped | Balance to follow |
|---|---|---|---|---|---|---|---|---|
| | | | PERFORMANCE FREIGHT 06/08/10<br>"CLASS 50"<br>715-352-3267 HOME<br>715-297-5980 CELL<br>3RD PARTY BILL TO:<br>NATIONAL FEEDS, INC.<br>6477 FT RECOVERY - MINSTER ROAD<br>P.O. BOX 51<br>MARIA STEIN, OH 45860 | | | | | |
| 405586 | 80 BG | 50.00 | Natl Mink Maintenance Kib USA 50LB | NF | Pounds | 4000.000 | 4000.000 | |
| 405654 | 48 BG | 50.00 | Natl Mink Early Gro Crum 50LB USA | NF | Pounds | 2400.000 | 2400.000 | |
| | | | 49233<br>Total Weight = 320000.00000 | | | | | |

3 SK

2466
2064
2063
6593 #

Tuesday

Performance Freight

Brian

CONFIDENTIAL

Product ______________________ P.O. # _____________ Date: _____________

Shipped To: ______________________________________

| Lot Number | Number Of Bags | Lot Number (405586) | Number Of Bags |
|---|---|---|---|
| 1) | | 21) 9526M32660 | 40 |
| 2) | | 22) 32659 | 40 |
| 3) | | 23) | |
| 4) | | 24) | |
| 5) | | 25) | |
| 6) | | 26) | |
| 7) | | 27) | |
| 8) | | 28) | |
| 9) | | 29) | |
| 10) | | 30) | |
| 11) | | 31) | |
| 12) | | 32) | |
| 13) | | 33) | |
| 14) | | 34) | |
| 15) | | 35) | |
| 16) | | 36) | |
| 17) | | 37) | |
| 18) | | 38) | |
| 19) | | 39) | |
| 20) | | 40) | |

CONFIDENTIAL

## STRAIGHT BILL OF LADING - SHORT FORM ORIGINAL - NOT NEGOTIABLE

**Account:** 312000 / 325
**Customer PO:**
**Order Date:** 6/07/10

**BILL OF LADING NO:** 0284534 - 00 NF
**SCHEDULE DATE:** 6/08/10
**SHIPPER:** Milk Specialties Global
260 S. Washington St
Carpentersville, IL 60110
847-426-3411

**SHIP TO:**
Jon Hackel
W983 Huckleberry Street
Edgar, WI 54426
715-352-3267

**SHIP FROM:** New Holstein
1310 Milwaukee Dr. (P.O.
New Holstein, WI 53061

**CARRIER:** PERFORMANCE FREIGHT

1

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted, (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in uniform freight classifications in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

| ITEM | DESCRIPTION | QUANTITY | SIZE | COUNT | U/M | WEIGHT |
|---|---|---|---|---|---|---|
| | PERFORMANCE FREIGHT 06/08/10<br>"CLASS 50"<br>715-352-3267 HOME<br>715-297-5980 CELL<br>3RD PARTY BILL TO:<br>NATIONAL FEEDS, INC.<br>6477 FT RECOVERY - MINSTER ROAD<br>P.O. BOX 51<br>MARIA STEIN, OH 45860 | | | | | |
| 405586 | Natl Mink Maintenance Klb USA 50 | 4000 LB | 50 | 80 | BG | 4000 |
| 405654 | Natl Mink Early Gro Crum 50LB US | 2400 LB | 50 | 48 | BG | 2400 |

PERFORMANCE FREIGHT SYSTEMS, INC. | PALLETS | PCS.
MKE PRO# 18909472

128 PCS ON 3 SWS

CONFIDENTIAL

TOTAL ~~NET~~ Gross WGT. (LBS) ~~6400~~ 6593

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to consignee without recourse on the the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of consignor)

If charges are to be prepaid, write or stamp here, "to be prepaid"

3rd PARTY BILLIN

Classification

PALLETS RECEIVED 0

PALLETS SHIPPED 3

SEAL NUMBER

Shipper, Per ______ Agent ______ Per/Driver [signature] DENNIS R. BAYER

Picked Date 6-8-10

NF001355

MS - Milk Specialties Global

Deliver to

Jon Hackel
W983 Huckleberry Street

Edgar
WI
54426

Invoice to

NATIONAL FEEDS, INC
P.O. BOX 51
6477 Ft. Recovery - Minster Road

MARIA STEIN
OH
45860

PICKING NOTE — PAGE 1 — NF

PICKING NOTE 0285135/00
OUR ORDER 0285135
DATE 6/18/10 6/18/10
YOUR REF.
DATE 6/18/10 .0000
CUSTOMER 312000 /325
SHIP METHOD 3rd PARTY BILLING
CARR: SH RM: TRI STATE

| Item code | COUNT | UM | SIZE | Description | Ware house | Units ordered | Quantity | Quantity shipped | Balance to follow |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 715-352-3267 HOME<br>715-297-5980 CELL | | | | | |
| 407023 | 160 | BG | 50.00 | Natl GroMax Mink w/LD Kib 50LB 160<br>6-11-10<br>Total Weight = 400000.00000 | NF | Pounds | 8000.000 | 8000.000 | |

Tri State
Friday

4 out

CONFIDENTIAL

**STRAIGHT BILL OF LADING - SHORT FORM ORIGINAL - NOT NEGOTIABLE**

**Account:** 312000 / 325
**Customer PO:**
**Order Date:** 6/18/10

**BILL OF LADING NO:** 0285135 - 00 NF
**SCHEDULE DATE:** 6/18/10
**SHIPPER:** Milk Specialties Global
260 S. Washington St
Carpentersville, IL 60110
847-426-3411

**SHIP TO:**
Jon Hackel
W983 Huckleberry Street
Edgar, WI 54426
715-352-3267

**SHIP FROM:** New Holstein
1310 Milwaukee Dr. (P.O.
New Holstein, WI 53061

**CARRIER:**
TRI STATE

**1**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted, (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in uniform freight classifications in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

| ITEM | DESCRIPTION | QUANTITY | SIZE | COUNT | U/M | WEIGHT |
|---|---|---|---|---|---|---|
| | 715-352-3267 HOME<br>715-297-5980 CELL | | | | | |
| 407023 | Natl GroMax Mink w/LD Kib 50LB | 8000 LB | 50 | 160 | BG | 8000 |

CONFIDENTIAL

[signature]
6/18/2010

**TOTAL NET WGT. (LBS)** 8000

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to consignee without recourse on the the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of consignor)

If charges are to be prepaid, write or stamp here, "to be prepaid"

**3rd PARTY BILLIN**

**Classification**

PALLETS RECEIVED ______

PALLETS SHIPPED 4

SEAL NUMBER ______

Shipper, Per ______ Agent ______ Per/Driver ______ Pickup Date ______

NF001357