**Invoices By Customer**

Customer........... 312000     359   United Vaccine Inc.

| Invoice | Value | TAX | Total | Discount | Date | Perd |
|---------|-------|-----|-------|----------|------|------|
| ✓ 0191710 | 61.00 | .00 | 61.00 | .00 | 2/16/10 | 1002 |

1=Select
F3=Exit   F12=Previous   F15=Ascending date order





DEFENDANT'S
EXHIBIT
MSG - 12

NF001589

**Invoices By Customer**

Customer............ 312000    424   United Vaccine Inc.

| Invoice | Value | TAX | Total | Discount | Date | Perd |
|---------|-------|-----|-------|----------|------|------|
| ✓/0197687 | 150.00 | .00 | 150.00 | .00 | 7/14/10 | 1007 |
| ✓ 0192322 | 150.00 | .00 | 150.00 | .00 | 3/03/10 | 1003 |
| 0187485 | 250.00 | .00 | 250.00 | .00 | 10/22/09 | 0910 |
| 0185071 | 250.00 | .00 | 250.00 | .00 | 8/13/09 | 0908 |
| 0180791 | 220.00 | .00 | 220.00 | .00 | 4/15/09 | 0904 |

1=Select
F3=Exit   F12=Previous  F15=Ascending date order


CONFIDENTIAL

Milk Specialties Global

**Deliver to**
United Vaccine Inc.
2919 Commerce Pk Dr

Fitchburg
WI
53719

**Invoice to**
NATIONAL FEEDS, INC
P.O. BOX 51
6477 Ft. Recovery - Minster Road

MARIA STEIN
OH
45860

```
****************************
*   PICKING NOTE           *
*                 PAGE   1 *
*              NF          *
****************************

PICKING NOTE    027095S/00
OUR ORDER       027095S
DATE            2/12/10      2/16/10
YOUR REF.       1490
DATE            2/11/10 /S59
CUSTOMER        312000 /S59
SHIP METHOD     Prepaid + Freight
CARR: STANDARD FORWARDING  SH RM:
```

| Item code | COUNT | UM | SIZE | Description | Ware house | Units ordered | Quantity | Quantity shipped | Balance to follow |
|-----------|-------|----|----|-------------|-----------|---------------|----------|------------------|-------------------|
| 407016 | 40 BG | | 50.00 | 608-276-5501 Natl GroPur Mink w/LD Klb 50LB USA | NF | Pounds | 2000.000 | 2000.000 | .0000 |

Total Weight = 100000.00000

*handwritten: 40 (circled)*

*handwritten: 76706*

*handwritten: 2-/2-/10*

*handwritten signatures and notes:*
*"Tuesday"*
*"2010 #"*
*"S/C" (circled 1)*
*"SF"*

CONFIDENTIAL

NF001591

| Account: | 312000 / 359 | BILL OF LADING NO: | **0278958-00** | NF |

| Customer PO: | 1490 | SCHEDULE DATE: | 2/16/10 |

| Order Date: | 2/11/10 |

**SHIP TO**

United Vaccine Inc.
2919 Commerce Pk Dr
Fitchburg, WI 53719
608-276-5501

SHIPPER: Milk Specialties Global
847-426-3411

SHIP FROM: New Holstein
1310 Milwaukee Drive
P.O. Box 220
New Holstein, WI 53061

CARRIER: STANDARD FORWARDING TRUCKING

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted, (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in uniform freight classifications in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.
*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

| ITEM | DESCRIPTION | QUANTITY | SIZE | COUNT | U/M | WEIGHT |
|------|-------------|----------|------|-------|-----|--------|
| | STANDARD FORWARDING 02/16/10 | | | | | |
| | "CLASS 50" | | | | | |
| | 608-276-5501 | | | | | |
| 407016 | Natl GroFur Mink w/LD Kib 50LB U | 2000 LB | 50 | 40 | BG | 2000 |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor)

If charges are to be prepaid, write or stamp here, "to be prepaid"

