OE250          MS - Milk Specialties Global          USER TWESTPHAL    7/21/11
                                                                       12:52:43

**Invoices By Customer**

Customer............ 312000    325   Jon Hackel

| Invoice   | Value   | TAX | Total   | Discount | Date     | Perd   |
|-----------|---------|-----|---------|----------|----------|--------|
| 0196673   | .00     | .00 | .00     | .00      | 6/18/10  | 1006   |
| 0196207   | .00     | .00 | .00     | .00      | 6/08/10  | 1006   |
| 0195364   | 240.00  | .00 | 240.00  | .00      | 5/18/10  | 1005   |
| C016233   | .30-    | .00 | .30-    | .00      | 5/18/10  | 1005   |
| 0195318   | .30     | .00 | .30     | .00      | 5/17/10  | 1005   |
| 0193493   | .00     | .00 | .00     | .00      | 3/31/10  | 1004   |
| 0191704   | .00     | .00 | .00     | .00      | 2/16/10  | 1002   |
| 0189134   | .00     | .00 | .00     | .00      | 12/10/09 | 0912   |
| 0188446   | 347.47  | .00 | 347.47  | .00      | 11/19/09 | 0911   |
| 0187104   | .00     | .00 | .00     | .00      | 10/13/09 | 0910   |
| 0183403   | .00     | .00 | .00     | .00      | 6/25/09  | 0906   |
| 0182426   | .00     | .00 | .00     | .00      | 5/29/09  | 0906   |
| 0182033   | 1533.40 | .00 | 1533.40 | .00      | 5/19/09  | 0905   |
| 0180412   | .00     | .00 | .00     | .00      | 4/03/09  | 0904 + |

1=Select

F3=Exit   F12=Previous   F15=Ascending date order

CONFIDENTIAL


DEFENDANT'S EXHIBIT MSG-4

NF001345

FROMM

A
B
C
D
E - MAY
F - J
G - JULY
H - AUG.
I - Sept.
J - OCT.
K - NOV.
L - DEC.

```
------------------------------------------------------------
         MS - Milk Specialties Global          : PICKING NOTE    : PAGE 1
------------------------------------------------------------   : NF
Deliver to           | Invoice to              :...................
Jon Hackel           | NATIONAL FEEDS, INC      PICKING NOTE  0278571/00
W983 Huckleberry Street| P.O. BOX 51            OUR ORDER     0278571
                     | 6477 Ft. Recovery - Minster Road   DATE     2/10/10    2/10/10
                     |                          YOUR REP.
Edgar                | MARIA STEIN              DATE          2/02/10               .0000
WI                   | OH                       CUSTOMER      312000 /325
54426                | 45860                    SHIP METHOD   3rd PARTY BILLING
                                              CARR:           SH RM: PERFORMANCE FREIGHT
------------------------------------------------------------
Item  | COUNT  | SIZE | Description       | Ware  | Units   | Quantity | Quantity | Balance
code  |   UM   |      |                   | house | ordered |          | shipped  | to follow
------------------------------------------------------------
                        PERFORMANCE FREIGHT 02/10/10
                        "CLASS 50"
                        715-352-3267 HOME
                        715-297-5980 CELL
40554    40 BG  50.00  Mink Conditioner Extruded 50LB USA  NF  Pounds  2000.000  2000.000
407047  240 BG  50.00  Nat'l ... Regular Rib 50LB USA      NF  Pounds 12000.000 12000.000
                        *** 10,000 KIT CARDS ***
                        Total Weight =  700000.00000
```

40554  9K16M001  40
224

407047  2-11-10   40
                  40
                  40
                  40
                  40

