```
OE250                MS - Milk Specialties Global      USER TWESTPHAL    7/21/11
                                                                         12:52:43
Invoices By Customer

Customer............ 312000    325   Jon Hackel

  Invoice        Value            TAX         Total    Discount      Date    Perd
√ 0196673          .00            .00           .00         .00    6/18/10   1006
√ 0196207          .00            .00           .00         .00    6/08/10   1006
- 0195364       240.00            .00        240.00         .00    5/18/10   1005
- C016233          .30-           .00           .30-        .00    5/18/10   1005
f 0195318          .30            .00           .30         .00    5/17/10   1005
√ 0193493          .00            .00           .00         .00    3/31/10   1004
√ 0191704          .00            .00           .00         .00    2/16/10   1002
  0189134          .00            .00           .00         .00   12/10/09   0912
- 0188446       347.47            .00        347.47         .00   11/19/09   0911
- 0187104          .00            .00           .00         .00   10/13/09   0910
- 0183403          .00            .00           .00         .00    6/25/09   0906
- 0182426          .00            .00           .00         .00    5/29/09   0906
  0182033      1533.40            .00       1533.40         .00    5/19/09   0905
- 0180412          .00            .00           .00         .00    4/03/09   0904 +
1=Select
_____
F3=Exit   F12=Previous    F15=Ascending date order
```


DEFENDANT'S EXHIBIT MSG-4

NF001345

```
*********************
* PICKING NOTE      *
*********************
```

MS - Milk Specialties Global

| Deliver to | Invoice to | PICKING NOTE | 0278571/00 | PAGE | 1 |
|---|---|---|---|---|---|
| Jon Hackel | NATIONAL FEEDS, INC | OUR ORDER | 0278571 | NP | |
| N983 Huckleberry Street | P.O. BOX 51 | DATE | 2/10/10  2/10/10 | | |
| | 6477 Pt. Recovery - Minster Road | YOUR REF. | | | |
| Edgar | | DATE | 2/02/10 | .0000 | |
| WI | MARIA STEIN | CUSTOMER | 312000 /325 | | |
| 54426 | OH | SHIP METHOD | 3rd PARTY BILLING | | |
| | 45860 | | SH RM: PERFORMANCE FREIGHT | | |
| | | CARR. | | | |

| Item code | COUNT | UM | SIZE | Description | Ware house | Units ordered | Quantity | Quantity shipped | Balance to follow |
|---|---|---|---|---|---|---|---|---|---|
| | | | | PERFORMANCE FREIGHT 02/10/10 | | | | | |
| | | | | "CLASS 50" | | | | | |
| | | | | 715-352-3267 HOME | | | | | |
| | | | | 715-297-5980 CELL | | | | | |
| 40554 | 40 BG | | 50.00 | Mink Conditioner Extruded 50LB USA | NF | Pounds | 2000.000 | 2000.000 | |
| 407047 | 240 BG | | 50.00 | Nat'l Milk Replacer Kid 50lbsSA | NP | Pounds | 12000.000 | 12000.000 | |
| | (224) | | | *** 10,000 KIT CARDS *** | | | | | |
| | | | | Total Weight = | | 700000.00000 | | | |

Handwritten notes:
- 407047 2-11-10
- 40, 40, 40, 40, 40
- 2065, 2074, 2063, 2073, 2075, 2088
- ① DSK #
- Brian
- CONFIDENTIAL
- Performance Freight
- Ship Friday or Monday

NF001346

Product _____ P.O. # _____ Date: _____

Shipped To: _____

| Lot Number | Number Of Bags | Lot Number (407047) | Number Of Bags |
|---|---|---|---|
| 1) | | 21) BB02/11/11 | 40 |
| 2) | | 22) | 40 |
| 3) | | 23) | 40 |
| 4) | | 24) | 40 |
| 5) | | 25) | 40 |
| 6) | | 26) | 24 |
| 7) | | 27) | |
| 8) | | 28) | |
| 9) | | 29) | |
| 10) | | 30) | |
| 11) | | 31) | |
| 12) | | 32) | |
| 13) | | 33) | |
| 14) | | 34) | |
| 15) | | 35) | |
| 16) | | 36) | |
| 17) | | 37) | |
| 18) | | 38) | |
| 19) | | 39) | |
| 20) | | 40) | |

