**SOLD TO:** 312000-325  
**DATE of ORDER:** 2-2-10  
**DATE to SHIP:** 2-10-10  
**INVOICE#** 0191704

John Hackel  
W983 Huckleberry St  
Edgar, WI 54426  
PHONE:  
SHIP TO: same  

PHONE:  
MUST HAVE BY:

DISCOUNT: BASE  1 TON  2 TON  
5 TON  10 TON  15 TON  DIST  
COMMENTS:

deliver on 2/11 or 2/12  
2/15 or 2/16  
12000 solid 250  

send along  
Kit cards - 10,000  

0278571

SHIP METHOD: Performance Freight

| TOT LBS | #BAGS | PIN# | PRODUCT | PRICE |
|---|---|---|---|---|
| | | | **Miscellaneous** | |
| | | 504 | Dical Phos | |
| | | 506 | Sodium Bisulfate-50# | |
| | | 558 | Selenium 200 PMX | |
| | | 625 | Vitamin E - 50# | |
| | | 636 | Mineral Mix 4X | |
| | | 661 | Pyridox F Acid 1% Cu | |
| | | 690 | 500 Mineral Mix | |
| | | 693 | 957 Premix | |
| | | 696 | 952 Vitamin Mix | |
| | | 697 | 956 Premix | |
| | | 705157 | Cheese meal extruded | |
| | | 846 | Egg whole sd | |
| | | 859 | Wheat germ meal | |
| | | | **Fox USA** | |
| | | 407078 | Fox Maintenance Kibbled | |
| | | 407085 | Fox Regular Gro Kibbled | |
| | | 40572 | Fox Super Gro II Kibbled | |
| | | 405579 | Fox Lactation Kibbled | |
| | | 405562 | Fox Reproduction Kibbled | |
| | | | **Kibbled USA** | |
| | | 405586 | Mink Maintenance Kibbled | |
| | | 405593 | Mink Maint. Lo-Fat Kibbled | |
| | Solid 40 | 40554 | Mink Conditioner Kibbled | N/C |
| | Solid 250 | 407047 | Mink Repro Reg. Kibbled | N/C |
| | | 405623 | Mink Repro LoFat Kibbled | |
| | | 405647 | Mink Lactation Kibbled | |
| | | 405661 | Mink Early Gro Kibbled | |
| | | 407023 | GroMax Mink Kibbled | |
| | | 407016 | Mink GroFur Kibbled | |
| | | 40551 | GroFur Gold Mink Kibbled | |
| | | | **PATH VALLEY 25#** | |
| | | 407092 | Reproduction Regular -kibbled | |
| | | 407108 | Lactation USA - kibbled | |
| | | 407122 | Early Growth -kibbled | |
| | | | TOTAL | |

| TOT LBS | #BAGS | PIN# | PRODUCT | PRICE |
|---|---|---|---|---|
| | | | **Cereals USA** | |
| | | 26551 | Fortified Protein Blend | |
| | | 26558 | Blended Fish Protein | |
| | | 26508 | Sum/Fall Cereal - bulk | |
| | | 26518 | Sum/Fall Cereal - bag | |
| | | 26501 | G'nF-20 - bulk | |
| | | 26511 | G'nF-20 - bagged | |
| | | 26505 | G'nF-20 XXTRA Brd-bulk | |
| | | 26515 | G'nF-20 XXTRA Brd-bag | |
| | | 26502 | G'nF-30 - bulk | |
| | | 26512 | G'nF-30 - bagged | |
| | | 26503 | G'nF-35 - bulk | |
| | | 26513 | G'nF-35 - bagged | |
| | | 26504 | G'nF-37 - bulk | |
| | | 26514 | G'nF-37 - bagged | |
| | | 26506 | XX-15 - bulk | |
| | | 26516 | XX-15 - bagged | |
| | | 26507 | XX-25 - bulk | |
| | | 26517 | XX-25 - bagged | |
| | | | XX-25 - bulk | |
| | | 285669 | XX-25KC - bagged | |
| | | 26555A | Custom G'nF Supplement | |
| | | 28546 | Special Mink Meal | |
| | | | **Bulk USA** | |
| | | 407061 | GroMax w/LD Kibbled BULK | |
| | | 407030 | Mink GroFur w/LD Kibbled BULK | |
| | | | **Crumlets USA** | |
| | | 28554 | Mink Maint. Reg. Crumlets | |
| | | 405816 | Mink Repro LoFat Crumlets | |
| | | 405692 | Mink Repro Trimmer Crumlet | |
| | | 405630 | Mink Lactation Crumlets | |
| | | 405654 | Mink Early Gro Crumlets | |
| | | 28541A | Mink GroFur Crumlets | |
| | | 28533 | Mink Furring Trimmer Crum | |
| | | | TOTAL | |



