

# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713



Defendant's
Exhibit

202-A

**INVOICE**
**Invoice Number**
'40593'
**Invoice Date**
February 22, 2010

**SOLD TO:**
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH 45860

**SHIP TO:**
Path Valley
14374 Shady Pine Road
Willow Hill, PA 17271

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Feb 9, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 160 | 160 | 25# Early Growth - #407122 | 15.21 | 2,433.60 |

Weight: 4000

**TOTAL DUE** ₵2,433.60


Defendant's Exhibit
202-B



# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
**Invoice Number**
40594
**Invoice Date**
February 22, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI  53061

| CUSTOMER ID | P.O. NUMBER | ORDER DATE | |
|---|---|---|---|
| N001 | | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Feb 10, 2010 | Buyer's Truck | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 320 | 320 | 25# Early Growth - #407122 | 15.21 | 4,867.20 |
| 320 | 320 | 50# Fox Lactation - #405579 | 20.95 | 6,704.00 |
| | 500 | 40# Performance Plus Dog Food | 18.68 | 9,340.00 |
| 36 | 36 | 50# Early Growth | 30.43 | 1,095.48 |

Weight: 45900

TOTAL DUE    $22,006.68

**Defendant's Exhibit**

202-C



# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

## INVOICE

**Invoice Number**
40595

**Invoice Date**
February 22, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
James Jones
23482 CR 4
Elkhart, IN  46514

| CUSTOMER ID | P.O. NUMBER | | ORDER DATE |
|---|---|---|---|
| N001 | | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Feb 11, 2010 | Buyer's Truck | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 10 | 10 | 40# Performance Plus, #40578 | 18.68 | 186.80 |
| | | Weight:  400 | TOTAL DUE | $186.80 |

Defendant's
Exhibit

202-D



# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
**Invoice Number**
40597
**Invoice Date**
February 22, 2010

SOLD TO:

National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:

Duane Weeks
2951 West Hwy 36
Weston, ID  83286

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Feb 15, 2010 | Buyer's Truck | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 120 | 120 | #407047 - 50# Mink Repro Reg Kibbled | 35.09 | 4,210.80 |
| 80 | 80 | #405647 - 50# Mink Lactation Kibbled | 34.08 | 2,726.40 |

Weight: 10,000

TOTAL DUE    $6,937.20



# United Pet Foods, Inc.

SINCE 1976

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

Defendant's
Exhibit

exhibitsticker.com #477

202-E

## INVOICE

**Invoice Number**
40598

**Invoice Date**
February 22, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI  53061

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Feb 12, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 720 | 720 | 50# Mink Reproduction | 35.09 | 25,264.80 |
| 160 | 160 | 50# Mink Lactation | 34.08 | 5,452.80 |

Weight:  44000

TOTAL DUE  $30,717.60



Defendant's
Exhibit

202-F



# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
**Invoice Number**
40602
**Invoice Date**
February 22, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI  53061

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Feb 15, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| | 393 | 50# Mink Gro Fur | 24.64 | 9,683.52 |
| | 400 | 50# Mink Conditioner | 24.92 | 9,968.00 |
| | 100 | 40# Performance Plus Dog Food | 18.68 | 1,868.00 |
| | | Weight:  43650 | TOTAL DUE | $21,519.52 |



# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713



Defendant's Exhibit 202-G

## INVOICE

**Invoice Number**
40606
**Invoice Date**
February 22, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
1310 Milwaukee Drive
New Holstein, WI  53061

| CUSTOMER ID | | P.O. NUMBER | | ORDER DATE | |
|---|---|---|---|---|---|
| N001 | | | | | |

| SHIP DATE | SHIP VIA | | TERMS | |
|---|---|---|---|---|
| Feb 18, 2010 | CH Robinson | | Net 10 Days | |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 300 | 300 | 40# Maintenance Dog Food | 12.16 | 3,648.00 |
| 351 | 351 | 40# Puppy Food | 17.44 | 6,121.44 |
| 300 | 300 | 40# Performance Plus Dog Food | 18.68 | 5,604.00 |
| 97 | 97 | 50# Mink Repro | 35.09 | 3,403.73 |
| 6 | 6 | 50# Mink Condioner | 24.92 | 149.52 |

