
Defendant's Exhibit
exhibitindexes.com #477
202-AA



# United Pet Foods, Inc.

SINCE 1976

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Number
40681
Invoice Date
May 24, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
Rick Harvey

| CUSTOMER ID | P.O. NUMBER | ORDER DATE | |
|---|---|---|---|
| N001 | | | |

| SHIP DATE | SHIP VIA | TERMS | |
|---|---|---|---|
| May 24, 2010 | CH Robinson | Net 10 Days | |

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 100 | 100 | 40# Adult | 16.16 | 1,616.00 |
| | | Weight: 4,000 | TOTAL DUE | $1,616.00 |


Defendant's Exhibit

202-BB



# United Pet Foods, Inc.

SINCE 1976

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

## INVOICE

Invoice Number
40682

Invoice Date
May 21, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH 45860

SHIP TO:
Cali Bock
Wolfkeep Wildlife Sanctuary
23545 Hwy 200 E
Bonner, MT 59823

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| May 21, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 100 | 100 | 50# Fox Regular Gro | 18.71 | 1,871.00 |
| | | Weight: 5000 | TOTAL DUE | $1,871.00 |



# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713



Defendant's Exhibit
202-cc

**INVOICE**
Invoice Number
40683
Invoice Date
May 25, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
1310 Milwaukee Drive
New Holstein, WI  53061

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| May 25, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 280 | 280 | 50# Fox Regular Gro | 18.71 | 5,238.80 |
| 2 | 2 | 50# Fox Lactation | 20.95 | 41.90 |
| 4 | 4 | 503 Mink Lactation | 33.23 | 132.92 |
| 128 | 128 | 50# Mink Early Gro | 29.48 | 3,773.44 |
| 88 | 88 | 50# GroMax Mink | 19.21 | 1,690.48 |
| 250 | 250 | 40# Puppy | 17.45 | 4,362.50 |
| 70 | 70 | 40# Adult | 16.16 | 1,131.20 |
| 110 | 110 | 40# Performance Plus | 19.03 | 2,093.30 |

Weight: 42300

TOTAL DUE  $18,464.54



# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**Defendant's Exhibit**
202-DD
exhibitsticket.com #477

**INVOICE**
**Invoice Number**
40686
**Invoice Date**
May 26, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
The Life Pet Product Company

Hong Kong

| CUSTOMER ID | | P.O. NUMBER | ORDER DATE | |
|---|---|---|---|---|
| N001 | | | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| May 26, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 30 | 30 | 50# National Puppy | | |
| 60 | 30 | 50# National Training | | |
| 30 | 30 | 50# National Comp Xtra | | |
| 250 | 180 | 20# National Puppy | 8.83 | 1,589.40 |
| 120 | 120 | 40# National Puppy | 17.45 | 2,094.00 |
| 80 | 25 | 40# National Maintenance | 12.13 | 303.25 |
| 250 | 250 | 20# National Adult | 8.18 | 2,045.00 |
| 120 | 120 | 40# National Adult | 16.16 | 1,939.20 |

Weight: 19300 8200

TOTAL DUE            Continued



# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

SINCE 1976

INVOICE
Invoice Number
40686
Invoice Date
May 26, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
The Life Pet Product Company

Hong Kong

| CUSTOMER ID | | P.O. NUMBER | ORDER DATE | | |
|---|---|---|---|---|---|
| N001 | | | | | |

| SHIP DATE | | SHIP VIA | | TERMS | |
|---|---|---|---|---|---|
| May 26, 2010 | | CH Robinson | | Net 10 Days | |

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 80 | 80 | 40# National Performance | | 19.03 | 1,522.40 |
| | | Weight: 72400 | TOTAL DUE | | $9,493.25 |


Defendant's
Exhibit
202-EE
exhibitstickers.com #477



United Pet Foods, Inc.

