

# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Number
40785
Invoice Date
August 30, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI  53061

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | 61 | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Aug 30, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 450 | 450 | 40# Adult - 081910 | 15.69 | 7,060.50 |
| 250 | 250 | 40# Maintenance - 081910 | 12.32 | 3,080.00 |
| 320 | 320 | 50# Mink GroFur - 082810 | 25.50 | 8,160.00 |

Weight  44000

TOTAL DUE  $18,300.50

Defendant's Exhibit 202-AAAA