

# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**Invoice Number** 40787
**Invoice Date** August 31, 2010



Defendant's Exhibit
202-BBBB

**SOLD TO:**
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH 45860

**SHIP TO:**
Buscher Feeds
P. O. Box 51
Maria Stein, OH 45860

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | 53 | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Aug 7, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 2 | 2 | 50# Mink GroFur | 24.98 | 49.96 |

Weight: 100

**TOTAL DUE** $49.96