**Defendant's Exhibit**

202-AAA

exhibitsticker.com #477



# United Pet Foods, Inc.

SINCE 1976

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

## INVOICE

Invoice Number
40735
Invoice Date
July 7, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH   45860

SHIP TO:
Cedar Rail Mink Ranch
Bob Klingbeil
22485 Tamarack Ave.
Remsen, IA   51050

| CUSTOMER ID | P.O. NUMBER | ORDER DATE | | |
|---|---|---|---|---|
| N001 | 30 | | | |

| SHIP DATE | SHIP VIA | TERMS | | |
|---|---|---|---|---|
| Jul 7, 2010 | CH Robinson | Net 10 Days | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 80 | 80 | 50# Mink GroMax  Lot #070610 | 19.14 | 1,531.20 |
| | | Weight  4000 | TOTAL DUE | $1,531.20 |



# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

Defendant's Exhibit
202-BBB
exhibitsticker.com #477

**INVOICE**
Invoice Number
40736
Invoice Date
July 6, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
Dre

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Jul 6, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 60 | 60 | 50# Mink GroMax  Lot 070610 | 19.14 | 1,148.40 |
| | | Weight 3000 | TOTAL DUE | $1,148.40 |

Defendant's
Exhibit
202-ccc
exhibitstickers.com #477



# United Pet Foods, Inc.

SINCE 1976

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Number
40738
Invoice Date
July 8, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH   45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI   53061

| CUSTOMER ID | P.O. NUMBER | ORDER DATE | | |
|---|---|---|---|---|
| N001 | 34 | | | |

| SHIP DATE | SHIP VIA | TERMS | | |
|---|---|---|---|---|
| Jul 8, 2010 | CH Robinson | Net 10 Days | | |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 760 | 760 | 50# Mink GroMax | 19.14 | 14,546.40 |
| | | *070610 - 6 pallets* | | |
| | | *070910 - 13 pallets* | | |
| | | Weight *38000* | TOTAL DUE | $14,546.40 |

**Defendant's Exhibit**

202-DDD

exhibitsticker.com #477



# United Pet Foods, Inc.

SINCE 1976

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713



**INVOICE**
Invoice Number
40739
Invoice Date
July 9, 2010

National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO National Feeds
6477 Fort Recovery Minister Rd
Maria Stein, OH  45860

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | 32 | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Jul 9, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 40 | 40 | 50# Mink GroMax w/LD | 19.14 | 765.60 |
| | | Lot# 070810 | | |
| | | fro 047-1371637 | | |
| | | Weight: ~~HDDD~~ 2000 | | |

TOTAL DUE    $765.60

**Defendant's Exhibit**

202-EEE

exhibitsticker.com #477



# United Pet Foods, Inc.

SINCE 1976

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

## INVOICE
**Invoice Number**
40740
**Invoice Date**
July 9, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
Dwain Weeks
2951 West Hwy 36
Weston, ID  83286

| CUSTOMER ID | P.O. NUMBER | ORDER DATE | |
|---|---|---|---|
| N001 | 33 | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Jul 9, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 40 | 40 | 50# Mink GroMax w/LD  Lot # 070810 | 19.14 | 765.60 |
| | | Weight: 2000 4000 | TOTAL DUE | $765.60 |



Defendant's
Exhibit
202-FFF
exhibitindexes.com #477



United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Number
40743
Invoice Date
July 13, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
Robert Diehl
46 W 500 Welter Rd
Maple Park, IL  60151

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | 36 | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Jul 13, 2010 | USF Holland | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 80 | 80 | 50# Mink GroMax  Lot 070910 | 19.14 | 1,531.20 |
| | | Weight: 4000 | TOTAL DUE | $1,531.20 |

**Defendant's Exhibit**

202-GGG

exhibitindexes.com #477

**United Pet Foods,**



SINCE 1976

United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Number
40744
Invoice Date
July 14, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH   45860

SHIP TO:
Robert Diehl
46 W 500 Welter Road
Maple Park, IL   60151

| CUSTOMER ID | P.O. NUMBER | ORDER DATE | | |
|---|---|---|---|---|
| N001 | 38 | | | |

| SHIP DATE | SHIP VIA | TERMS | | |
|---|---|---|---|---|
| Jul 14, 2010 | CH Robinson | Net 10 Days | | |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 80 | 80 | 50# Mink Gro Max | 19.15 | 1,532.00 |
| | | Weight 4000 | TOTAL DUE | $1,532.00 |


