

# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Number
Credit -
Invoice Date
July 22, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH 45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI 53061

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| 7/19/10 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 36 | 36 | 50# Mink GroMax | 19.38 | -697.68 |
| 442 | 442 | 40# Performance Plus | 18.77 | -8,296.34 |
| 600 | 600 | 40# Adult | 16.03 | -9,618.00 |

Weight: 43480

TOTAL DUE $-18,612.02



Defendant's Exhibit
205-A