United Pet Foods, inc.



# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Number
Credit
Invoice Date
July 23, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH 45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI 53061

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Jul 23, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 280 | 280 | 50# Mink GroMax - 070610 | 19.14 | -5,359.20 |

Weight: 14000

TOTAL DUE    $-5,359.20



Defendant's Exhibit
205-B