

# United Pet Foods, Inc.

United Pet Foods, Inc.
P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Number
Credit -
Invoice Date
August 9, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI  53061

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | 0287720 | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Aug 9, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 180 | 180 | 40# Natl Adult | 16.03 | -2,885.40 |
| 325 | 325 | 50# Natl Mink GroMax | 19.38 | -6,298.50 |

Weight 23450

TOTAL DUE  $-9,183.90



Defendant's Exhibit 205-C
exhibitindexes.com #477