

# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Number
Credit
Invoice Date
October 1, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH 45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI 53061

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Oct 1, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| | | Sales | | -165,000.00 |
| | | Weight: | TOTAL DUE | $-165,000.00 |



Defendant's Exhibit
205-D