Defendant's
Exhibit

202-AAA

exhibitstickers.com #477



# United Pet Foods, Inc.

SINCE 1976

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

## INVOICE
Invoice Number
40735
Invoice Date
July 7, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
Cedar Rail Mink Ranch
Bob Klingbeil
22485 Tamarack Ave.
Remsen, IA  51050

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | 30 | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Jul 7, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 80 | 80 | 50# Mink GroMax  Lot #070610 | 19.14 | 1,531.20 |
| | | Weight 4000 | TOTAL DUE | $1,531.20 |

**Defendant's Exhibit**

202-BBB

exhibitsticker.com #477



# United Pet Foods, Inc.

SINCE 1976

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Number
40736
Invoice Date
July 6, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
Dre

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Jul 6, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 60 | 60 | 50# Mink GroMax<br><br>Lot 070610 | 19.14 | 1,148.40 |
| | | Weight 3000 | TOTAL DUE | $1,148.40 |

Defendant's
Exhibit
202-ccc
exhibitstickers.com #477





# United Pet Foods, Inc.

SINCE 1976

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Number
40738
Invoice Date
July 8, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH 45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI 53061

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | 34 | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Jul 8, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 760 | 760 | 50# Mink GroMax | 19.14 | 14,546.40 |
| | | *070610 - 6pallets* | | |
| | | *070910 - 13 pallets* | | |
| | | Weight *38000* | TOTAL DUE | $14,546.40 |



# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713



**Defendant's Exhibit**
202-DDD
exhibitsticket.com #477

**INVOICE**
Invoice Number
40739
Invoice Date
July 9, 2010

National Feeds, Inc.
P. O. Box 51
Maria Stein, OH 45860

SHIP TO National Feeds
6477 Fort Recovery Minister Rd
Maria Stein, OH 45860

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | 32 | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Jul 9, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 40 | 40 | 50# Mink GroMax w/LD | 19.14 | 765.60 |
| | | Lot# 070810 | | |
| | | fro 047-1371637 | | |
| | | Weight: ~~HODO~~ 2000 | TOTAL DUE | $765.60 |

**Defendant's Exhibit**

202-EEE

exhibitstickers.com #477



# United Pet Foods, Inc.

SINCE 1976

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Number
40740
Invoice Date
July 9, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
Dwain Weeks
2951 West Hwy 36
Weston, ID  83286

| CUSTOMER ID | | P.O. NUMBER | | ORDER DATE | |
|---|---|---|---|---|---|
| N001 | | 33 | | | |

| SHIP DATE | | SHIP VIA | | TERMS | |
|---|---|---|---|---|---|
| Jul 9, 2010 | | CH Robinson | | Net 10 Days | |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 40 | 40 | 50# Mink GroMax w/LD  Lot# 670810 | 19.14 | 765.60 |
| | | Weight: 2000 1600 | TOTAL DUE | $765.60 |


Defendant's Exhibit
202-FFF



# United Pet Foods, Inc.

SINCE 1976

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Number
40743
Invoice Date
July 13, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH 45860

SHIP TO:
Robert Diehl
46 W 500 Welter Rd
Maple Park, IL 60151

| CUSTOMER ID | P.O. NUMBER | ORDER DATE | | |
|---|---|---|---|---|
| N001 | 36 | | | |

| SHIP DATE | SHIP VIA | TERMS | | |
|---|---|---|---|---|
| Jul 13, 2010 | USF Holland | Net 10 Days | | |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 80 | 80 | 50# Mink GroMax<br><br>Lot 070910 | 19.14 | 1,531.20 |
| | | Weight 4000 | TOTAL DUE | $1,531.20 |

exhibitstickers.com #477

**Defendant's Exhibit**

202-GGG

**United Pet Foods,**



SINCE 1976

United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Number
40744
Invoice Date
July 14, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH   45860

SHIP TO:
Robert Diehl
46 W 500 Welter Road
Maple Park, IL   60151

| CUSTOMER ID | P.O. NUMBER | ORDER DATE | | |
|---|---|---|---|---|
| N001 | 38 | | | |

| SHIP DATE | SHIP VIA | TERMS | | |
|---|---|---|---|---|
| Jul 14, 2010 | CH Robinson | Net 10 Days | | |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 80 | 80 | 50# Mink Gro Max | 19.15 | 1,532.00 |
| | | Weight 4000 | TOTAL DUE | $1,532.00 |

**Defendant's Exhibit**

202-HHH

exhibitcorvers.com #47



**United Pet Foods,**

SINCE 1976

# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Number
40745
Invoice Date
July 16, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
Robert Diehl
46 W 500 Welter Road
Maple Park, IL  60151