**Prepaid + Freigh**

**Classification**

STANDARD FORWARDING CO.-SHIPPER COPY

**108-4794126**

CONFIDENTIAL

PALLETS RECEIVED       O

PALLETS SHIPPED       1

SEAL NUMBER

Gross   2070
TOTAL NET WGT. (LBS)   ~~2000~~

Shipper, Per _____  Agent _____  PER __2/16/10 (DSTBF__

CONFIDENTIAL

# Milk Specialties Global

**Deliver to**
United Vaccine Inc.
7550 Sugar Ridge Road
Verona
WI
53593

**Invoice to**
NATIONAL FEEDS, INC
P.O. BOX 51
6477 Ft. Recovery - Minster Road
MARIA STEIN
OH
45860

```
***********************************
*          PICKING NOTE           *
*                          PAGE  1 *
*                          NF      *
***********************************
PICKING NOTE   0278959/00
OUR ORDER      0278959
DATE           2/19/10    3/02/10
YOUR REF.      1490
DATE           2/11/10
CUSTOMER       3120000 /424
SHIP METHOD    Prepaid + Freight
CARR. MSC TRUCK
SH RM:                      .0000
```

| Item code | COUNT UN | SIZE | Description | Ware house | Units ordered | Quantity | Quantity shipped | Balance to follow |
|---|---|---|---|---|---|---|---|---|
| 407023 | 50.00 | 240*kg | **NOTIFY WITH ETA** 608-692-8065 ADAM HARNACK | NF | Pounds | 12000.000 | 12000.000 | |
| | | | ** Total Weight ** 600000.00000 | | | | | |

173

247*kg 177? bags 3

Markes UV of Mishle

Brian

5 out

NF001593

Product _____ P.O. # _____ Date: _____

Shipped To: _____

| Lot Number | Number Of Bags | Lot Number (407023) | Number Of Bags |
|---|---|---|---|
| 1) | | 21) BB02/10/11 | 40 |
| 2) | | 22)       ʼʼ          ʼʼ | 40 |
| 3) | | 23) | 35 |
| 4) | | 24) | 30 |
| 5) | | 25) | 28 |
| 6) | | 26) | |
| 7) | | 27) | |
| 8) | | 28) | |
| 9) | | 29) | |
| 10) | | 30) | |
| 11) | | 31) | |
| 12) | | 32) | |
| 13) | | 33) | |
| 14) | | 34) | |
| 15) | | 35) | |
| 16) | | 36) | |
| 17) | | 37) | |
| 18) | | 38) | |
| 19) | | 39) | |
| 20) | | 40) | |

CONFIDENTIAL

| | |
|---|---|
| **Account:** 312000 / 424 | **BILL OF LADING NO: 0278959-01**   NF |
| **Customer PO:** 1490 | **SCHEDULE DATE:** 3/01/10 |
| **Order Date:** 2/11/10 | **SHIPPER:** Milk Specialties Global |
| | 847-426-3411 |
| S | **SHIP FROM:** New Holstein |
| H  United Vaccine Inc. | 1310 Milwaukee Drive |
| I  7550 Sugar Ridge Road | P.O. Box 220 |
| P  Verona, WI  53593 | New Holstein, WI 53061 |
| T  608-276-5501 | |
| O | **CARRIER:** MSC TRUCK |
| | BRUCE T-636 |

O/93320
3-3-10

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted, (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in uniform freight classifications in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**1**

| ITEM | DESCRIPTION | QUANTITY | SIZE | COUNT | UM | WEIGHT | |
|---|---|---|---|---|---|---|---|
| | MSC TRUCK 03/03/10 | | | | | | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to consignee without recourse on the the consignor, the consignor shall sign the following statement: |
| | BRUCE T-636 | | | | | | |
| | **NOTIFY WITH ETA** | | | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | 608-692-8063 ADAM HARNACK | | | | | | |
| 407023 | Natl GroMax Mink w/LD Klb 50LB | 8650 LB | 50 | 173 | BG | 8650 | |
| | | | | | | | (Signature of consignor) |

If charges are to be prepaid, write or stamp here, "to be prepaid"