2064 2013 2075 2088
2063 2074

Ship Friday or Monday

Brian

Performance Freight

CONFIDENTIAL

Product _____ P.O. # _____ Date: _____

Shipped To: _____

| Lot Number | Number Of Bags | Lot Number (407047) | Number Of Bags |
|---|---|---|---|
| 1) | | 21) BB02/11/11 | 40 |
| 2) | | 22) | 40 |
| 3) | | 23) | 40 |
| 4) | | 24) | 40 |
| 5) | | 25) | 40 |
| 6) | | 26) | 24 |
| 7) | | 27) | |
| 8) | | 28) | |
| 9) | | 29) | |
| 10) | | 30) | |
| 11) | | 31) | |
| 12) | | 32) | |
| 13) | | 33) | |
| 14) | | 34) | |
| 15) | | 35) | |
| 16) | | 36) | |
| 17) | | 37) | |
| 18) | | 38) | |
| 19) | | 39) | |
| 20) | | 40) | |

CONFIDENTIAL

NF001347

# STRAIGHT BILL OF LADING - SHORT FORM ORIGINAL - NOT NEGOTIABLE

PAGE 1 of 1

| | |
|---|---|
| Account: 312000 / 325 | BILL OF LADING NO: 0278571-01  NF |
| Customer PO: | SCHEDULE DATE: 2/10/10 |
| Order Date: 2/02/10 | SHIPPER: Milk Specialties Global  847-426-3411 |
| SHIP TO: Jon Hackel  W983 Huckleberry Street  Edgar, WI 54426  715-352-3267 | SHIP FROM: New Holstein  1310 Milwaukee Drive  P.O. Box 220  New Holstein, WI 53061 |
| | CARRIER: MSC TRUCK |

Handwritten: 0191704  2-16-10

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted, (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in uniform freight classifications in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is 'carrier's or shipper's weight.'"
NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

| ITEM | DESCRIPTION | QUANTITY | SIZE | COUNT | U/M | WEIGHT |
|---|---|---|---|---|---|---|
| | MSC TRUCK 02/16/10 | | | | | |
| | JIM T-635 | | | | | |
| | 715-352-3267 HOME | | | | | |
| | 715-297-5980 CELL | | | | | |
| 40554 | Mink Conditioner Extruded 50LB U | 2000 LB | 50 | 40 | BG | 2000 |
| 407047 | Nat'l Mink Repro Regular Klb 50l | 11200 LB | 50 | 224 | BG | 11200 |
| | *** 10,000 KIT CARDS *** | | | | | |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to consignee without recourse on the the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor)

If charges are to be prepaid, write or stamp here, "to be prepaid"

**Prepaid + Freigh**

**Classification**

PALLETS RECEIVED _____

PALLETS SHIPPED  7

SEAL NUMBER  3267395

CONFIDENTIAL

TOTAL NET WGT. (LBS)   13200

Shipper, Per _____  Agent _____  PER _____

NF001348

MS - Milk Specialties Global

Deliver to:
Jon Rachel
N983 Huckleberry Street
Edgar
WI
54426

Invoice to:
NATIONAL FEEDS, INC
P.O. BOX 51
6477 Ft. Recovery - Minster Road
MARIA STEIN
OH
45860

PICKING NOTE
PAGE 1
PICKING NOTE 0281079/00 NF
OUR ORDER 0281079
DATE 3/29/10 3/31/10
YOUR REF.
CUSTOMER 312000 /325
SHIP METHOD 3rd PARTY BILLING
SH RM: PERFORMANCE FREIGHT

CARR:

| Item code | COUNT UM | SIZE | Description | Ware house | Units ordered | Quantity | Quantity shipped | Balance to follow |
|---|---|---|---|---|---|---|---|---|
| | | | PERFORMANCE FREIGHT 03/31/10 *CLASS 50* 715-352-3267 HOME 715-297-5900 CELL 3RD PARTY BILL TO: NATIONAL FEEDS, INC 6477 FT. RECOVERY - MINSTER MARIA STEIN, OH 45860 | | | | | .0000 |
| 405986 | 40 BG 50.00 | | Nat'l Milk Maintenance Rib USA 50LB | NF | Pounds | 2000.000 | 2000.000 | |
| 405647 | 100 BG 50.00 | | Nat'l Mink Rib USA | NF | Pounds | 5000.000 | 5000.000 | |
| 408661 | 12 BG 50.00 | | Nat'l Mink 12.5% 6.6% ch Rib USA 50LB | NF | Pounds | 600.000 | 600.000 | |
| 407092 | 40 BG 25.00 | | Nat'l Canf't Kept 5 Beg Rib 25lb USA | NF | Pounds | 1000.000 | 1000.000 | |
| 405630 | 15 BG 50.00 | | Nat'l Mink Sub Sat | NF | Pounds | 750.000 | 750.000 | |

Total Weight = 44500.00000

Put Repro on top.