CONFIDENTIAL

NF001347

| | |
|---|---|
| Account: 312000 / 325 | BILL OF LADING NO: 0278571-01  NF |
| Customer PO: | SCHEDULE DATE: 2/10/10 |
| Order Date: 2/02/10 | SHIPPER: Milk Specialties Global  847-426-3411 |
| SHIP TO: Jon Hackel  W983 Huckleberry Street  Edgar, WI 54426  715-352-3267 | SHIP FROM: New Holstein  1310 Milwaukee Drive  P.O. Box 220  New Holstein, WI 53061 |
| | CARRIER: MSC TRUCK |

Handwritten: 0191704   2-16-10

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted, (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in uniform freight classifications in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is 'carrier's or shipper's weight.'"
NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

| ITEM | DESCRIPTION | QUANTITY | SIZE | COUNT | U/M | WEIGHT |
|---|---|---|---|---|---|---|
| | MSC TRUCK 02/16/10 | | | | | |
| | JIM T-635 | | | | | |
| | 715-352-3267 HOME | | | | | |
| | 715-297-5980 CELL | | | | | |
| 40554 | Mink Conditioner Extruded 50LB U | 2000 LB | 50 | 40 | BG | 2000 |
| 407047 | Nat'l Mink Repro Regular Klb 50l | 11200 LB | 50 | 224 | BG | 11200 |
| | *** 10,000 KIT CARDS *** | | | | | |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to consignee without recourse on the the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor)

If charges are to be prepaid, write or stamp here, "to be prepaid"

**Prepaid + Freigh**

**Classification**

PALLETS RECEIVED _____

PALLETS SHIPPED   7

SEAL NUMBER 3267395

TOTAL NET WGT. (LBS)   13200

CONFIDENTIAL

Shipper, Per _____  Agent _____  PER _____

NF001348

*********************************
*         PICKING NOTE           *
*                                *
*              PAGE    1         *
*              NF                *
*********************************

MS - Milk Specialties Global      Invoice to

Deliver to                        NATIONAL FEEDS, INC          PICKING NOTE     0281079/00
Jon Hackel                        P.O. BOX 51                  OUR ORDER        0281079
W983 Huckleberry Street           6477 Ft. Recovery - Minster Road   DATE       3/29/10        3/31/10
                                                               YOUR REF.
Edgar                             MARIA STEIN                  DATE             3/29/10
WI                                OH                           CUSTOMER         312000 /325
54426                             45860                        SHIP METHOD      3rd PARTY BILLING
                                                                                SH RM: PERFORMANCE FREIGHT
                                                               CARR:                            .0000

| Item code | COUNT UN | SIZE | Description | Ware house | Units ordered | Quantity | Quantity shipped | Balance to follow |
|---|---|---|---|---|---|---|---|---|
| | | | PERFORMANCE FREIGHT 03/31/10 | | | | | |
| | | | "CLASS 50" | | | | | |
| | | | 715-352-3267 HOME | | | | | |
| | | | 715-297-5980 CELL | | | | | |
| | | | 3RD PARTY BILL TO: | | | | | |
| | | | NATIONAL FEEDS, INC. | | | | | |
| | | | 6477 FT. RECOVERY - MINSTER ROAD | | | | | |
| | | | MARIA STEIN, OH 45860 | | | | | |
| 405586 | 40 BG | 50.00 | Natl Mink Maintenance Rib USA 50LB | NF | Pounds | 2000.000 | 2000.000 | |
| 405647 | 100 BG | 50.00 | Natl Mink Lactation 50LB USA | NF | Pounds | 5000.000 | 5000.000 | |
| 405661 | 12 BG | 50.00 | Natl Mink Grty Growth Rib USA 50LB | NF | Pounds | 600.000 | 600.000 | |
| 407092 | 40 BG | 25.00 | Natl Capit Repro Reg Rib 25lb USA | NF | Pounds | 1000.000 | 1000.000 | |
| 405630 | 15 BG | 50.00 | Natl Capit Gestation Commat 50LB USA | NF | Pounds | 750.000 | 750.000 | |