**MilkSpecialties**
GLOBAL

7500 Flying Cloud Drive
Eden Prairie, MN 55344
U.S.A
952.942.7310

| INVOICE * | 0193493 |
|---|---|

REPRINT

**Account #:** 312000
**Invoice Date:** 3/31/10
**Terms:** NET 14
**Payment Due:** 4/14/10
**Customer PO:** 3/29/10
**Order #:** 0281079 / 01
**Ship Via:** 3rd PARTY BILLING

**REMIT TO:** Milk Specialties #774351
4351 Solutions Center
Chicago, IL 60677-4003

**Invoice To:**
NATIONAL FEEDS, INC
P.O. BOX 51
6477 Ft. Recovery - Minster Road
MARIA STEIN, OH 45860

Ph: (419) 925-5050  Fax:

**Shipped To:** 325
Jon Hackel
W983 Huckleberry Street
Edgar, WI 54426

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
|  | > | | | |
|  | > PERFORMANCE FREIGHT 03/31/10 | | | |
|  | > PRO # 18809921 | | | |
|  | > FAX INVOICE TO ED BUSCHUR | | | |
|  | > @ 419-925-5026 | | | |
| 405586 | Natl Mink Maintenance Kib USA 50LB | 2000 LB | 0.00000 | .00 |
| 405647 | Natl Mink Lactation Kib 50LB USA | 5000 LB | 0.00000 | .00 |
| 405661 | Nat'l Mink Early Growth Kib USA 50LB | 600 LB | 0.00000 | .00 |
| 407092 | Natl Cmplt Repro Reg Kib 25lb USA | 1000 LB | 0.00000 | .00 |

**Invoice Messages**

**Total Amount Due**  .00

All Sales are subject to MSC Terms and Conditions of Sale as posted on
WWW.MILKSPECIALTIES.COM/TERMS.
A copy may also be obtained by contacting Customer Service at the address above.

Attachment 2

3

| SOLD TO: 312000-325 | DATE of ORDER: 3-26-10 | DATE to SHIP: when ready 3-31-10 | INVOICE# 0193493 |