Weight: 43190     TOTAL DUE     $18,926.69



# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713



Defendant's Exhibit 202-14

**INVOICE**
Invoice Number
40607
Invoice Date
February 22, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI  53061

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Feb 19, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 80 | 80 | 50# Mink Lactation | 34.08 | 2,726.40 |
| 275 | 275 | 40# Puppy | 17.44 | 4,796.00 |
| 50 | 50 | 20# Puppy | 8.78 | 439.00 |
| 150 | 150 | 40# Performance Plus w/ IMU | 19.01 | 2,851.50 |
| 196 | 196 | 40# Maintenance w/ IMU | 12.16 | 2,383.36 |
| 350 | 350 | 40# Performance Plus | 18.68 | 6,538.00 |

Weight: 43940

TOTAL DUE $19,734.26

**Defendant's Exhibit**

202 - I

exhibitindexes.com 8477



# United Pet Foods, Inc.

SINCE 1976

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Number .40622 4061l
Invoice Date

March 23, 2010

SOLD TO: nal Feeds, Inc.
P. O. Box 51
Maria Stein, OH J5860

SHIP TO:
1310 Milwaukee Drive
New Holstein, WI 53061

| CUSTOMER ID | | P.O. NUMBER | | | ORDER DATE | |
|---|---|---|---|---|---|---|
| N001 | | | | | | |

| SHIP DATE | | SHIP VIA | | | TERMS | |
|---|---|---|---|---|---|---|
| 3/11/10 | | CH Robinson | | | Net 10 Days | |

| QUANTITY | | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| ORDERED | SHIPPED | | | |
| 173 | 173 | 50# UV Gro Max – 5 pallets | 15.00 | 2,595.00 |



Weight: 8650

| | | | TOTAL DUE | $2,595.00 |



# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

Defendant's Exhibit
202-J

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH   45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI   53061

| CUSTOMER ID | | P.O. NUMBER | | ORDER DATE | |
|---|---|---|---|---|---|
| N001 | | | | | |

| SHIP DATE | | SHIP VIA | | TERMS | |
|---|---|---|---|---|---|
| Mar 1, 2010 | | CH Robinson | | Net 10 Days | |

| QUANTITY | | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| ORDERED | SHIPPED | | | |
| 200 | 200 | 50# Mink Lactation | 34.08 | 6,816.00 |
| 300 | 300 | 40# Performance | 18.68 | 5,604.00 |
| 25 | 25 | 40# Maintenance w/IMU | 12.16 | 304.00 |
| 25 | 25 | 40# Performance w/IMU | 19.01 | 475.25 |

Weight: 24000

TOTAL DUE $13,199.25



# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Number
40616
Invoice Date
March 4, 2010

Defendant's
Exhibit
202-K
exhibitsticker.com #177

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH 45860

SHIP TO:
Mfg.
Lansing, MI

| CUSTOMER ID | P.O. NUMBER | ORDER DATE | |
|---|---|---|---|
| N001 | | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Mar 4, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 50 | 50 | 50# GNF 20 with IMU-Max | 13.87 | 693.50 |
| 50 | 50 | 50# GNF20 without IMU-Max | 12.57 | 628.50 |

Weight: 5000

TOTAL DUE $1,322.00

Defendant's
Exhibit
202-L



# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Number
40621
Invoice Date
March 23, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH 45860

SHIP TO:
Rick Harvey
Oak Frost Kennel
Marshall, MI

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Mar 23, 2010 | Buyer's Truck | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 150 | 150 | 40# Adult Dog Food | 16.06 | 2,409.00 |

Weight: 6000

TOTAL DUE $2,409.00

Defendant's Exhibit
202-M
exhibitsticker.com #477



# United Pet Foods, Inc.

SINCE 1976

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
**Invoice Number**
40622
**Invoice Date**
March 26, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
Underdog Feeds
Willow Hill, AK
907-373-6851

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Mar 18, 2010 | Buyer's Truck | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 100 | 100 | 40# Adult Dog Food | 16.06 | 1,606.00 |
| 40 | 40 | 40# Performance Plus Dog Food | 18.68 | 747.20 |
| 915 | 915 | 40# Performance Plus Dog Food | 18.87 | 17,266.05 |

Weight: 42200

TOTAL DUE  $19,619.25



# United Pet Foods, Inc.

SINCE 1976

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

Defendant's
Exhibit
202-N
exhibitsticker.com #477

**INVOICE**
Invoice Number
40625
Invoice Date
March 18, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI  53061

| CUSTOMER ID | | P.O. NUMBER | | ORDER DATE | | |
|---|---|---|---|---|---|---|
| N001 | | | | | | |

| SHIP DATE | | SHIP VIA | | TERMS | | |
|---|---|---|---|---|---|---|
| Mar 1, 2010 | | CH Robinson | | Net 10 Days | | |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 50 | 50 | 20# Adult | | 8.03 | 401.50 |
| 1,087 | 1,087 | 40# Performance Plus | | 18.87 | 20,511.69 |
| | | Weight:  44,480 | TOTAL DUE | | $20,913.19 |

Defendant's
Exhibit

202-0

 United Pet Foods, Inc.