SINCE 1976

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Number
40689
Invoice Date
May 28, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
Badger Hatchery
Howard's Grove, WI

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| May Jun 28, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 15 | 15 | Ton Bulk Gro Max | 736.00 | 11,040.00 |
| 160 | 160 | 50# Mink GroMax | 19.39 | 3,102.40 |

Weight: 30,000
8,000
38,000

TOTAL DUE     $14,142.40



# United Pet Foods, Inc.

SINCE 1976

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**Defendant's Exhibit**

exhibitstickers.com #477

202-FF

**INVOICE**
**Invoice Number**
40690
**Invoice Date**
May 27, 2010

SOLD TO:
**National Feeds, Inc.**
**P. O. Box 51**
**Maria Stein, OH  45860**

SHIP TO:
**Jon Hackel**
**W983 Huckleberry St**
**Edgar, WI  54426**

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| May 27, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1 | 1 | Barrel Animal fat | 171.80 | 171.80 |
| 30 | 30 | 50# Mink GroMax w/LD | 19.39 | 581.70 |

Weight: 1500

**TOTAL DUE**  $753.50


Defendant's
Exhibit

202-GG



# United Pet Foods, Inc.

SINCE 1976

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

## INVOICE
**Invoice Numbe**
40688
**Invoice Date**
June 24, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
Mark Holacre
5661 Massillon Road
Dalton, OH  44618

| CUSTOMER ID | P.O. NUMBER | ORDER DATE | |
|---|---|---|---|
| N001 | 7 | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Jun 24, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 880 | 880 | 50# Mink GroMax w/LD | 19.38 | 17,054.40 |
| | | | TOTAL DUE | $17,054.40 |

44000



# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

SINCE 1976

Defendant's Exhibit
202-HH
exhibitstickers.com #477

**INVOICE**
**Invoice Number**
40691
**Invoice Date**
June 2, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH 45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI 53061

| CUSTOMER ID | | P.O. NUMBER | ORDER DATE | |
|---|---|---|---|---|
| N001 | | | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Jun 2, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 7 | 7 | Barrels Animal Fat  440#/barrel | 171.80 | 1,202.60 |
| 400 | 400 | 50# Mink Gro Fur w/LD | 24.96 | 9,984.00 |
| 400 | 400 | 50# Mink GroMax w/LD | 19.53 | 7,812.00 |

Weight: 40000

TOTAL DUE  $18,998.60



# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713



Defendant's
Exhibit
202-IF

**INVOICE**
**Invoice Number**
40693
**Invoice Date**
June 2, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI  53061

| CUSTOMER ID | P.O. NUMBER | ORDER DATE | |
|---|---|---|---|
| N001 | 11 | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Jun 2, 2010 | Buyer's Truck | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 550 | 550 | 40# Performance Plus | 18.77 | 10,323.50 |
| 550 | 550 | 40# Adult | 16.03 | 8,816.50 |

Weight:  44000

**TOTAL DUE**      $19,140.00



# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

Defendant's
Exhibit
202-JJ

**INVOICE**
Invoice Number
40696
Invoice Date
June 3, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI  53061

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Jun 3, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 550 | 550 | 40# Adult | 16.03 | 8,816.50 |
| 550 | 550 | 40# Performance Plus | 18.77 | 10,323.50 |

Weight: 44000

**TOTAL DUE**    $19,140.00



# United Pet Foods, Inc.

SINCE 1976

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
**Invoice Number**
40699
**Invoice Date**
June 16, 2010

Defendant's
Exhibit
202-KK
exhibitsticker.com #477

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
Robert Diehl
46 W 500 Welter Road
Maple Park, IL  60151

| CUSTOMER ID | P.O. NUMBER | ORDER DATE | |
|---|---|---|---|
| N001 | 13 | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Jun 16, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 800 | 800 | 50# Mink GroMax w/LD | 19.38 | 15,504.00 |
| | | Weight: 40000 | TOTAL DUE | $15,504.00 |



# United Pet Foods, Inc.

SINCE 1976

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**Defendant's Exhibit**
202-LL
exhibitindexes.com #177

**INVOICE**
**Invoice Number**
40700
**Invoice Date**
June 14, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH   45860

SHIP TO:
Badger Hatchery
1412 South Wisconsin Drive
Howards Grove, WI   53083

| CUSTOMER ID | | P.O. NUMBER | | ORDER DATE | | |
|---|---|---|---|---|---|---|
| N001 | | 14 | | | | |

| SHIP DATE | | SHIP VIA | | TERMS | | |
|---|---|---|---|---|---|---|
| Jun 14, 2010 | | CH Robinson | | Net 10 Days | | |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 80 | 80 | 50# Mink GroMax w/LD | 19.38 | 1,550.40 |
| 19,42 | 19,42 | Bulk Mink GroMax | 748.99 | 14,545.39 |

4000

Weight:

**TOTAL DUE**        $16,095.79



# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
**Invoice Number**
40701
**Invoice Date**
June 14, 2010