**United Pet Foods,**
SINCE 1976

# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713



Defendant's
Exhibit
202-HHH
exhibitindex.com #417

**INVOICE**
Invoice Number
40745
Invoice Date
July 16, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
Robert Diehl
46 W 500 Welter Road
Maple Park, IL  60151

| CUSTOMER ID | | P.O. NUMBER | ORDER DATE | | |
|---|---|---|---|---|---|
| N001 | | 39 | | | |

| SHIP DATE | | SHIP VIA | TERMS | | |
|---|---|---|---|---|---|
| Jul 16, 2010 | | CH Robinson | Net 10 Days | | |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 38 | 38 | 50# Gro Fur  *Lot Dle 2810* | 25.06 | 952.28 |
| 40 | 40 | 50# Gro Max  *Lot 070910* | 19.14 | 765.60 |
|  |  | Weight: *3900* | TOTAL DUE | $1,717.88 |

Defendant's Exhibit
202-III
exhibitindexes.com 8477



**United Pet Foods,**



SINCE 1976

United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

# INVOICE
Invoice Number
40748
Invoice Date
July 19, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
Zanella Milling
113 Main Street
West Sunbury, PA  16061

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | 40 | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Jul 19, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 40 | 40 | 50# Mink GroMax | 19.14 | 765.60 |
| | | Weight 2000 | TOTAL DUE | $765.60 |

**Defendant's Exhibit**

202-JJJ



# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713



**INVOICE**
Invoice Number
40750
Invoice Date
July 22, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI  53061

| CUSTOMER ID | | P.O. NUMBER | ORDER DATE | | |
|---|---|---|---|---|---|
| N001 | | 41 | | | |

| SHIP DATE | | SHIP VIA | TERMS | | |
|---|---|---|---|---|---|
| Jul 22, 2010 | | CH Robinson | Net 10 Days | | |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 400 | 400 | 40# Adult - 071610 | | 15.78 | 6,312.00 |
| 700 | 700 | 40# Performance Plus - 071610 | | 19.32 | 13,524.00 |
| | | Weight: 44000 | TOTAL DUE | | $19,836.00 |

**Defendant's Exhibit**
202-KKK
exhibitindexes.com #177

**United Pet Foods, inc.**



SINCE 1976

# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
**Invoice Number**
40751
**Invoice Date**
July 22, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
Robert Diehl
46 W 500 Welter Road
Maple Park, IL  60151

| CUSTOMER ID | | P.O. NUMBER | ORDER DATE | |
|---|---|---|---|---|
| N001 | | 42 | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Jul 22, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 80 | 80 | 50# Mink Maintenance – 072010 | 21.88 | 1,750.40 |
| 80 | 80 | 50# Mink GroFur – 072010 | 24.53 | 1,962.40 |

Weight 8,000

| | TOTAL DUE | $3,712.80 |
|---|---|---|

United Pet Foods, Inc.



# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

Defendant's
Exhibit

202-LLL

**INVOICE**
Invoice Number
40752
Invoice Date
July 27, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
Richard Harvey
Oak Frost Kennel
19611 16 Mile road
Marshall, MI  49068

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | 43 | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Jul 27, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 100 | 100 | 40# Adult | 15.78 | 1,578.00 |
| 91 | 91 | 40# Adult returned | 16.03 | -1,458.73 |
| | | Weight  4000 | TOTAL DUE | $119.27 |



**United Pet Foods,**

SINCE 1976

# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**Defendant's Exhibit**

202-HMM

exhibitsticker.com 8477

**INVOICE**
Invoice Number
40753
Invoice Date
July 22, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH 45860

SHIP TO:
Path Valley Farm, Inc.
P. O. Box 233
14374 Shady Pine Road
Willow Hill, PA 17271

| CUSTOMER ID | | P.O. NUMBER | ORDER DATE | | |
|---|---|---|---|---|---|
| N001 | | 37 | | | |

| SHIP DATE | | SHIP VIA | TERMS | | |
|---|---|---|---|---|---|
| Jul 22, 2010 | | CH Robinson | Net 10 Days | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 40 | 40 | 50# Mink GroFur | 25.06 | 1,002.40 |
| | | Weight: 2000 | TOTAL DUE | $1,002.40 |

**Defendant's Exhibit**

202-NNN

exhibitindexes.com #477

**United Pet Foods, Inc.**



SINCE 1976

# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

## INVOICE

Invoice Number
40755
Invoice Date
July 23, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH 45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI 53061

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | 44 | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Jul 23, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 250 | 250 | 40# Performance - 071610 | 19.32 | 4,830.00 |
| 100 | 100 | 40# Adult - 071610 | 15.78 | 1,578.00 |
| 440 | 440 | 50# Mink GroFur - 072010 | 24.53 | 10,793.20 |
| 120 | 120 | 50# Mink Maintenance - 072010 | 21.88 | 2,625.60 |

Weight   42000

TOTAL DUE   $19,826.80

**Defendant's Exhibit**

202-000

United Pet Foods, Inc.