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | 39 | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Jul 16, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 38 | 38 | 50# Gro Fur  *Lot 062810* | 25.06 | 952.28 |
| 40 | 40 | 50# Gro Max  *Lot 070910* | 19.14 | 765.60 |

Weight: *3900*       TOTAL DUE       $1,717.88

**Defendant's Exhibit**

202 - III



**United Pet Foods,**

SINCE 1976

# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

## INVOICE

Invoice Number
40748
Invoice Date
July 19, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH 45860

SHIP TO:
Zanella Milling
113 Main Street
West Sunbury, PA 16061

| CUSTOMER ID | | P.O. NUMBER | ORDER DATE | | |
|---|---|---|---|---|---|
| N001 | | 40 | | | |

| SHIP DATE | | SHIP VIA | TERMS | | |
|---|---|---|---|---|---|
| Jul 19, 2010 | | CH Robinson | Net 10 Days | | |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 40 | 40 | 50# Mink GroMax | | 19.14 | 765.60 |
| | | Weight 2000 | TOTAL DUE | | $765.60 |

**Defendant's Exhibit**

202-JJJ

exhibitindexes.com #477



United Pet Foods,

SINCE 1976

# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713



**INVOICE**
Invoice Number
40750
Invoice Date
July 22, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI  53061

| CUSTOMER ID | | P.O. NUMBER | ORDER DATE | | |
|---|---|---|---|---|---|
| N001 | | 41 | | | |

| SHIP DATE | | SHIP VIA | TERMS | | |
|---|---|---|---|---|---|
| Jul 22, 2010 | | CH Robinson | Net 10 Days | | |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 400 | 400 | 40# Adult - 071610 | | 15.78 | 6,312.00 |
| 700 | 700 | 40# Performance Plus - 071610 | | 19.32 | 13,524.00 |
| | | Weight: 44000 | TOTAL DUE | | $19,836.00 |



**United Pet Foods, inc.**

SINCE 1976

# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**Defendant's Exhibit**
exhibitindexes.com #47
202-KKK

**INVOICE**
**Invoice Number**
40751
**Invoice Date**
July 22, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
Robert Diehl
46 W 500 Welter Road
Maple Park, IL  60151

| CUSTOMER ID | | P.O. NUMBER | ORDER DATE | | |
|---|---|---|---|---|---|
| N001 | | 42 | | | |

| SHIP DATE | | SHIP VIA | TERMS | | |
|---|---|---|---|---|---|
| Jul 22, 2010 | | CH Robinson | Net 10 Days | | |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 80 | 80 | 50# Mink Maintenance – 072010 | | 21.88 | 1,750.40 |
| 80 | 80 | 50# Mink GroFur – 072010 | | 24.53 | 1,962.40 |
| | | Weight  8,000 | | TOTAL DUE | $3,712.80 |

Defendant's Exhibit

202-LLL

exhibitindexes.com #477

**United Pet Foods, Inc.** 

# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

SINCE 1976

**INVOICE**
Invoice Number
40752
Invoice Date
July 27, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
Richard Harvey
Oak Frost Kennel
19611 16 Mile road
Marshall, MI  49068

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | 43 | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Jul 27, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 100 | 100 | 40# Adult | 15.78 | 1,578.00 |
| 91 | 91 | 40# Adult returned | 16.03 | -1,458.73 |
| | | Weight    4000 | TOTAL DUE | $119.27 |



**United Pet Foods,**
SINCE 1976



## United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

Defendant's Exhibit
202-HMM
exhibitsticker.com 8477

**INVOICE**
Invoice Number
40753
Invoice Date
July 22, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
Path Valley Farm, Inc.
P. O. Box 233
14374 Shady Pine Road
Willow Hill, PA  17271

| CUSTOMER ID | P.O. NUMBER | ORDER DATE | | |
|---|---|---|---|---|
| N001 | 37 | | | |

| SHIP DATE | SHIP VIA | TERMS | | |
|---|---|---|---|---|
| Jul 22, 2010 | CH Robinson | Net 10 Days | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 40 | 40 | 50# Mink GroFur | 25.06 | 1,002.40 |
| | | Weight: 2000 | TOTAL DUE | $1,002.40 |

Defendant's
Exhibit
202-NNN
exhibitindexes.com #477

**United Pet Foods, Inc.** 

# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

SINCE 1976

**INVOICE**
Invoice Number
40755
Invoice Date
July 23, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI  53061

| CUSTOMER ID | P.O. NUMBER | ORDER DATE | |
|---|---|---|---|
| N001 | 44 | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Jul 23, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 250 | 250 | 40# Performance - 071610 | 19.32 | 4,830.00 |
| 100 | 100 | 40# Adult - 071610 | 15.78 | 1,578.00 |
| 440 | 440 | 50# Mink GroFur - 072010 | 24.53 | 10,793.20 |
| 120 | 120 | 50# Mink Maintenance - 072010 | 21.88 | 2,625.60 |