**Prepaid + Freigh**

**Classification**

PALLETS RECEIVED _____

PALLETS SHIPPED _____

SEAL NUMBER _____

CONFIDENTIAL

TOTAL NET WGT.  (LBS)            8650

Shipper. Per _____   Agent _____   PER _____

NF001596

*Jim 1-634*

*9 Oct*

*CONFIDENTIAL*

*Bun*

MS - Milk Specialties Global

| Deliver to: | Invoice to: |
|---|---|
| United Vaccine Inc. | NATIONAL FEEDS, INC |
| 7550 Sugar Ridge Road | P.O. BOX 51 |
| | 6477 Ft. Recovery - Minster Road |
| Verona | MARIA STEIN |
| WI | OH |
| 53593 | 45860 |

```
PICKING NOTE REPRINT
PAGE 1        NF

PICKING NOTE   027996000
OUR ORDER      027996000
DATE           6/23/10     7/09/10
YOUR REF.      1490
CUSTOMER       312000/434
SHIP METHOD    Prepaid + Freight
CARR: MSC TRUCK
SH RM:
```

| Item code | UM COUNT | SIZE | Description | Ware house | Units ordered | Quantity | Units | Quantity shipped | Balance to follow |
|---|---|---|---|---|---|---|---|---|---|
| 407023 | 240 BG | 50.00 | Nat'l Growmax Milk w/LD K1b SOLB | NP | Pounds | 12000.000 | 12000.000 | 12000.000 | .0000 |

**NOTIFY WITH ETA**
KRISTY RUCKER AT:
614-301-4002 CELL OR
608-276-5501 EXT. 35 OFFICE
OR
JEAN MAZZARA AT:
608-276-5501 EXT. 30

Total Weight = 600000.00000

Product _____ P.O. # _____ Date: _____

Shipped To: _____

| Lot Number | Number Of Bags | Lot Number (407023) | Number Of Bags |
|---|---|---|---|
| 1) | | 21) BB07/06/11 | 40 |
| 2) | | 22) BB07/06/11 | 40 |
| 3) | | 23) BB07/06/11 | 40 |
| 4) | | 24) BB07/06/11 | 40 |
| 5) | | 25) BB07/06/11 | 40 |
| 6) | | 26) BB07/06/11 | 40 |
| 7) | | 27) | |
| 8) | | 28) | |
| 9) | | 29) | |
| 10) | | 30) | |
| 11) | | 31) | |
| 12) | | 32) | |
| 13) | | 33) | |
| 14) | | 34) | |
| 15) | | 35) | |
| 16) | | 36) | |
| 17) | | 37) | |
| 18) | | 38) | |
| 19) | | 39) | |
| 20) CONFIDENTIAL | | 40) | |

NF001597

| Account: | 312000 / 424 | BILL OF LADING NO: | **0278960 - 00**   NF |
|---|---|---|---|
| Customer PO: | 1490 | SCHEDULE DATE: | 6/23/10 |
| Order Date: | 2/11/10 | SHIPPER: | Milk Specialties Global |

*(handwritten: 019768? 7-14-10)*

**SHIP TO**
United Vaccine Inc.
7550 Sugar Ridge Road
Verona, WI 53593
608-276-5501

SHIPPER: Milk Specialties Global
260 S. Washington St
Carpentersville, IL 60110
847-426-3411

SHIP FROM: New Holstein
1310 Milwaukee Dr. (P.O.
New Holstein, WI 53061

CARRIER: MSC TRUCK
JIM T-634

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted, (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in uniform freight classifications in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

| ITEM | DESCRIPTION | QUANTITY | SIZE | COUNT | U/M | WEIGHT | |
|---|---|---|---|---|---|---|---|
| | MSG TRUCK 07/14/10 | | | | | | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | JIM T-634 | | | | | | |
| | **NOTIFY WITH ETA** | | | | | | |
| | KRISTY RUCKER AT: | | | | | | |
| | 614-301-4002 CELL OR | | | | | | |
| | 608-276-5501 EXT. 35 OFFICE | | | | | | (Signature of consignor) |
| | OR | | | | | | |
| | JEAN MAZZARA AT: | | | | | | |
| | 608-276-5501 EXT. 30 | | | | | | If charges are to be prepaid, write or stamp here, "to be prepaid" |
| 407023 | Natl GroMax Mink w/LD Kib 50LB | 12000 LB | 50 | 240 | BG | 12000 | **Prepaid + Freigh** |
| | | | | | | | **Classification** |

PALLETS RECEIVED _____

PALLETS SHIPPED _____

SEAL NUMBER _____

CONFIDENTIAL

*(handwritten signature)*

TOTAL NET WGT.  (LBS)            12000

Shipper, Per _____    Agent _____    Per/Driver _____

Pickup Date

NF001598