1 22
2066
2512
2494
1878

④ $1k

8950 #

Wed

Performance Freight

CONFIDENTIAL

NF001349

Account: 312000 / 325
Customer PO:
Order Date: 3/29/10

BILL OF LADING NO: 0281079-01   NF
SCHEDULE DATE: 3/31/10

SHIPPER: Milk Specialties Global
847-426-3411

SHIP TO:
Jon Hackel
W983 Huckleberry Street
Edgar, WI 54426
715-352-3267

SHIP FROM: New Holstein
1310 Milwaukee Drive
P.O. Box 220
New Holstein, WI 53061

CARRIER: PERFORMANCE FREIGHT

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted, (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in uniform freight classifications in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.
*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

| ITEM | DESCRIPTION | QUANTITY | SIZE | COUNT | U/M | WEIGHT |
|---|---|---|---|---|---|---|
| | PERFORMANCE FREIGHT 03/31/10 | | | | | |
| | "CLASS 50" | | | | | |
| | ** NEEDS TO DELIVER THURSDAY OR MONDAY ** | | | | | |
| | ** DO NOT DELIVER ON FRIDAY ** | | | | | |
| | 715-352-3267 HOME | | | | | |
| | 715-297-5980 CELL | | | | | |
| | 3RD PARTY BILL TO: | | | | | |
| | NATIONAL FEEDS, INC. | | | | | |
| | 6477 FT. RECOVERY - MINSTER ROAD | | | | | |
| | MARIA STEIN, OH 45860 | | | | | |
| 405586 | Natl Mink Maintenance Kib USA 50 | 2000 LB | 50 | 40 | BG | 2000 |
| 405647 | Natl Mink Lactation Kib 50LB USA | 5000 LB | 50 | 100 | BG | 5000 |
| 405661 | Nat'l Mink Early Growth Kib USA | 600 LB | 50 | 12 | BG | 600 |
| 407092 | Natl Cmplt Repro Reg Kib 25lb US | 1000 LB | 25 | 40 | BG | 1000 |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor)

If charges are to be prepaid, write or stamp here, "to be prepaid"

3rd PARTY BILLIN

Classification

PERFORMANCE
MKE PRO# 18809921

Dennis L. Boye 3-31-10
Dennis R. Bayer  192 BAGS
ON 4 SWS

PALLETS RECEIVED  0
PALLETS SHIPPED  4
SEAL NUMBER

CONFIDENTIAL

TOTAL NET WGT. (LBS)   Gross  8950  ~~8600~~

Shipper, Per _____   Agent _____   PER _____

NF001350

NF001351

⑦ SK

wet mash ?