Total Weight =    442500.00000

-22
2066
2512
2494
1878

Put Repro
on top

4 USIC

8950 #

Wed

Performance
Freight

CONFIDENTIAL

NF001349

# STRAIGHT BILL OF LADING - SHORT FORM ORIGINAL - NOT NEGOTIABLE

PAGE 1 of 1

| Account: | 312000 / 325 | BILL OF LADING NO: | 0281079-01 | NF |
|---|---|---|---|---|
| Customer PO: | | SCHEDULE DATE: | 3/31/10 | |
| Order Date: | 3/29/10 | | | |

**SHIP TO:**
Jon Hackel
W983 Huckleberry Street
Edgar, WI 54426
715-352-3267

**SHIPPER:**
Milk Specialties Global
847-426-3411

**SHIP FROM:**
New Holstein
1310 Milwaukee Drive
P.O. Box 220
New Holstein, WI 53061

**CARRIER:**
PERFORMANCE FREIGHT

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted, (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

| ITEM | DESCRIPTION | QUANTITY | SIZE | COUNT | U/M | WEIGHT | Classification |
|---|---|---|---|---|---|---|---|
| | PERFORMANCE FREIGHT 03/31/10 "CLASS 60". ** NEEDS TO DELIVER THURSDAY OR MONDAY ** ** DO NOT DELIVER ON FRIDAY ** 715-352-3267 HOME 715-297-5980 CELL 3RD PARTY BILL TO: NATIONAL FEEDS, INC. 6477 FT. RECOVERY - MINSTER ROAD MARIA STEIN, OH 45860 | | | | | | |
| 405586 | Nat'l Mink Maintenance Kib USA 50 | 2000 LB | 50 | 40 | BG | 2000 | |
| 405647 | Nat'l Mink Lactation Kib 50LB USA | 5000 LB | 50 | 100 | BG | 5000 | |
| 405661 | Nat'l Mink Early Growth Kib USA | 600 LB | 50 | 12 | BG | 600 | |
| 407092 | Nat'l Cmplt Repro Reg Kib 25lb US | 1000 LB | 25 | 40 | BG | 1000 | |

MKE PRO# 188099921

Dennis R. Baker 3-31-10
Dennis R. Baker 192 Bags
On 4 SUS

If charges are to be prepaid, write or stamp here, "to be prepaid".

_____ (Signature of consignor)

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee, the consignor shall sign the following statement:

3rd PARTY BILLIN

PALLETS RECEIVED: 0
PALLETS SHIPPED: 17
SEAL NUMBER: _____

CONFIDENTIAL

TOTAL NET WGT. (LBS)
Gross ~~8600~~ 8950

Shipper, Per _____ Agent _____ PER _____

NF001350

# Milk Specialties

**Deliver to:**
Jon Hackel
W983 Huckleberry Street

Edgar
WI
54426

**Invoice to:**
NATIONAL FEEDS, INC
P.O. BOX 51
6477 Ft. Recovery - Minster Road

MARIA STEIN
OH
45860

```
*********************************
*  PICKING NOTE        * PAGE  1
*                      * NF
*********************************
PICKING NOTE    0283068/00
OUR ORDER       0283068
DATE            5/14/10    5/17/10
YOUR REF.
DATE            5/10/10
CUSTOMER        312000  /325
SHIP METHOD     3rd PARTY BILLING
                SH RM: PERFORMANCE FREIGHT
CARR:
```