| | | | TOT LBS | #BAGS | PIN# | PRODUCT | PRICE | TOT LBS | #BAGS | PIN# | PRODUCT | PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **Miscellaneous** | | | | | **Cereals USA** | |
| | | | | | 504 | Dical Phos | | | | 26551 | Fortified Protein Blend | |
| | | | | | 506 | Sodium Bisulfate-50# | | | | 26558 | Blended Fish Protein | |
| | | | | | 558 | Selenium 200 PMX | | | | 26508 | Sum/Fall Cereal - bulk | |
| PHONE: | | | | | 625 | Vitamin E - 50# | | | | 26518 | Sum/Fall Cereal - bag | |
| SHIP TO: | | | | | 636 | Mineral Mix 4X | | | | 26501 | G'nF-20 - bulk | |
| Jon Heckel | | | | | 661 | Pyridox F Acid 1% Cu | | | | 26511 | G'nF-20 - bagged | |
| | | | | | 690 | 500 Mineral Mix | | | | 26505 | G'nF-20 XXTRA Brd-bulk | |
| W 983 Huckleberry | | | | | 693 | 957 Premix | | | | 26515 | G'nF-20 XXTRA Brd-bag | |
| Edgar, WI | | | | | 696 | 852 Vitamin Mix | | | | | | |
| PHONE: | | | | | 697 | 956 Premix | | | | 26502 | G'nF-30 - bulk | |
| MUST HAVE BY: | | | | | 705157 | Cheese meal extruded | | | | 26512 | G'nF-30 - bagged | |
| | | | | | 846 | Egg whole sd | | | | 26503 | G'nF-35 - bulk | |
| | | | | | 859 | Wheat germ meal | | | | 26513 | G'nF-35 - bagged | |
| DISCOUNT: BASE 1 TON 2 TON | | | | | | **Fox USA** | | | | 26504 | G'nF-37 - bulk | |
| 5 TON  10 TON  15 TON  DIST | | | | | 407078 | Fox Maintenance Kibbled | | | | 26514 | G'nF-37 - bagged | |
| COMMENTS: | | | | | 407085 | Fox Regular Gro Kibbled | | | | 26506 | XX-15 - bulk | |
| by 4-7-10 | | | | | 40572 | Fox Super Gro II Kibbled | | | | 26516 | XX-15 - bagged | |
| | | | | | 405579 | Fox Lactation Kibbled | | | | 26507 | XX-25 - bulk | |
| don't use prepay | | | | | 405562 | Fox Reproduction Kibbled | | | | 26517 | XX-25 - bagged | |
| | | | | | | | | | | 285676 | XX-25KC - bulk | |
| | | | | | | **Kibbled USA** | | | | 285669 | XX-25KC - bagged | |
| | | | 2,000 | 40 | 405586 | Mink Maintenance Kibbled | N/C | | | 26555A | Custom G'nF Supplement | |
| total 4 skids | | | | | 405593 | Mink Maint. Lo-Fat Kibbled | | | | 28546 | Special Mink Meal | |
| | | | | | 40554 | Mink Conditioner Kibbled | | | | | | |
| Call when ship | | | | | 407047 | Mink Repro Reg. Kibbled | | | | | **Bulk USA** | |
| | | | | | 405623 | Mink Repro. LoFat Kibbled | | | | 407061 | GroMax w/LD Kibbled BULK | |
| | | | 5,000 | 100 | 405647 | Mink Lactation Kibbled | N/C | | | 407030 | Mink GroFur w/LD Kibbled BULK | |
| | | | 600 | 12 | 405661 | Mink Early Gro Kibbled | N/C | | | | | |
| ship short per Doris | | | | | 407023 | GroMax Mink Kibbled | | | | | **Crumlets USA** | |
| | | | | | 407016 | Mink GroFur Kibbled | | | | 28554 | Mink Maint. Reg. Crumlets | |
| put Repro on top  hold | | | | | 40551 | GroFur Gold Mink Kibbled | | | | 405616 | Mink Repro LoFat Crumlets | |
| | | | | | | | | | | 405692 | Mink Repro Trimmer Crumlet | |
| | | | | | | **PATH VALLEY 25#** | | 750 | 15 | 405630 | Mink Lactation Crumlets | |
| SHIP METHOD: performance | | | 1,000 | 40 | 407082 | Reproduction Regular -kibbled | N/C | | | 405654 | Mink Early Gro Crumlets | |