**INVOICE**
Invoice Number
40631
Invoice Date
March 29, 2010

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH   45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI   53061

| CUSTOMER ID | P.O. NUMBER | ORDER DATE | |
|---|---|---|---|
| N001 | 1 | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Mar 29, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 541 | 541 | 50# Mink Early Gro – #405661 | 30.27 | 16,376.07 |
| 400 | 400 | 25# Mink Early Gro – #407122 | 15.30 | 6,120.00 |
| 120 | 120 | 50# Mink Gro Max – #407023 | 19.39 | 2,326.80 |
| | | Weight: 43050 | TOTAL DUE | $24,822.87 |



Defendant's Exhibit
202-P

exhibitreviews.com #477



# United Pet Foods, Inc.

SINCE 1976

**INVOICE**
Invoice Number
40638
Invoice Date
March 31, 2010

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
Jim Jones
23482 CR 4
Elkhart, IN  46517

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Mar 31, 2010 | Buyer's Truck | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 10 | 10 | 40# Performance Plus w/IMU | 19.01 | 190.10 |
| | | Weight:  400 | TOTAL DUE | $190.10 |

**Defendant's Exhibit**

202-Q



# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Number
40639
Invoice Date
April 5, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH   45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI   53061

| CUSTOMER ID | P.O. NUMBER | ORDER DATE | |
|---|---|---|---|
| N001 | | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Apr 5, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 543 | 543 | 40# Adult Dog Food | 16.06 | 8,720.58 |
| 6 | 6 | 50# GnF w/IMU max | 13.87 | 83.22 |
| 15 | 15 | 40# Performance Plus w/ IMU | 19.01 | 285.15 |
| 30 | 30 | 50# Fox Lactation | 20.95 | 628.50 |
| 403 | 403 | 50# Mink Gro Max | 19.39 | 7,814.17 |

44270

Weight:   43970

TOTAL DUE          $17,531.62

**Defendant's Exhibit**

202-R



# United Pet Foods, Inc.

SINCE 1976

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

## INVOICE
**Invoice Number**
40651
**Invoice Date**
April 26, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH 45860

SHIP TO:
Bryce Elkins

| CUSTOMER ID | P.O. NUMBER | ORDER DATE | | |
|---|---|---|---|---|
| N001 | | | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Apr 26, 2010 | Buyer's Truck | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 8 | 8 | 50# Fox Lactation | 20.95 | 167.60 |
| | | Weight: 400 | TOTAL DUE | $167.60 |

**Defendant's Exhibit**

202-S



# United Pet Foods, Inc.

SINCE 1976

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
**Invoice Number**
40652
**Invoice Date**
April 15, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI  53061

| CUSTOMER ID | P.O. NUMBER | ORDER DATE | |
|---|---|---|---|
| N001 | | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Apr 15, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 880 | 880 | 50# Mink Lactation | 33.23 | 29,242.40 |
| | | Weight: 44000 | TOTAL DUE | $29,242.40 |





# United Pet Foods, Inc.

**SINCE 1976**

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**

**Invoice Number**
40656

**Invoice Date**
April 20, 2010

Defendant's
Exhibit
202-T

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH   45860

SHIP TO:
George Oakes
81-232 Stoneschool Line, RR2
Clinton
Canada

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Apr 20, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 110 | 110 | 50# Mink Lactation | 33.23 | 3,655.30 |
| 220 | 220 | 50# Mink Early Gro | 30.05 | 6,611.00 |
| 520 | 520 | 50# GroMax Mink | 19.13 | 9,947.60 |

Weight: 42500

TOTAL DUE       $20,213.90



# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**Defendant's Exhibit**
202-V
exhibitsticker.com #477