Defendant's
Exhibit
202-MM
exhibitindexes.com #677

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI  53061

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Jun 14, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 343 | 343 | 50# Mink GroMax - 5/26/10 | 19.53 | 6,698.79 |
| 537 | 537 | 50# Mink GroMax - 6/11/10 | 19.38 | 10,407.06 |

Weight: 44000

**TOTAL DUE** $17,105.85



# United Pet Foods, Inc.

SINCE 1976

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
**Invoice Number**
40702
**Invoice Date**
June 15, 2010

**Defendant's Exhibit**
202-NN
exhibitstickers.com #477

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH 45860

SHIP TO:
Badger Hatchery, Inc.
1412 So Wisconsin Drive
Howards Grove, WI 53083

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Jun 15, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 15.07 | 15.07 | Bulk Mink GroMax | 748.99 | 11,287.28 |

Weight:

**TOTAL DUE** $11,287.28

Defendant's
Exhibit
202-00
exhibitsticker.com #477



# United Pet Foods, Inc.

SINCE 1976

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Numbe
40705
Invoice Date
June 21, 2010

SOLD TO: National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO: Underdog Feeds Inc.
P. O. Box 350
Willow, AK

| CUSTOMER ID | | P.O. NUMBER | ORDER DATE | | |
|---|---|---|---|---|---|
| N001 | | 17 | | | |

| SHIP DATE | | SHIP VIA | | TERMS | |
|---|---|---|---|---|---|
| Jun 21, 2010 | | CH Robinson | | Net 10 Days | |

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1,050 | 1,050 | 40# Performance Plus Dog Food | 18.95 | 19,897.50 |
| | | 42000 | TOTAL DUE | $19,897.50 |



# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**

Invoice Numbe
40712
Invoice Date
June 21, 2010

SOLD TO: National Fee ds, Inc.
P. O. Box 51
Maria Stein, OH   45860

SHIP TO: Robert Diehl
46 W 500 welter Road
Maple Park, IL   60151

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | 19 | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Jun 21, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 80 | 80 | 50# Mink Early Growth | 29.49 | 2,359.20 |
| | | 4000 | TOTAL DUE | $2,359.20 |



Defendant's
Exhibit
202-PP



# United Pet Foods, Inc.

SINCE 1976

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

## INVOICE
**Invoice Number**
40716
**Invoice Date**
June 28, 2010

Defendant's
Exhibit
202-QQ
exhibitstickers.com #477

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI  53061

| CUSTOMER ID | P.O. NUMBER | ORDER DATE | |
|---|---|---|---|
| N001 | 20 | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Jun 28, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 880 | 880 | 50# Mink Gro Max | 19.53 | 17,186.40 |
| | | Weight  44000 | TOTAL DUE | $17,186.40 |

Defendant's
Exhibit
202-RR
exhibitmakers.com #477





# United Pet Foods, Inc.

SINCE 1976

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

## INVOICE
Invoice Number
40722
Invoice Date
July 8, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI  53061

| CUSTOMER ID | P.O. NUMBER | ORDER DATE | |
|---|---|---|---|
| N001 | 21 | | |

| SHIP DATE | SHIP VIA | TERMS | |
|---|---|---|---|
| Jul 8, 2010 | CH Robinson | Net 10 Days | |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 880 | 880 | 50# Mink GroMax w/LD | 19.14 | 16,843.20 |
| | | Lot #070610 | | |
| | | Weight  44000 | TOTAL DUE | $16,843.20 |


Defendant's
Exhibit

202-55

exhibitindexes.com #477



# United Pet Foods, Inc.

SINCE 1976

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Number
40723
Invoice Date
July 1, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
Dave Tremel
2017 Troy Trail
Woodbine, IA  51579

| CUSTOMER ID | P.O. NUMBER | ORDER DATE | |
|---|---|---|---|
| N001 | 22 | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Jul 1, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 600 | 600 | 50# GroFur w/LD  *Lot # 062810* | 25.06 | 15,036.00 |
| | | Weight *30000* | TOTAL DUE | $15,036.00 |



**Defendant's Exhibit**

202-TT



# United Pet Foods, Inc.

**SINCE 1976**

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Number
40724
Invoice Date
July 1, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
Nick Demuth
1842 140th Street
Waverly, IA  50677

| CUSTOMER ID | P.O. NUMBER | ORDER DATE | |
|---|---|---|---|
| N001 | 23 | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Jul 1, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 120 | 120 | 50# Mink Gro Max w/LD | 19.65 | 2,358.00 |
| | | *Lot # 062810* | | |
| | | Weight *6000* | TOTAL DUE | $2,358.00 |



# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713



Defendant's
Exhibit
202-UU

INVOICE
Invoice Number
40727
Invoice Date
July 2, 2010

Sunrival Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO: Gamroth Mink Ranch
Scott Gamroth
W22667 State Road121
Independence, WI  54747

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | 24 | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Jul 2, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 160 | 160 | 50#Mink Gro Max | 19.38 | 3,100.80 |
| | | Weight  8000 | TOTAL DUE | $3,100.80 |



# United Pet Foods, Inc.

SINCE 1976

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**Defendant's Exhibit**
202-VV
exhibitsticket.com #477

**INVOICE**
Invoice Number
40730
Invoice Date
July 7, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
Oak Frost Kennel
Richad Harvey
19611 16 Mile Road
Marshall, MI  49068

| CUSTOMER ID | | P.O. NUMBER | ORDER DATE | |
|---|---|---|---|---|
| N001 | | 25 | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Jul 7, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 26 | 26 | 40# Adult 2@052010 / 24@060110 | 16.03 | 416.78 |
| 50 | 50 | 40# Performance Plus (no 061710 sticker) | 18.95 | 947.50 |
| 20 | 20 | 50# Mink Gro Max 070610 | 19.14 | 382.80 |

Weight  4040

TOTAL DUE  $1,747.08



# United Pet Foods, Inc.

SINCE 1976

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**Defendant's Exhibit**
202-WW
exhibitindexes.com #477

**INVOICE**
Invoice Number
40731
Invoice Date
July 7, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
Tony Pavek
W6220 Hwy64
Bryant, WI  54418

| CUSTOMER ID | | P.O. NUMBER | ORDER DATE | | |
|---|---|---|---|---|---|
| N001 | | 26 | | | |

| SHIP DATE | | SHIP VIA | TERMS | | |
|---|---|---|---|---|---|
| Jul 7, 2010 | | CH Robinson | Net 10 Days | | |

| QUANTITY | | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| ORDERED | SHIPPED | | | |
| 120 | 120 | 50# Mink GroMax | 19.14 | 2,296.80 |
| | | Lot # 070610 | | |
| | | Weight 6000 | TOTAL DUE | $2,296.80 |


Defendant's
Exhibit
202-XX
exhibitindexes.com #477



# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Number
40732
Invoice Date
July 7, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
Lyle Karels
3201 130th Ave
Burt, IA  50522-8517

| CUSTOMER ID | P.O. NUMBER | ORDER DATE | |
|---|---|---|---|
| N001 | 27 | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Jul 7, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| | 80 | 50# Mink GroMax | 19.14 | 1,531.20 |
| | | Lot 070610 | | |
| | | Weight 4000 | TOTAL DUE | $1,531.20 |


**Defendant's Exhibit**
202-YY



# United Pet Foods, Inc.

SINCE 1976

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

## INVOICE
Invoice Number
40733
Invoice Date
July 7, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
Jeff Schmidt
2685 Deer Ave
Britt, IA  54426

| CUSTOMER ID | P.O. NUMBER | ORDER DATE | | |
|---|---|---|---|---|
| N001 | 28 | | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Jul 7, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 80 | 80 | 50# Mink GroMax | 19.14 | 1,531.20 |
| | | Lot # 070610 | | |
| | | Weight 4000 | TOTAL DUE | $1,531.20 |



# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Number
40734
Invoice Date
July 7, 2010

**Defendant's Exhibit**
exhibitindexes.com #477
202-ZZ

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
Tom Higgins
3209 240th Ave
Titonka, IA  50480

| CUSTOMER ID | | P.O. NUMBER | ORDER DATE | | |
|---|---|---|---|---|---|
| N001 | | 29 | | | |

| SHIP DATE | | SHIP VIA | TERMS | | |
|---|---|---|---|---|---|
| Jul 7, 2010 | | CH Robinson | Net 10 Days | | |

| QUANTITY | | DESCRIPTION | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 80 | 80 | 50# Mink GroMax | | 19.14 | 1,531.20 |
| | | Lot # 070610 | | | |
| | | Weight 4000 | TOTAL DUE | | $1,531.20 |