SINCE 1976

# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

## INVOICE

Invoice Number
40756
Invoice Date
July 23, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
Dre Sanders

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Jul 23, 2010 | Dre P/U | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 160 | 160 | 50# Mink GroFur -072010 | 24.53 | 3,924.80 |
| | | Weight: 8000 | TOTAL DUE | $3,924.80 |



**United Pet Foods, Inc.**

SINCE 1976

# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**Defendant's Exhibit**
exhibitstickers.com #477
202-PPP

## INVOICE

Invoice Number
40757
Invoice Date
July 26, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI  53061

| CUSTOMER ID | P.O. NUMBER | ORDER DATE | | |
|---|---|---|---|---|
| N001 | 46 | | | |

| SHIP DATE | SHIP VIA | TERMS | | |
|---|---|---|---|---|
| Jul 26, 2010 | CH Robinson | Net 10 Days | | |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 136 | 136 | 40# Performance Plus - 061710 | 18.95 | 2,577.20 |
| 564 | 564 | 40# Performance Plus - 071610 | 19.32 | 10,896.48 |
| 240 | 240 | 50# Mink Maintenance - 072010 | 21.88 | 5,251.20 |
| 35 | 35 | 50# Mink GroMax - 070910 | 19.14 | 669.90 |

Weight: 41750

TOTAL DUE      $19,394.78

Defendant's Exhibit

202-QQQ

exhibitsticker.com #477

# United Pet Foods, Inc.

**United Pet Foods, Inc.**

SINCE 1976

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

## INVOICE

**Invoice Number**
40760
**Invoice Date**
August 5, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
Roger City Do-It Center
Greenway Farms
1040 M68
Roger City, MI  49779

| CUSTOMER ID | P.O. NUMBER | ORDER DATE | | |
|---|---|---|---|---|
| N001 | 48 | | | |

| SHIP DATE | SHIP VIA | TERMS | |
|---|---|---|---|
| Aug 5, 2010 | Buyer's Truck | Net 10 Days | |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 42 | 42 | 50# Fox Reg Grow & Fur 080310 | 18.86 | 792.12 |
| | | Weight  2100 | TOTAL DUE | $792.12 |

Defendant's
Exhibit
202-RRR



# United Pet Foods, Inc.

United Pet Foods, Inc.

SINCE 1976

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

## INVOICE

**Invoice Number**
40761
**Invoice Date**
August 6, 2010

**SOLD TO:**
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH 45860

**SHIP TO:**
Dave Tremel
2017 Troy Trail
Woodbine, IA 51579

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | 47 | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Aug 6, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 680 | 680 | 50# Mink GroFur - 080310 | 24.98 | 16,986.40 |
| | | Weight 34000 | TOTAL DUE | $16,986.40 |

**Defendant's Exhibit**

202- 555



# United Pet Foods, Inc.

United Pet Foods, Inc.

SINCE 1976

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

## INVOICE

**Invoice Number**
40763
**Invoice Date**
August 3, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH   45860

SHIP TO:
Robert Diehl
46 W 500 Welter Road
Maple Park, IL   60151

| CUSTOMER ID | | P.O. NUMBER | ORDER DATE | | |
|---|---|---|---|---|---|
| N001 | | 50 | | | |
| SHIP DATE | | SHIP VIA | TERMS | | |
| Aug 3, 2010 | | CH Robinson | Net 10 Days | | |
| QUANTITY | | DESCRIPTION | | UNIT PRICE | EXTENSION |
| ORDERED | SHIPPED | | | | |
| 800 | 800 | 50# Mink GroFur (567 @ 080210; 233  @ 080310 | | 24.98 | 19,984.00 |
| | | Weight   40 000 | TOTAL DUE | | $19,984.00 |