Weight   1/2000

TOTAL DUE     $19,826.80

Defendant's Exhibit

202-000

exhibitindexes.com 877

**United Pet Foods, Inc.**



SINCE 1976

# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Number
40756
Invoice Date
July 23, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
Dre Sanders

| CUSTOMER ID | P.O. NUMBER | ORDER DATE | |
|---|---|---|---|
| N001 | | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Jul 23, 2010 | Dre P/U | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 160 | 160 | 50# Mink GroFur -072010 | 24.53 | 3,924.80 |

Weight: 8000

| TOTAL DUE | $3,924.80 |
|---|---|

**United Pet Foods, Inc.**



# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**Defendant's Exhibit**

exhibitindexes.com #477

202-PPP

**INVOICE**
Invoice Number
40757
Invoice Date
July 26, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI  53061

| CUSTOMER ID | | P.O. NUMBER | ORDER DATE | | |
|---|---|---|---|---|---|
| N001 | | 46 | | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Jul 26, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 136 | 136 | 40# Performance Plus - 061710 | 18.95 | 2,577.20 |
| 564 | 564 | 40# Performance Plus - 071610 | 19.32 | 10,896.48 |
| 240 | 240 | 50# Mink Maintenance - 072010 | 21.88 | 5,251.20 |
| 35 | 35 | 50# Mink GroMax - 070910 | 19.14 | 669.90 |

Weight: 41750

TOTAL DUE  $19,394.78

Defendant's Exhibit
202-QQQ
exhibitsticker.com #477

# United Pet Foods, Inc.

United Pet Foods, Inc.

SINCE 1976

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Number
40760
Invoice Date
August 5, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
Roger City Do-It Center
Greenway Farms
1040 M68
Roger City, MI  49779

| CUSTOMER ID | P.O. NUMBER | ORDER DATE | | |
|---|---|---|---|---|
| N001 | 48 | | | |

| SHIP DATE | SHIP VIA | TERMS | |
|---|---|---|---|
| Aug 5, 2010 | Buyer's Truck | Net 10 Days | |

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 42 | 42 | 50# Fox Reg Grow & Fur 080310 | 18.86 | 792.12 |
| | | Weight  2100 | TOTAL DUE | $792.12 |

**Defendant's Exhibit**

202-RRR

exhibitindexes.com #477

United Pet Foods, Inc. 

# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

SINCE 1976

**INVOICE**
Invoice Number
40761
Invoice Date
August 6, 2010

SOLD TO:

National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:

Dave Tremel
2017 Troy Trail
Woodbine, IA  51579

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | 47 | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Aug 6, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 680 | 680 | 50# Mink GroFur - 080310 | 24.98 | 16,986.40 |
| | | Weight  34000 | TOTAL DUE | $16,986.40 |

**Defendant's Exhibit**

202-555

United Pet Foods, Inc.



# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Number
40763
Invoice Date
August 3, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
Robert Diehl
46 W 500 Welter Road
Maple Park, IL  60151

| CUSTOMER ID | P.O. NUMBER | ORDER DATE | | |
|---|---|---|---|---|
| N001 | 50 | | | |

| SHIP DATE | SHIP VIA | TERMS | | |
|---|---|---|---|---|
| Aug 3, 2010 | CH Robinson | Net 10 Days | | |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 800 | 800 | 50# Mink GroFur (567 @ 080210; 233 @ 080310 | 24.98 | 19,984.00 |
| | | Weight  40 000 | TOTAL DUE | $19,984.00 |


Defendant's Exhibit
202-TTT

United Pet Foods, Inc.

# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Number
40765
Invoice Date
August 5, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI  53061

| CUSTOMER ID | | P.O. NUMBER | ORDER DATE | | |
|---|---|---|---|---|---|
| N001 | | 52 | | | |
| **SHIP DATE** | | **SHIP VIA** | **TERMS** | | |
| Aug 5, 2010 | | CH Robinson | Net 10 Days | | |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 360 | 360 | 50# Mink GroFur 080310 | 24.98 | 8,992.80 |
| 280 | 280 | 50# Fox Super Grow II 080310 | 26.84 | 7,515.20 |
| 158 | 158 | 50# Fox Reg Grow & Fur 080310 | 18.86 | 2,979.88 |
| 8 | 8 | Barrels Animal Fat | 139.00 | 1,112.00 |

Weight  43420
39400

TOTAL DUE  $20,599.88

Defendant's
Exhibit
202-UUU

exhibitstickers.com #417

United Pet Foods, Inc.