14,752 #

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Milk Specialties | | | | PICKING NOTE | | PAGE 1 | | |
| Deliver to | | | Invoice to | | | NP | | |
| Jon Hackel | | | NATIONAL FEEDS, INC | | PICKING NOTE | 0283068/00 | | |
| W983 Huckleberry Street | | | P.O. BOX 51 | | OUR ORDER | 0283068 | | |
| | | | 6477 Ft. Recovery - Minster Road | | DATE | 5/14/10 5/17/10 | | |
| | | | | | YOUR REF. | | | .0000 |
| Edgar | | | MARIA STEIN | | DATE | 5/10/10 | | |
| WI | | | OH | | CUSTOMER | 312000 /325 | | |
| 54426 | | | 45860 | | SHIP METHOD | 3rd PARTY BILLING | | |
| | | | | CARR: | | SH RM: PERFORMANCE FREIGHT | | |
| Item code | COUNT UM | SIZE | Description | Ware house | Units ordered | Quantity | Quantity shipped | Balance to follow |
| | | | PERFORMANCE FREIGHT 05/17/10 "CLASS 50" 715-352-3267 HOME 715-297-6980 CELL | | | | | |
| 405647 | 20 BG | 50.00 | Nat'l Mink Lactation Kib 50LB USA | NP | Pounds | 1000.000 | 1000.000 | |
| 405661 | 120 BG | 50.00 | Nat'l Mink Early Growth Kib USA 50LB | NP | Pounds | 6000.000 | 6000.000 | |
| 407023 | 80 BG | 50.00 | Nat'l | NP | Pounds | 4000.000 | 4000.000 | |
| 26558 | 6 BG | 50.00 | Nat'l Blended Fish Protein 50LB | NP | Pounds | 300.000 | 300.000 | |
| 405630 | 20 BG | 50.00 | Nat'l Mink Lactation Crumble 50LB USA | NP | Pounds | 1000.000 | 1000.000 | |
| 405654 | 40 BG | 50.00 | Nat'l Mink Early Grom SOLB USA | NP | Pounds | 2000.000 | 2000.000 | |
| | | | Total Weight | | | 718000.0000 | | |

405647 4-15-10 30
405661 4-16-10 120
49233
405654 -40

test results

Monday

Performance Freight

2376 2058 2055 2062 2068 2062 2069

CONFIDENTIAL

BILL OF LADING NO: 0283068-00   NF
SCHEDULE DATE: 5/17/10

Account: 312000 / 325
Customer PO:
Order Date: 5/10/10

SHIP TO:
Jon Hackel
W983 Huckleberry Street
Edgar, WI 54426
715-352-3267

SHIPPER: Milk Specialties Global
847-426-3411

SHIP FROM: New Holstein
1310 Milwaukee Drive
P.O. Box 220
New Holstein, WI 53061

CARRIER: PERFORMANCE FREIGHT

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted, (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in uniform freight classifications in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

| ITEM | DESCRIPTION | QUANTITY | SIZE | COUNT | U/M | WEIGHT |
|---|---|---|---|---|---|---|
| | PERFORMANCE FREIGHT 05/17/10 | | | | | |
| | "CLASS 50" | | | | | |
| | 715-352-3267 HOME | | | | | |
| | 715-297-5980 CELL | | | | | |
| | 3RD PARTY BILL TO: | | | | | |
| | NATIONAL FEEDS, INC. | | | | | |
| | 6477 FT. RECOVERY - MINSTER ROAD | | | | | |
| | P.O. BOX 51 | | | | | |
| | MARIA STEIN, OH 45860 | | | | | |
| 405647 | Nat'l Mink Lactation Kib 50LB USA | 1000 LB | 50 | 20 | BG | 1000 |
| 405661 | Nat'l Mink Early Growth Kib USA | 6000 LB | 50 | 120 | BG | 6000 |
| 407023 | Nat'l GroMax Mink w/LD Kib 50LB | 4000 LB | 50 | 80 | BG | 4000 |
| 26558 | Nat'l Blended Fish Protein 50LB | 300 LB | 50 | 6 | BG | 300 |
| 405630 | Nat'l Mink Lactation Crumlet 50LB | 1000 LB | 50 | 20 | BG | 1000 |
| 405654 | Nat'l Mink Early Gro Crum 50LB US | 2000 LB | 50 | 40 | BG | 2000 |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of consignor)

If charges are to be prepaid, write or stamp here, "to be prepaid"

3rd PARTY BILLIN

Classification

MKE PRO# 18516256

Dennis R. Bayer
DENNIS R. BAYER
5-17-10
286 BAGS ON 7 SWS

PALLETS RECEIVED  0
PALLETS SHIPPED  7
SEAL NUMBER

CONFIDENTIAL

TOTAL NET WGT. (LBS)  Gross  14752  ~~14300~~

Shipper, Per _____  Agent _____  PER _____

MS - Milk Specialties Global

Invoice to

Deliver to
Jen Hackel
W983 Huckleberry Street
Edgar
WI
54426

NATIONAL FEEDS, INC
P.O. BOX 51
6477 Ft. Recovery - Minster Road
MARIA STEIN
OH
45860