PERFORMANCE FREIGHT 05/17/10

| Item code | COUNT | UM | SIZE | Description | Ware house | Units ordered | Quantity | Quantity shipped | Balance to follow |
|---|---|---|---|---|---|---|---|---|---|
| 405647 | 20 BG | | 50.00 | Nat'l Mink Lactation Kib 50LB USA "CLASS 50" 715-352-3267 HOME 715-297-5980 CELL | NP | Pounds | 1000.000 | 1000.000 | .0000 |
| 405661 | 120 BG | | 50.00 | Nat'l Mink Early Growth Kib USA 50LB | NP | Pounds | 6000.000 | 6000.000 | |
| 407023 | 80 BG | | 50.00 | Nat'l Grower Mink Kib 50LB | NP | Pounds | 4000.000 | 4000.000 | |
| 26558 | 6 BG | | 50.00 | Nat'l Blended Fish Protein 50LB | NP | Pounds | 300.000 | 300.000 | |
| 405630 | 20 BG | | 50.00 | Nat'l Mink Gestation Crumlet 50LB USA | NP | Pounds | 1000.000 | 1000.000 | |
| 405654 | 90 BG | | 50.00 | Nat'l Mink Early Gro Kib 50LB USA | NP | Pounds | 2000.000 | 2000.000 | |

Total Weight 715000.00000

Handwritten annotations:
- 405647 2-15-19 30
- 405661 405661 470
- 405662 405662 130
- Rdd 7462-6
- 405630 48 9x11 20
- 405654 49233 -40

Handwritten list on left:
2378
2058
2056
2062
2068
2062
2069

14752 #

7514 (circled)

Monday

Performance Freight

NF001351

# STRAIGHT BILL OF LADING - SHORT FORM ORIGINAL - NOT NEGOTIABLE

PAGE 1 of 1

| | |
|---|---|
| Account: 312000 / 325 | BILL OF LADING NO: 0283068-00  NF |
| Customer PO: | SCHEDULE DATE: 5/17/10 |
| Order Date: 5/10/10 | SHIPPER: Milk Specialties Global 847-426-3411 |
| SHIP TO: Jon Hackel<br>W983 Huckleberry Street<br>Edgar, WI 54426<br>715-352-3267 | SHIP FROM: New Holstein<br>1310 Milwaukee Drive<br>P.O. Box 220<br>New Holstein, WI 53061 |
| | CARRIER: PERFORMANCE FREIGHT |

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted, (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in uniform freight classifications in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.
*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

| ITEM | DESCRIPTION | QUANTITY | SIZE | COUNT | U/M | WEIGHT |
|---|---|---|---|---|---|---|
| | PERFORMANCE FREIGHT 05/17/10 | | | | | |
| | "CLASS 50" | | | | | |
| | 715-352-3267 HOME | | | | | |
| | 715-297-5980 CELL | | | | | |
| | 3RD PARTY BILL TO: | | | | | |
| | NATIONAL FEEDS, INC. | | | | | |
| | 6477 FT. RECOVERY - MINSTER ROAD | | | | | |
| | P.O. BOX 51 | | | | | |
| | MARIA STEIN, OH 45860 | | | | | |
| 405647 | Natl Mink Lactation Kib 50LB USA | 1000 LB | 50 | 20 | BG | 1000 |
| 405661 | Nat'l Mink Early Growth Kib USA | 6000 LB | 50 | 120 | BG | 6000 |
| 407023 | Natl GroMax Mink w/LD Kib 50LB | 4000 LB | 50 | 80 | BG | 4000 |
| 26558 | Nat'l Blended Fish Protein 50LB | 300 LB | 50 | 6 | BG | 300 |
| 405630 | Natl Mink Lactation Crumlet 50LB | 1000 LB | 50 | 20 | BG | 1000 |
| 405654 | Natl Mink Early Gro Crum 50LB US | 2000 LB | 50 | 40 | BG | 2000 |

MKE PRO# 18516256

Dennis R. Bayer
Dennis R. Bayer
5-17-10
286 BAGS ON 7 SWS

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to consignee without recourse on the the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor)

If charges are to be prepaid, write or stamp here, "to be prepaid"