| | | | | | 407108 | Lactation USA - kibbled | | | | 28541A | Mink GroFur Crumlets | |
| 0281079 | | | | | 407122 | Early Growth -kibbled | | | | 26533 | Mink Furring Trimmer Crum | |
| | | | | | | TOTAL | | | | | TOTAL | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SOLD TO: 312000-325 | | | DATE of ORDER: May 10 10 | | DATE to SHIP: Mon 17-10 | | | INVOICE # 0105315 | | |
| TOT LBS | #BAGS | PIN# | PRODUCT: | PRICE | TOT LBS | #BAGS | PIN# | PRODUCT: | | PRICE |
| | | | Miscellaneous | | | | | Cereals USA | | |
| | | 504 | Dical Phos | | | | 26551 | Fortified Protein Blend | | |
| | | 506 | Sodium Bisulfate-50# | | 300 | 6 | 26558 | Blended Fish Protein | | .70 |
| | | 558 | Selenium 200 PMX | | | | 26508 | Sum/Fall Cereal - bulk | | |
| | | 625 | Vitamin E - 50# | | | | 26518 | Sum/Fall Cereal - bag | | |
| | | 636 | Mineral Mix 4X | | | | 26501 | G'nF-20 - bulk | | |
| | | 661 | Pyridox F Acid 1% Cu | | | | 26511 | G'nF-20 - bagged | | |
| | | 690 | 500 Mineral Mix | | | | | | | |
| | | 693 | 957 Premix | | | | 26505 | G'nF-20 XXTRA Brd-bulk | | |
| | | 696 | 952 Vitamin Mix | | | | 26515 | G'nF-20 XXTRA Brd-bag | | |
| | | 697 | 956 Premix | | | | | | | |
| | | 705157 | Cheese meal extruded | | | | 26502 | G'nF-30 - bulk | | |
| | | 846 | Egg whole sd | | | | 26512 | G'nF-30 - bagged | | |
| | | 859 | Wheat germ meal | | | | | | | |
| | | | Fox USA | | | | 26503 | G'nF-35 - bulk | | |
| | | 407078 | Fox Maintenance Kibbled | | | | 26513 | G'nF-35 - bagged | | |
| | | 407085 | Fox Regular Gro Kibbled | | | | | | | |
| | | 40572 | Fox Super Gro II Kibbled | | | | 26504 | G'nF-37 - bulk | | |
| | | 405579 | Fox Lactation Kibbled | | | | 26514 | G'nF-37 - bagged | | |
| | | 405562 | Fox Reproduction Kibbled | | | | | | | |
| | | | | | | | 26506 | XX-15 - bulk | | |
| | | | | | | | 26516 | XX-15 - bagged | | |
| | | | Kibbled USA | | | | | | | |
| | | 405586 | Mink Maintenance Kibbled | | | | 285676 | XX-25KC - bulk | | |
| | | 405593 | Mink Maint. Lo-Fat Kibbled | | | | 285669 | XX-25KC - bagged | | |
| | | 40554 | Mink Conditioner Kibbled | | | | | Bulk USA | | |
| | | 407047 | Mink Repro Reg. Kibbled | | | | 407061 | GroMax w/LD Kibbled BULK | | |
| | | 405623 | Mink Repro. LoFat Kibbled | | | | 407030 | Mink GroFur w/LD Kibbled BULK | | |
| 1,000 | 20 | 405647 | Mink Lactation Kibbled | n/c | | | | | | |
| 6,000 | 120 | 405661 | Mink Early Gro Kibbled | n/c | | | | Crumlets USA | | |
| 4,000 | 80 | 407023 | GroMax Mink Kibbled | n/c | | | 28554 | Mink Maint. Reg. Crumlets | | |
| | | 407018 | Mink GroFur Kibbled | | | | 405816 | Mink Repro LoFat Crumlets | | |
| | | 40551 | GroFur Gold Mink Kibbled | | | | 405692 | Mink Repro Trimmer Crumlet | | |
| | | | PATH VALLEY 25# | | 1,000 | 20 | 405630 | Mink Lactation Crumlets | | n/c |
| | | 407092 | Reproduction Regular -kibbled | | 2,000 | 40 | 405654 | Mink Early Gro Crumlets | | n/c |
| | | 407108 | Lactation USA - kibbled | | | | 28541A | Mink GroFur Crumlets | | |
| | | 407122 | Early Growth -kibbled | | | | 26533 | Mink Furring Trimmer Crum | | |
| | | | TOTAL | | | | | TOTAL | | |