**INVOICE**
**Invoice Number**
40657
**Invoice Date**
April 20, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
Rick Harvey

| CUSTOMER ID | | P.O. NUMBER | ORDER DATE | |
|---|---|---|---|---|
| N001 | | | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Apr 20, 2010 | Buyer's Truck | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 50 | 50 | 40# Puppy | 17.45 | 872.50 |
| 150 | 150 | 40# Performance Plus | 19.03 | 2,854.50 |
| | | Weight: 8000 | TOTAL DUE | $3,727.00 |

exhibitindexes.com #477

Defendant's
Exhibit

202-√



# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
**Invoice Number**
40658
**Invoice Date**
April 26, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH 45860

SHIP TO:
Rick Harvey
Oak Frost Kennel
Marshall, MI

| CUSTOMER ID | | P.O. NUMBER | ORDER DATE | | |
|---|---|---|---|---|---|
| N001 | | | | | |

| SHIP DATE | | SHIP VIA | | TERMS | |
|---|---|---|---|---|---|
| Apr 26, 2010 | | Buyer's Truck | | Net 10 Days | |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 50 | 50 | 40# Maintenance | | 12.13 | 606.50 |
| 100 | 100 | 40# Adult | | 16.16 | 1,616.00 |
| 50 | 50 | 40# Performance Plus | | 19.03 | 951.50 |
| | | Weight: 8,000 | TOTAL DUE | | $3,174.00 |

 # United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
**Invoice Number**
40659
**Invoice Date**
April 20, 2010


Defendant's
Exhibit
202-W

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI  53061

| CUSTOMER ID | P.O. NUMBER | ORDER DATE | |
|---|---|---|---|
| N001 | | | |

| SHIP DATE | SHIP VIA | TERMS | |
|---|---|---|---|
| Apr 20, 2010 | CH Robinson | Net 10 Days | |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 450 | 450 | 40# Maintenance | 12.13 | 5,458.50 |
| 250 | 250 | 40# Performance Plus | 19.03 | 4,757.50 |
| 80 | 80 | 50# Mink Early Growth | 30.05 | 2,404.00 |
| 40 | 40 | 50# Mink GroMax w/LD | 19.13 | 765.20 |
| 250 | 250 | 40# Adult' | 16.16 | 4,040.00 |

Weight: 44000

TOTAL DUE  $17,425.20



Defendant's
Exhibit
202-X



SINCE 1976

# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
**Invoice Number**
40663
**Invoice Date**
April 23, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI  53061

| CUSTOMER ID | | P.O. NUMBER | ORDER DATE | | |
|---|---|---|---|---|---|
| N001 | | | | | |

| SHIP DATE | | SHIP VIA | | TERMS | |
|---|---|---|---|---|---|
| Apr 23, 2010 | | CH Robinson | | Net 10 Days | |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 100 | 100 | 40# Maintenance | | 12.13 | 1,213.00 |
| 100 | 100 | 40# Adult | | 16.16 | 1,616.00 |
| 60 | 60 | 20# Adult | | 8.08 | 484.80 |
| 200 | 200 | 40# Performance Plus | | 19.03 | 3,806.00 |
| 400 | 400 | 50# Mink Early Gro | | 30.05 | 12,020.00 |
| 150 | 150 | 40# Puppy | | 17.45 | 2,617.50 |

Weight: 43200

TOTAL DUE        $21,757.30

 # United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713


Defendant's
Exhibit
202-Y

**INVOICE**
**Invoice Number**
40661
**Invoice Date**
May 5, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH 45860

SHIP TO:
Jim Jones

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| May 5, 2010 | Buyer's Truck | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 20 | 20 | 40# Performance Plus | 19.03 | 380.60 |
| | | Weight: 800 | TOTAL DUE | $380.60 |



Defendant's
Exhibit

202-Z

exhibitindexes.com #477



SINCE 1976

# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Number
40675
Invoice Date
May 12, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
1310 Milwaukee Drive
New Holstein, WI  53061

| CUSTOMER ID | | P.O. NUMBER | ORDER DATE | | |
|---|---|---|---|---|---|
| N001 | | | | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| May 12, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 160 | 160 | 50# Early Gro | 29.48 | 4,716.80 |
| 40 | 40 | 50# Fox Reg Gro | 18.71 | 748.40 |
| 540 | 540 | 50# Mink Gro Max | 19.21 | 10,373.40 |
| 240 | 240 | 25# Mink Repro | 17.00 | 4,080.00 |

Weight: 43000

TOTAL DUE $19,918.60