Defendant's Exhibit
202-TTT
exhibitsticker.com #477



# United Pet Foods, Inc.

**United Pet Foods, Inc.**

SINCE 1976

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

## INVOICE

Invoice Number
40765
Invoice Date
August 5, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH 45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI 53061

| CUSTOMER ID | | P.O. NUMBER | ORDER DATE | | |
|---|---|---|---|---|---|
| N001 | | 52 | | | |
| SHIP DATE | | SHIP VIA | TERMS | | |
| Aug 5, 2010 | | CH Robinson | Net 10 Days | | |
| QUANTITY ORDERED | SHIPPED | DESCRIPTION | | UNIT PRICE | EXTENSION |
| 360 | 360 | 50# Mink GroFur 080310 | | 24.98 | 8,992.80 |
| 280 | 280 | 50# Fox Super Grow II 080310 | | 26.84 | 7,515.20 |
| 158 | 158 | 50# Fox Reg Grow & Fur 080310 | | 18.86 | 2,979.88 |
| 8 | 8 | Barrels Animal Fat | | 139.00 | 1,112.00 |

Weight 43420
39400

**TOTAL DUE** $20,599.88

**Defendant's Exhibit**

202-UUU

exhibitsticker.com #477

United Pet Foods, Inc.

# United Pet Foods, Inc.

SINCE 1976

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

## INVOICE

Invoice Number
40768
Invoice Date
August 9, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH   45860

SHIP TO:
George Oakes
81-212 Stoneschool Line
RR #2
Clinton NOM
Canada

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | 54 | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Aug 9, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 880 | 880 | 50# Mink GroFur | 24.98 | 21,982.40 |
| | | Weight: 44000 | TOTAL DUE | $21,982.40 |

United Pet Foods, Inc.



# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

Defendant's
Exhibit
202-VVV
exhibitindexes.com #477

## INVOICE

Invoice Number
40772
Invoice Date
August 12, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI  53061

| CUSTOMER ID | | P.O. NUMBER | ORDER DATE | | |
|---|---|---|---|---|---|
| N001 | | 56 | | | |

| SHIP DATE | | SHIP VIA | | TERMS | |
|---|---|---|---|---|---|
| Aug 12, 2010 | | CH Robinson | | Net 10 Days | |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 8 | 8 | Barrels Animal Fat | 139.00 | 1,112.00 |
| 560 | 560 | 50# Mink GroFur (30 @ 080310; 121 @ 080510; 409 @ 080910) | 24.98 | 13,988.80 |
| 240 | 240 | 50# Mink Early Growth 080910 | 30.30 | 7,272.00 |

Weight 43520

TOTAL DUE      $22,372.80

Defendant's Exhibit
202-WWW

**United Pet Foods, Inc.**



SINCE 1976

# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Number
40773
Invoice Date
August 16, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI  53061

| CUSTOMER ID | P.O. NUMBER | ORDER DATE | |
|---|---|---|---|
| N001 | 57 | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Aug 16, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 89 | 89 | 40# Adult | 15.78 | 1,404.42 |
| 160 | 160 | 50# FoxSuper Grow II – 080310 | 26.84 | 4,294.40 |
| 640 | 640 | 50# Mink GroFur – 080910 | 24.98 | 15,987.20 |

Weight 43560

TOTAL DUE $21,686.02

Defendant's
Exhibit
202-XXX

United Pet Foods, Inc.

# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Number
40779
Invoice Date
August 24, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI  53061

| CUSTOMER ID | | P.O. NUMBER | ORDER DATE | | |
|---|---|---|---|---|---|
| N001 | | 58 | | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Aug 24, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 300 | 300 | 40# National Maintenance - 081910 | 12.32 | 3,696.00 |
| 700 | 700 | 40# National Adult - 081910 | 15.69 | 10,983.00 |
| 60 | 66 | 50# Mink GroFur - 080910 | 24.98 | 1,648.68 |

Weight  43300

TOTAL DUE        $16,327.68

**Defendant's Exhibit**

202-YYY

exhibitsticker.com #477

**United Pet Foods, Inc.**



SINCE 1976

# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Number
40782
Invoice Date
August 26, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
Nick Demuth
1842 140th Street
Waverly, IA  50677

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | 59 | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Aug 26, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 80 | 80 | 50# Mink GroFur - 082510 | 25.43 | 2,034.40 |

Weight 4000

| | TOTAL DUE | $2,034.40 |
|---|---|---|



Defendant's
Exhibit

202-ZZZ



United Pet Foods, Inc.

SINCE 1976

# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Number
40784
Invoice Date
August 30, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH 45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI 53061

| CUSTOMER ID | P.O. NUMBER | ORDER DATE | |
|---|---|---|---|
| N001 | 60 | | |

| SHIP DATE | SHIP VIA | TERMS | |
|---|---|---|---|
| Aug 30, 2010 | CH Robinson | Net 10 Days | |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 800 | 800 | 50# Mink GroFur - 082510 | 25.43 | 20,344.00 |

Weight 40000

TOTAL DUE  $20,344.00