# United Pet Foods, Inc.

SINCE 1976

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Number
40768
Invoice Date
August 9, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
George Oakes
81-212 Stoneschool Line
RR #2
Clinton NOM
Canada

| CUSTOMER ID | P.O. NUMBER | ORDER DATE |
|---|---|---|
| N001 | 54 | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Aug 9, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 880 | 880 | 50# Mink GroFur | 24.98 | 21,982.40 |
| | | Weight: 44000 | TOTAL DUE | $21,982.40 |

United Pet Foods, Inc.



# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

Defendant's Exhibit
202-VVV
exhibitindexes.com #477

## INVOICE

Invoice Number
40772
Invoice Date
August 12, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI  53061

| CUSTOMER ID | | P.O. NUMBER | ORDER DATE | | |
|---|---|---|---|---|---|
| N001 | | 56 | | | |

| SHIP DATE | | SHIP VIA | | TERMS | |
|---|---|---|---|---|---|
| Aug 12, 2010 | | CH Robinson | | Net 10 Days | |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 8 | 8 | Barrels Animal Fat | 139.00 | 1,112.00 |
| 560 | 560 | 50# Mink GroFur (30 @ 080310; 121 @ 080510; 409 @ 080910) | 24.98 | 13,988.80 |
| 240 | 240 | 50# Mink Early Growth 080910 | 30.30 | 7,272.00 |
| | | Weight  43520 | TOTAL DUE | $22,372.80 |

Defendant's Exhibit
202-WWW

exhibitindexed.com #477

**United Pet Foods, Inc.**



SINCE 1976

# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Number
40773
Invoice Date
August 16, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI  53061

| CUSTOMER ID | P.O. NUMBER | ORDER DATE | |
|---|---|---|---|
| N001 | 57 | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Aug 16, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 89 | 89 | 40# Adult | 15.78 | 1,404.42 |
| 160 | 160 | 50# FoxSuper Grow II - 080310 | 26.84 | 4,294.40 |
| 640 | 640 | 50# Mink GroFur - 080910 | 24.98 | 15,987.20 |

Weight 43560          TOTAL DUE          $21,686.02

Defendant's
Exhibit
202-XXX

United Pet Foods, Inc.

# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

SINCE 1976

**INVOICE**
Invoice Number
40779
Invoice Date
August 24, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI  53061

| CUSTOMER ID | | P.O. NUMBER | ORDER DATE | | | |
|---|---|---|---|---|---|---|
| N001 | | 58 | | | | |
| SHIP DATE | | SHIP VIA | | TERMS | | |
| Aug 24, 2010 | | CH Robinson | | Net 10 Days | | |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 300 | 300 | 40# National Maintenance - 081910 | 12.32 | 3,696.00 |
| 700 | 700 | 40# National Adult - 081910 | 15.69 | 10,983.00 |
| 60 | 66 | 50# Mink GroFur - 080910 | 24.98 | 1,648.68 |

Weight  43300

TOTAL DUE          $16,327.68

**Defendant's Exhibit**

202-YYY

exhibitindexes.com #477

United Pet Foods, Inc.


SINCE 1976

# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Number
40782
Invoice Date
August 26, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
Nick Demuth
1842 140th Street
Waverly, IA  50677

| CUSTOMER ID | P.O. NUMBER | ORDER DATE | | |
|---|---|---|---|---|
| N001 | 59 | | | |

| SHIP DATE | SHIP VIA | TERMS |
|---|---|---|
| Aug 26, 2010 | CH Robinson | Net 10 Days |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 80 | 80 | 50# Mink GroFur – 082510 | 25.43 | 2,034.40 |
| | | Weight 4000 | TOTAL DUE | $2,034.40 |

**Defendant's Exhibit**

202-ZZZ

exhibitindexes.com #477



United Pet Foods, Inc.

SINCE 1976

# United Pet Foods, Inc.

P.O. Box 250
Osceola, IN 46561
(574) 674-5981 • Fax (574) 674-0713

**INVOICE**
Invoice Number
40784
Invoice Date
August 30, 2010

SOLD TO:
National Feeds, Inc.
P. O. Box 51
Maria Stein, OH  45860

SHIP TO:
MSC
1310 Milwaukee Drive
New Holstein, WI  53061

| CUSTOMER ID | P.O. NUMBER | ORDER DATE | |
|---|---|---|---|
| N001 | 60 | | |

| SHIP DATE | SHIP VIA | TERMS | |
|---|---|---|---|
| Aug 30, 2010 | CH Robinson | Net 10 Days | |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 800 | 800 | 50# Mink GroFur - 082510 | 25.43 | 20,344.00 |

Weight 40000

| | TOTAL DUE | $20,344.00 |
|---|---|---|