PICKING NOTE : PAGE 1
: NP

PICKING NOTE      0204534/00
OUR ORDER         0204534
DATE              6/07/10   6/08/10
YOUR REF.
DATE              6/07/10 /325
CUSTOMER          312000
SHIP METHOD       3rd PARTY BILLING
                  SH RM: PERFORMANCE FREIGHT

CARR:                                          .0000

| Item code | COUNT UM | SIZE | Description | Ware house | Units ordered | Quantity | Quantity shipped | Balance to follow |
|---|---|---|---|---|---|---|---|---|
| | | | PERFORMANCE FREIGHT 06/08/10 *CLASS 50* 715-352-3267 HOME 715-297-5980 CELL 3RD PARTY BILL TO: NATIONAL FEEDS, INC. 6477 FT RECOVERY--MINSTER ROAD P.O. BOX 51 MARIA STEIN, OH 45860 | NP | | | | |
| 405586 | 80 BG 50.00 | | Mcci-Mick Maintenance Gro Drum Klb USA 50LB | | Pounds | 4000.000 | 4000.000 | |
| 405654 | 48 BG 50.00 | | 4823 Pounds Total Weight = 320000.0000 | | Pounds | 2400.000 | 2400.000 | |

handwritten: 4823

3 Sk

2466
2063
6593  #

Tuesday

Performance Freight

CONFIDENTIAL

NF001353

Product _____ P.O. # _____ Date: _____

Shipped To: _____

| Lot Number | Number Of Bags | Lot Number _(405586)_ | Number Of Bags |
|---|---|---|---|
| 1) | | 21) 9526M32660 | 40 |
| 2) | | 22) 32659 | 40 |
| 3) | | 23) | |
| 4) | | 24) | |
| 5) | | 25) | |
| 6) | | 26) | |
| 7) | | 27) | |
| 8) | | 28) | |
| 9) | | 29) | |
| 10) | | 30) | |
| 11) | | 31) | |
| 12) | | 32) | |
| 13) | | 33) | |
| 14) | | 34) | |
| 15) | | 35) | |
| 16) | | 36) | |
| 17) | | 37) | |
| 18) | | 38) | |
| 19) | | 39) | |
| 20) | | 40) | |

CONFIDENTIAL

NF001354

# STRAIGHT BILL OF LADING - SHORT FORM ORIGINAL - NOT NEGOTIABLE

PAGE 1 of 1

| | |
|---|---|
| Account: 312000 / 325 | BILL OF LADING NO: 0284534 - 00   NF |
| Customer PO: | SCHEDULE DATE: 6/08/10 |
| Order Date: 6/07/10 | SHIPPER: Milk Specialties Global<br>280 S. Washington St<br>Carpentersville, IL 60110<br>847-426-3411 |
| SHIP TO:<br>Jon Hackel<br>W983 Huckleberry Street<br>Edgar, WI 54426<br>715-352-3267 | SHIP FROM: New Holstein<br>1310 Milwaukee Dr. (P.O.<br>New Holstein, WI 53061<br>CARRIER: PERFORMANCE FREIGHT |

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted, (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in uniform freight classifications in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

| ITEM | DESCRIPTION | QUANTITY | SIZE | COUNT | UM | WEIGHT |
|---|---|---|---|---|---|---|
| | PERFORMANCE FREIGHT 06/08/10<br>"CLASS 60"<br>715-352-3267 HOME<br>715-297-5980 CELL<br>3RD PARTY BILL TO:<br>NATIONAL FEEDS, INC.<br>6477 FT RECOVERY - MINSTER ROAD<br>P.O. BOX 51<br>MARIA STEIN, OH 45860 | | | | | |
| 405586 | Natl Mink Maintenance Klb USA 50 | 4000 LB | 50 | 80 | BG | 4000 |
| 405654 | Natl Mink Early Gro Crum 50LB US | 2400 LB | 50 | 48 | BG | 2400 |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to consignee without recourse on the the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor)