3rd PARTY BILLIN

Classification

PALLETS RECEIVED ___0___
PALLETS SHIPPED ___7___
SEAL NUMBER _____

CONFIDENTIAL

TOTAL Gross NET WGT. (LBS)   14752   ~~14300~~

Shipper, Per_____  Agent_____  PER_____

NF001352

MS - Milk Specialties Global

```
******************************
*   PICKING NOTE             *
******************************
```

| | | | | | |
|---|---|---|---|---|---|
| Deliver to | | Invoice to | PAGE | : 1 | |
| Jon Hackel | | NATIONAL FEEDS, INC | NF | | |
| W983 Huckleberry Street | | P.O. BOX 51 | | | |
| | | 6477 Ft. Recovery - Minster Road | PICKING NOTE | 0284534/00 | |
| | | | OUR ORDER | 0284534 | |
| | | MARIA STEIN | DATE | 6/07/10  6/08/10 | |
| Edgar | | OH | YOUR REF. | | |
| WI | | 45860 | DATE | 6/07/10 | |
| 54426 | | | CUSTOMER | 312000 /325 | |
| | | | SHIP METHOD | 3rd PARTY BILLING | .0000 |
| | | | | SH RM: PERFORMANCE FREIGHT | |
| | | CARR: | | | |

| Item code | COUNT UM | SIZE | Description | Ware house | Units ordered | Quantity | Quantity shipped | Balance to follow |
|---|---|---|---|---|---|---|---|---|
| | | | PERFORMANCE FREIGHT 06/08/10 | | | | | |
| | | | "CLASS 50" | | | | | |
| | | | 715-352-3267 HOME | | | | | |
| | | | 715-297-5980 CELL | | | | | |
| | | | 3RD PARTY BILL TO: | | | | | |
| | | | NATIONAL FEEDS, INC. | | | | | |
| | | | 6477 FT RECOVERY - MINSTER ROAD | | | | | |
| | | | P.O. BOX 51 | | | | | |
| | | | MARIA STEIN, OH 45860 | | | | | |
| 405586 | 80 BG | 50.00 | Natl Mink Maintenance Klb USA 50LB | NP | Pounds | 4000.000 | 4000.000 | |
| 405654 | 48 BG | 50.00 | Natl Mink Early Gro Crum 50LB USA | NP | Pounds | 2400.000 | 2400.000 | |
| | | | Total Weight = 320000.00000 | | | | | |

*handwritten notes:*
48233
Brian
CONFIDENTIAL

Performance Freight

Tuesday

3 5/c

2466
2063
6593 #

NF001353

Product _____ P.O. # _____ Date: _____

Shipped To: _____

| Lot Number | Number Of Bags | Lot Number (405586) | Number Of Bags |
|---|---|---|---|
| 1) | | 21) 9J26M32660 | 40 |
| 2) | | 22) 32659 | 40 |
| 3) | | 23) | |
| 4) | | 24) | |
| 5) | | 25) | |
| 6) | | 26) | |
| 7) | | 27) | |
| 8) | | 28) | |
| 9) | | 29) | |
| 10) | | 30) | |
| 11) | | 31) | |
| 12) | | 32) | |
| 13) | | 33) | |
| 14) | | 34) | |
| 15) | | 35) | |
| 16) | | 36) | |
| 17) | | 37) | |
| 18) | | 38) | |
| 19) | | 39) | |
| 20) | | 40) | |

CONFIDENTIAL

# STRAIGHT BILL OF LADING - SHORT FORM ORIGINAL - NOT NEGOTIABLE

PAGE 1 of 1

| | |
|---|---|
| Account: 312000 / 325 | BILL OF LADING NO: 0284534 - 00  NF |
| Customer PO: | SCHEDULE DATE: 6/08/10 |
| Order Date: 6/07/10 | SHIPPER: Milk Specialties Global<br>260 S. Washington St<br>Carpentersville, IL 60110<br>847-426-3411 |
| SHIP TO:<br>Jon Hackel<br>W983 Huckleberry Street<br>Edgar, WI 54426<br>715-352-3267 | SHIP FROM: New Holstein<br>1310 Milwaukee Dr. (P.O.<br>New Holstein, WI 53061 |
| | CARRIER: PERFORMANCE FREIGHT |