PHONE:
SHIP TO: Jon Hackle

PHONE:
MUST HAVE BY:

DISCOUNT: BASE  1 TON  2 TON
5 TON  10 TON  15 TON  DIST
COMMENTS:

Making 950 Max today

SHIP METHOD: ~~ ~~



7500 Flying Cloud Drive
Eden Prairie, MN 55344
U.S.A
952.942.7310

**INVOICE  *   0196207**

REPRINT

Account #: 312000
Invoice Date: 6/08/10
Terms: NET 14
Payment Due: 6/22/10
Customer PO: 6/07/10
Order #: 0284534 / 00
Ship Via: 3rd PARTY BILLING
Shipped To: 325

Jon Hackel
W983 Huckleberry Street
Edgar, WI 54426

REMIT TO: Milk Specialties #774351
4351 Solutions Center
Chicago, IL 60677-4003

Invoice To:
NATIONAL FEEDS, INC
P.O. BOX 51
6477 Ft. Recovery - Minster Road
MARIA STEIN, OH 45860

Ph: (419) 925-5050   Fax:

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
|  | > | | | |
|  | > PERFORMANCE FREIGHT 06/08/10 | | | |
|  | > PRO # 18909472 | | | |
|  | > FAX INVOICE TO ED BUSCHUR | | | |
|  | > @ 419-925-5026 | | | |
| 405586 | Natl Mink Maintenance Kib USA 50LB | 4000 LB | 0.00000 | .00 |
| 405654 | Natl Mink Early Gro Crum 50LB USA | 2400 LB | 0.00000 | .00 |

**Invoice Messages**

**Total Amount Due        .00**

All Sales are subject to MSC Terms and Conditions of Sale as posted on:
WWW.MILKSPECIALTIES.COM/TERMS.
A copy may also be obtained by contacting Customer Service at the address above.

Attachment 2

6

e-mail 6-8-10 9:22am

SOLD TO: 312000-325
DATE of ORDER: 6-7-10
DATE to SHIP: ASAP
INVOICE# 0191207

PHONE:
SHIP TO: John Hackel

PHONE:
MUST HAVE BY:

DISCOUNT: BASE  1 TON  2 TON
5 TON  10 TON  15 TON  DIST

COMMENTS:

SHIP METHOD: Performance

Attached: 2
0284534

| TOT LBS | #BAGS | PIN# | PRODUCT | PRICE | TOT LBS | #BAGS | PIN# | PRODUCT | PRICE |
|---|---|---|---|---|---|---|---|---|---|
| | | | **Miscellaneous** | | | | | **Cereals USA** | |
| | | 504 | Dical Phos | | | | 26551 | Fortified Protein Blend | |
| | | 506 | Sodium Bisulfate-50# | | | | 26558 | Blended Fish Protein | |
| | | 558 | Selenium 200 PMX | | | | 26508 | Sum/Fall Cereal - bulk | |
| | | 625 | Vitamin E - 50# | | | | 26518 | Sum/Fall Cereal - bag | |
| | | 636 | Mineral Mix 4X | | | | 26501 | G'nF-20 - bulk | |
| | | 661 | Pyridox F Acid 1% Cu | | | | 26511 | G'nF-20 - bagged | |
| | | 690 | 500 Mineral Mix | | | | | | |
| | | 693 | 957 Premix | | | | 26505 | G'nF-20 XXTRA Brd-bulk | |
| | | 696 | 952 Vitamin Mix | | | | 26515 | G'nF-20 XXTRA Brd-bag | |
| | | 697 | 956 Premix | | | | | | |
| | | 705157 | Cheese meal extruded | | | | 26502 | G'nF-30 - bulk | |
| | | 846 | Egg whole sd | | | | 26512 | G'nF-30 - bagged | |
| | | 859 | Wheat germ meal | | | | | | |
| | | | **Fox USA** | | | | 26503 | G'nF-35 - bulk | |
| | | 407078 | Fox Maintenance Kibbled | | | | 26513 | G'nF-35 - bagged | |
| | | 407085 | Fox Regular Gro Kibbled | | | | | | |
| | | 40572 | Fox Super Gro II Kibbled | | | | 26504 | G'nF-37 - bulk | |
| | | 405579 | Fox Lactation Kibbled | | | | 26514 | G'nF-37 - bagged | |
| | | 405562 | Fox Reproduction Kibbled | | | | | | |
| | | | | | | | 26506 | XX-15 - bulk | |
| | | | | | | | 26516 | XX-15 - bagged | |
| | | | **Kibbled USA** | | | | 285676 | XX-25KC - bulk | |
| 4000 | 80 | 405586 | Mink Maintenance Kibbled | N/C | | | 285669 | XX-25KC - bagged | |
| | | 405593 | Mink Maint. Lo-Fat Kibbled | | | | | **Bulk USA** | |
| | | 40554 | Mink Conditioner Kibbled | | | | 407061 | GroMax w/LD Kibbled BULK | |
| | | 407047 | Mink Repro Reg. Kibbled | | | | 407030 | Mink GroFur w/LD Kibbled BULK | |
| | | 405623 | Mink Repro. LoFat Kibbled | | | | | | |
| | | 405647 | Mink Lactation Kibbled | | | | | **Crumlets USA** | |
| | | 405661 | Mink Early Gro Kibbled | | | | 28554 | Mink Maint. Reg. Crumlets | |
| | | 407023 | GroMax Mink Kibbled | | | | 405616 | Mink Repro LoFat Crumlets | |
| | | 407016 | Mink GroFur Kibbled | | | | 405692 | Mink Repro Trimmer Crumlet | |
| | | 40551 | GroFur Gold Mink Kibbled | | | | 405630 | Mink Lactation Crumlets | |
| | | | **PATH VALLEY 25#** | | 2400 | 48 | 405654 | Mink Early Gro Crumlets | N/C |
| | | 407092 | Reproduction Regular -kibbled | | | | 28541A | Mink GroFur Crumlets | |
| | | 407108 | Lactation USA - kibbled | | | | 26533 | Mink Furring Trimmer Crum | |
| | | 407122 | Early Growth -kibbled | | | | | | |
| | | | TOTAL | | | | | TOTAL | |



**MilkSpecialties**
GLOBAL

7500 Flying Cloud Drive
Eden Prairie, MN 55344
U.S.A
952.942.7310

| INVOICE * | 0196673 |
|---|---|

REPRINT

Account #: 312000
Invoice Date: 6/18/10
Terms: NET 14
Payment Due: 7/02/10
Customer PO: 6/18/10
Order #: 0285135 / 00
Ship Via: 3rd PARTY BILLING
Shipped To: 325

Jon Hackel
W983 Huckleberry Street
Edgar, WI 54426

REMIT TO: Milk Specialties #774351
4351 Solutions Center
Chicago, IL 60677-4003

Invoice To:
NATIONAL FEEDS, INC
P.O. BOX 51
6477 Ft. Recovery - Minster Road
MARIA STEIN, OH 45860

Ph: (419) 925-5050  Fax:

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| | > | | | |
| | > TRI STATE 06/18/10 | | | |
| | > FAX INVOICE TO ED BUSCHUR | | | |
| | > @ 419-925-5026 | | | |
| 407023 | Natl GroMax Mink w/LD Kib 50LB | 8000 LB | 0.00000 | .00 |

**Invoice Messages**

**Total Amount Due** .00

All Sales are subject to MSC Terms and Conditions of Sale as posted on:
WWW.MILKSPECIALTIES.COM/TERMS.
A copy may also be obtained by contacting Customer Service at the address above.