If charges are to be prepaid, write or stamp here, "to be prepaid"

**3rd PARTY BILLIN**

**Classification**

MKE PRO# 18909472

128 PCS ON 3 SWS

PALLETS RECEIVED ___0___
PALLETS SHIPPED ___3___

SEAL NUMBER _____

CONFIDENTIAL

Goss    6593
TOTAL NET WGT. (LBS)    6400

Shipper, Per _____  Agent _____  Per/Driver _Dennis R. Bayer_   6-8-10
DENNIS R. BAYER                                                    Pickup Date

NF001355

```
-------------------------------------------------       ......................................
             MS - Milk Specialties Global                : PICKING NOTE          : PAGE   1
-------------------------------------------------        :                       : NP
Deliver to              |Invoice to                      ......................................
                        |                                PICKING NOTE   0285135/00
Jon Rackel              |NATIONAL FEEDS, INC             OUR ORDER      0285135
W983 Huckleberry Street |P.O. BOX 51                     DATE              6/18/10    6/18/10
                        |6477 Ft. Recovery - Minster Road YOUR REF.
                        |                                DATE              6/18/10              .0000
Edgar                   |MARIA STEIN                     CUSTOMER       312000   /325
WI                      |OH                              SHIP METHOD    3rd PARTY BILLING
54426                   |45860                                                SH RM: TRI STATE
                                                         CARR:
------------------------------------------------------------------------------------------------
         | COUNT  | SIZE | Description             | Ware  | Units    | Quantity | Quantity | Balance
 Item    |        |      |                         | house | ordered  |          | shipped  | to follow
 code    |     UM |      |                         |       |          |          |          |
------------------------------------------------------------------------------------------------
                          715-352-3267 HOME
                          715-297-5980 CELL

 407023    160 BG   50.00 Natl GroMax Mink w/LD Rib 50LB    NP    Pounds      8000.000    8000.000
                                 6-11-10        160
                          Total Weight =      400000.00000
```

Tri State
Friday

4 out

CONFIDENTIAL

NF001356

STRAIGHT BILL OF LADING - SHORT FORM ORIGINAL - NOT NEGOTIABLE     PAGE 1 of 1

**BILL OF LADING NO:** 0285135 - 00   NF

| | |
|---|---|
| Account: | 312000 / 325 |
| Customer PO: | |
| Order Date: | 6/18/10 |

**SCHEDULE DATE:** 6/18/10

**SHIPPER:** Milk Specialties Global
260 S. Washington St
Carpentersville, IL 60110
847-426-3411

**SHIP TO:**
Jon Hackel
W983 Huckleberry Street
Edgar, WI 54426
715-352-3267

**SHIP FROM:** New Holstein
1310 Milwaukee Dr. (P.O.
New Holstein, WI 53061

**CARRIER:** TRI STATE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted, (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in uniform freight classifications in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

| ITEM | DESCRIPTION | QUANTITY | SIZE | COUNT | U/M | WEIGHT |
|---|---|---|---|---|---|---|
| 407023 | 715-352-3267 HOME
715-297-5980 CELL
Natl GroMax Mink w/LD Klb 50LB | 8000 LB | 50 | 160 | BG | 8000 |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to consignee without recourse on the the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor)

If charges are to be prepaid, write or stamp here, "to be prepaid"

**3rd PARTY BILLIN**

**Classification**

CONFIDENTIAL

*[signature]*
6/18/2010

**TOTAL NET WGT. (LBS)**   8000

| | |
|---|---|
| PALLETS RECEIVED | |
| PALLETS SHIPPED | 4 |
| SEAL NUMBER | |

Shipper, Per _____  Agent _____  Per/Driver _____  Pickup Date

NF001357