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted, (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in uniform freight classifications in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

| ITEM | DESCRIPTION | QUANTITY | SIZE | COUNT | U/M | WEIGHT |
|---|---|---|---|---|---|---|
| | PERFORMANCE FREIGHT 06/08/10<br>"CLASS 50"<br>715-352-3267 HOME<br>715-297-5980 CELL<br>3RD PARTY BILL TO:<br>NATIONAL FEEDS, INC.<br>6477 FT RECOVERY - MINSTER ROAD<br>P.O. BOX 51<br>MARIA STEIN, OH 45860 | | | | | |
| 405586 | Natl Mink Maintenance Klb USA 50 | 4000 LB | 50 | 80 | BG | 4000 |
| 405654 | Natl Mink Early Gro Crum 50LB US | 2400 LB | 50 | 48 | BG | 2400 |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to consignee without recourse on the the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor)

If charges are to be prepaid, write or stamp here, "to be prepaid"

3rd PARTY BILLIN

Classification

MKE PRO# 18909472

128 PCS ON 3 SWS

PALLETS RECEIVED  0
PALLETS SHIPPED  3
SEAL NUMBER _____

CONFIDENTIAL

TOTAL Gross NET WGT. (LBS)  6593  6400

Shipper, Per _____  Agent _____  Per/Driver _____  6-8-10 Pickup Date
Dennis R. Bayer

NF001355

MS - Milk Specialties Global

```
                                                          PICKING NOTE
                                                ************************************
                                                * PICKING NOTE    0285135/00       *
                                                *                                  *   PAGE    1
                                                * OUR ORDER       0285135          *   NP
Deliver to                  Invoice to          * DATE            6/18/10          *
                                                * YOUR REF.                6/18/10
Jon Hackel                  NATIONAL FEEDS, INC * DATE            6/18/10
W983 Huckleberry Street     P.O. BOX 51         * CUSTOMER        312000   /325        .0000
                            6477 Ft. Recovery - Minster Road
                                                * SHIP METHOD     3rd PARTY BILLING
Edgar                       MARIA STEIN                                  SH RM: TRI STATE
WI                          OH
54426                       45860
                                                CARR:
```

| Item code | COUNT | UM | SIZE | Description | Ware house | Units ordered | Quantity | Quantity shipped | Balance to follow |
|---|---|---|---|---|---|---|---|---|---|
| 407023 | 160 BG | | 50.00 | Nat'l GroMax Mink w/LD Klb 50LB | NP | Pounds | 8000.000 | 8000.000 | |
| | | | | 715-352-3267 HOME | | | | | |
| | | | | 715-297-5980 CELL | | | | | |
| | | | | 6-11-10 | | | | | |
| | | | | Total Weight = 400000.00000 lbD | | | | | |

CONFIDENTIAL

Tri State
Friday

4 out

NF001356

# STRAIGHT BILL OF LADING - SHORT FORM ORIGINAL - NOT NEGOTIABLE

PAGE 1 of 1

| | |
|---|---|
| Account: 312000 / 325 | BILL OF LADING NO: 0285135 - 00   NF |
| Customer PO: | SCHEDULE DATE: 6/18/10 |
| Order Date: 6/18/10 | SHIPPER: Milk Specialties Global<br>260 S. Washington St<br>Carpentersville, IL 60110<br>847-426-3411 |
| SHIP TO:<br>Jon Hackel<br>W983 Huckleberry Street<br>Edgar, WI 54426<br>715-352-3267 | SHIP FROM: New Holstein<br>1310 Milwaukee Dr. (P.O.<br>New Holstein, WI 53061 |
| | CARRIER: TRI STATE |

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted, (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in uniform freight classifications in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

| ITEM | DESCRIPTION | QUANTITY | SIZE | COUNT | U/M | WEIGHT |
|---|---|---|---|---|---|---|
| 407023 | 715-352-3267 HOME<br>715-297-5980 CELL<br>Natl GroMax Mink w/LD Klb 50LB | 8000 LB | 50 | 160 | BG | 8000 |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to consignee without recourse on the the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor)

If charges are to be prepaid, write or stamp here, "to be prepaid"

**3rd PARTY BILLIN**

**Classification**

PALLETS RECEIVED _____

PALLETS SHIPPED   4

SEAL NUMBER _____

CONFIDENTIAL

*[signature]*
6/18/2010

TOTAL NET WGT. (LBS)   8000

Shipper, Per _____   Agent _____   Per/Driver _____   Pickup Date _____

NF001357