Attachment 2

8.

| SOLD TO: 313000-325 | | | DATE of ORDER: 6/14/10 | DATE to SHIP: 6-18-10 | | | | INVOICE# 019673 | |
|---|---|---|---|---|---|---|---|---|---|
| | TOT LBS | #BAGS | PIN# | PRODUCT: | PRICE | TOT LBS | #BAGS | PIN# | PRODUCT: | PRICE |

### Miscellaneous

| TOT LBS | #BAGS | PIN# | PRODUCT | PRICE |
|---|---|---|---|---|
| | | 504 | Dical Phos | |
| | | 506 | Sodium Bisulfate-50# | |
| | | 558 | Selenium 200 PMX | |
| | | 625 | Vitamin E - 50# | |
| | | 636 | Mineral Mix 4X | |
| | | 661 | Pyridox F Acid 1% Cu | |
| | | 690 | 500 Mineral Mix | |
| | | 693 | 957 Premix | |
| | | 696 | 952 Vitamin Mix | |
| | | 697 | 956 Premix | |
| | | 705157 | Cheese meal extruded | |
| | | 846 | Egg whole sd | |
| | | 859 | Wheat germ meal | |

PHONE:
SHIP TO:
Jon Hackl
W983 Huckleberry St.
Edgar, WI 54426
PHONE:
MUST HAVE BY:

DISCOUNT:  BASE   1 TON   2 TON
5 TON   10 TON   15 TON   DIST
COMMENTS:

### Fox USA

| TOT LBS | #BAGS | PIN# | PRODUCT | PRICE |
|---|---|---|---|---|
| | | 407078 | Fox Maintenance Kibbled | |
| | | 407085 | Fox Regular Gro Kibbled | |
| | | 40572 | Fox Super Gro II Kibbled | |
| | | 405579 | Fox Lactation Kibbled | |
| | | 405562 | Fox Reproduction Kibbled | |

### Kibbled USA

| TOT LBS | #BAGS | PIN# | PRODUCT | PRICE |
|---|---|---|---|---|
| | | 405586 | Mink Maintenance Kibbled | |
| | | 405593 | Mink Maint. Lo-Fat Kibbled | |
| | | 40554 | Mink Conditioner Kibbled | |
| | | 407047 | Mink Repro Reg. Kibbled | |
| | | 405623 | Mink Repro. LoFat Kibbled | |
| | | 405647 | Mink Lactation Kibbled | |
| | | 405661 | Mink Early Gro Kibbled | |
| MSC 8,000 | 160 | 407023 | GroMax Mink Kibbled | n/c |
| | | 407016 | Mink GroFur Kibbled | |
| | | 40551 | GroFur Gold Mink Kibbled | |

### PATH VALLEY 25#

| TOT LBS | #BAGS | PIN# | PRODUCT | PRICE |
|---|---|---|---|---|
| | | 407092 | Reproduction Regular -kibbled | |
| | | 407108 | Lactation USA - kibbled | |
| | | 407122 | Early Growth -kibbled | |
| | | | TOTAL | |

### Cereals USA

| TOT LBS | #BAGS | PIN# | PRODUCT | PRICE |
|---|---|---|---|---|
| | | 26551 | Fortified Protein Blend | |
| | | 26558 | Blended Fish Protein | |
| | | 26508 | Sum/Fall Cereal - bulk | |
| | | 26518 | Sum/Fall Cereal - bag | |
| | | 26501 | G'nF-20 - bulk | |
| | | 26511 | G'nF-20 - bagged | |
| | | 26505 | G'nF-20 XXTRA Brd-bulk | |
| | | 26515 | G'nF-20 XXTRA Brd-bag | |
| | | 26502 | G'nF-30 - bulk | |
| | | 26512 | G'nF-30 - bagged | |
| | | 26503 | G'nF-35 - bulk | |
| | | 26513 | G'nF-35 - bagged | |
| | | 26504 | G'nF-37 - bulk | |
| | | 26514 | G'nF-37 - bagged | |
| | | 26506 | XX-15 - bulk | |
| | | 26516 | XX-15 - bagged | |
| | | 285676 | XX-25KC - bulk | |
| | | 285669 | XX-25KC - bagged | |

### Bulk USA

| TOT LBS | #BAGS | PIN# | PRODUCT | PRICE |
|---|---|---|---|---|
| 72,000 | | 407061 | GroMax w/LD Kibbled BULK | |
| | | 407030 | Mink GroFur w/LD Kibbled BULK | |

### Crumlets USA

| TOT LBS | #BAGS | PIN# | PRODUCT | PRICE |
|---|---|---|---|---|
| | | 28554 | Mink Maint. Reg. Crumlets | |
| | | 405616 | Mink Repro LoFat Crumlets | |
| | | 405692 | Mink Repro Trimmer Crumlet | |
| | | 405638 | Mink Lactation Crumlets | |
| 2000 | 40 | 405654 | Mink Early Gro Crumlets | ATL |
| | | 28541A | Mink GroFur Crumlets | |
| | | 26533 | Mink Furring Trimmer Crum | |
| | | | TOTAL | |

SHIP METHOD: Tri-State
028 3135



"Ed Buschur" <ebuschur@nationalfeeds.com>

06/18/2010 08:04 AM

To <TWestphal@milkspecialties.com>
cc
bcc
Subject Tri state Is picking up Jon hackle 160 bags of Gro max Today..

History: ⬅ This message has been replied to.

**Ed Buschur**
National Feeds Inc.
P.O. Box 51
Maria Stein, OH 45860
*800.558.5803*
Fax 419.925.5026

312000-325

0285135



MILKSPECIALTIES
GLOBAL

7500 Flying Cloud Drive
Eden Prairie, MN 55344
U.S.A
952.942.7310

| INVOICE * | 0195364 |
|---|---|

REPRINT

Account #: 312000
Invoice Date: 5/18/10
Terms: NET 14
Payment Due: 6/01/10
Customer PO: 5/18/10
Order #: /
Ship Via: 3rd PARTY BILLING

REMIT TO: Milk Specialties #774351
4351 Solutions Center
Chicago, IL 60677-4003

Invoice To:
NATIONAL FEEDS, INC
P.O. BOX 51
6477 Ft. Recovery - Minster Road
MARIA STEIN, OH 45860

Ph: (419) 925-5050  Fax:

Shipped To: 325
Jon Hackel
W983 Huckleberry Street
Edgar, WI 54426

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| | > | | | |
| | > PERFORMANCE FREIGHT 05/17/10 | | | |
| | > PRO # 18516256 | | | |
| | > FAX INVOICE TO ED BUSCHUR | | | |
| | > @ 419-925-5026 | | | |
| 405647 | Natl Mink Lactation Kib 50LB USA | 1000 LB | 0.00000 | .00 |
| 405661 | Nat'l Mink Early Growth Kib USA 50LB | 6000 LB | 0.00000 | .00 |
| 407023 | Natl GroMax Mink w/LD Kib 50LB | 4000 LB | 0.00000 | .00 |
| 26558 | Nat'l Blended Fish Protein 50LB | 300 LB | 0.80000 LB | 240.00 |
| 405630 | Natl Mink Lactation Crumlet 50LB USA | 1000 LB | 0.00000 | .00 |
| 405654 | Natl Mink Early Gro Crum 50LB USA | 2000 LB | 0.00000 | .00 |

**Invoice Messages**

**Total Amount Due**  240.00

All Sales are subject to MSC Terms and Conditions of Sale as posted on:
WWW.MILKSPECIALTIES.COM/TERMS
A copy may also be obtained by contacting Customer Service at the address above.

Attachment 3

11