G. A. WINTZER & SON CO.
5 North Blackhoof Street
P.O. Box 308
Wapakoneta, Ohio 45895-0406

89023
INVOICE NO.

SOLD TO

United Pet Foods
·P.O. Box 250
Osceola, Indiana 46561

DATE January 25, 2010    Jan

Delivery:
United Pet
30809 Corwin Road
Elkhart, IN 46514

TERMS: NET 15 DAYS

| CUSTOMER'S ORDER NO. | | FACTORY TICKET NO. | STORAGE NO. | VIA | | F.O.B. | |
|---|---|---|---|---|---|---|---|
| By Phone | | C 85537 | 6 | Homan | | Wapakoneta | |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 24.80 Tons | Bulk "Wapak" Poultry Meal Seal #9047313 | 455.00 | 11284.00 |

pd 2-11-10
# 56035

Seller represents that with respect to the production of the articles covered by this invoice, it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended.

UPF001412

# G. A. WINTZER & SON CO.
## WAPAKONETA, OHIO 45895

**ORIGINAL**

Weight Ticket No. **65838**

Date _1-25-10_

Name _United Pet Food_

Driver (ON)  OFF  Scale

Commodity _Poultry Meal_

Contract No. _____  P.O. No. _____

Factory Ticket No. _C 85537_
_Scale 9047313_

Hauled By _Homan_

Truck/Trailer No. _75_  _69_

Gross Weighed By _S Humphrey_  WEIGHMASTER

Tare Weighed By _____  WEIGHMASTER

DELIVERY COPY

**G. A. WINTZER & SON COMPANY**
**P. O. BOX 406**
**WAPAKONETA, OHIO  45895-0406**

**419-739-4900 or 800-331-1801**

Date: _1. 25_ 200_6_ Loaded by: _____

Silo/Storage No. _6_

Sold To: _United Pet Food_

P. O. No. _____ Contract No. _____

Trucking
Company _Hauvre_

Tractor No. _75_ Trailer No. _67_

Driver: _Dave Homan_

_____ Blendable Fancy Tallow _____
_____ 7 FAC Tallow _____
_____ White Grease _____

_____ True Energy Formula "A" _____
_____ True Energy - Hog Blend _____
_____ True Energy - Vegetable Blend _____
_5701 # 9899 999_

_____ "Wapak" Meat & Bone Meal _____
_✓_ "Wapak" Poultry Meal _____
_____ "Wapak" Hydrolyzed Feather Meal _____

| Quantity: | Price: | | Amount: |
|---|---|---|---|
| | | | |
| | Feed Tax  (IN) (MI) (OH) | | |
| | Freight | | |
| | Total | | |

C 85537

UPF001413

**THIS SHIPPING ORDER** must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent

Shipper's No. **85537**

Carrier **MITCHEL ENTERPRISES - BLUFFTON, IN**      SCAC _____      Carrier's No. **65838**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and all applicable state and federal regulations.

at _____ date _____ from _____

the Property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and indicated below which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to delivery at said destination, if on its route, or otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said Property over all or any portion of said route to destination and as to each party at any time interested in all or any of said Property that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

| TO: Consignee | United Pet | FROM: Shipper | G. A. Wintzer & Sons Co. |
|---|---|---|---|
| Street Destination | Elkard IN.              Zip | Street Origin | Wapakoneta, OH.              Zip |

Route _____

| Delivering Carrier | HOMAN   TRUCKING | Vehicle Number | 25 TRK. 64 TRL. | U.S. DOT Interstate Reg. Number |
|---|---|---|---|---|

| Number and Type of Packages | HM | Description of Articles | Total Quantity (weight/cube) | Weight (Subject to correction) | Class or Rate |
|---|---|---|---|---|---|
| 1 — TRK/TRL | | Poultry Meal | | 49,600 | |
| | | | | | |
| | | | | | |

| Remit COD to: | | | | Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. _____ (Signature of Consignor) | COD AMT: $ | COD FEE: Prepaid ☐ Collect ☐ $ |
|---|---|---|---|---|---|---|
| Address: | | | | | TOTAL CHARGES: $ | FREIGHT CHARGES: Prepaid ☐  Collect ☐ |
| City: | State: | Zip: | | | | |

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ _____ Per _____

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. Per _____

| SHIPPER: _____ | CARRIER: **MITCHEL ENTERPRISES** |
|---|---|
| PER: _____ DATE: _____ | PER: _____ DATE: _____ |

EMERGENCY RESPONSE TELEPHONE NUMBER: ( ___ ) _____

Monitored at all times the Hazardous Material is in transportation including storage incidental to transportation (172.604).

10-BL3-A3  489
(Rev. 1/07)

**2**      ☞ Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

UPF001414

## G. A. WINTZER & SON COMPANY
P. O. Box 406
WAPAKONETA, OHIO 45895-0406

800-331-1801

FEED GRADE MATERIAL

"WAPAK" POULTRY BY-PRODUCTS MEAL

### Guaranteed Analysis:

| | | |
|---|---|---|
| CRUDE PROTEIN | Minimum | 60.00% |
| CRUDE FAT | Minimum | 8.00% |
| CRUDE FIBER | Maximum | 1.50% |
| MOISTURE | Maximum | 7.50% |
| SALT | Min/Max | 1.5-2.0% |
| CALCIUM | Min/Max | 5.8-6.8% |
| PHOSPHORUS | Minimum | 2.00% |
| ASH | Maximum | 20.00% |

INGREDIENTS:
POULTRY MEAT BY-PRODUCTS

DELIVERY

Weight Ticket No.

Date

Name

Driver          ON          OFF          Scale

Commodity

Contract No.                     P.O. No.

Factory Ticket No.

Hauled By

Truck/Trailer No.

Gross Weighed By                          WEIGHMASTER

Tare Weighed By                           WEIGHMASTER

Phone 419-739-4900 or 800-331-1801

## G. A. WINTZER & SON CO.
WAPAKONETA, OHIO 45895

UPF001415

UPF001416

Phone 419-739-4900 or 800-331-1901

# G. A. WINTZER & SON CO.
WAPAKONETA, OHIO 45895

ORIGINAL

Weight Ticket No. 65419

Date 2-8-10

ID 2108   Scale #3 02/08/2010 09:00AM
GROSS     29960 lb INBOUND
ID 2108   Scale #3 02/08/2010 09:32AM
GROSS     80040 lb
TARE      29960 lb RECALLED
NET       50080 lb

Name United Pet Food
Driver      ON   (OFF)   Scale
Commodity Poultry Meal
Contract No. _____ P.O. No. _____
Factory Ticket No. C 856666

Hauled By Haas Trucking
Truck/Trailer No. 2 / 108

Gross Weighed By Tony Borg          WEIGHMASTER
Tare Weighed By Tony Borg           WEIGHMASTER

Phone 419-739-4900 or 800-331-1901

# G. A. WINTZER & SON CO.
WAPAKONETA, OHIO 45895

DELIVERY

Weight Ticket No. _____
Date _____

Name _____
Driver      ON   OFF   Scale
Commodity _____
Contract No. _____ P.O. No. _____
Factory Ticket No. _____

Hauled By _____
Truck/Trailer No. _____

Gross Weighed By _____       WEIGHMASTER
Tare Weighed By _____        WEIGHMASTER

## G.A. Wintzer & Son Company
PO Box 406
Wapakoneta OH  45895

Phone:  800-331-1801
Fax:    419-738-9058



| Invoice | 89155 |
|---|---|
| Date | 2/8/2010 |
| Page | 1 |

| Storage No. | 6 |
|---|---|
| Factory Ticket | C 85666 |
| Seal No. | 9047363 |
| Export No. | |

**Bill To:**

United Pet Foods
P O Box 250
Osceola IN  46561

**Ship To:**

United Pet Foods
30809 Corwin Road
Elkhart IN  46514

| Purchase Order No. | Customer ID | Contract # | Via/FOB | | Payment Terms | Master No. |
|---|---|---|---|---|---|---|
| | UNITE0001 | | Haas/Wapakoneta | | Net 15 | 376 |

| Shipped | U of M | Description | Unit Price | Ext. Price |
|---|---|---|---|---|
| 25.04 | Tons | Bulk "Wapak" Poultry Meal | $455.00000 | $11,393.20 |

| | Total | $11,393.20 |
|---|---|---|

*pd 2-25-10*
*# 56084*

Please return with payment

## G.A. Wintzer & Son Company
PO Box 406
Wapakoneta OH  45895

| Invoice | 89155 |
|---|---|
| Date | 2/8/2010 |
| Page | 1 |

| Storage No. | 6 |
|---|---|
| Factory Ticket | C 85666 |
| Seal No. | 9047363 |
| Export No. | |

| Customer Name | United Pet Foods |
|---|---|
| Customer No. | UNITE0001 |
| **Total** | **$11,393.20** |

UPF001417

## G. A. WINTZER & SON COMPANY
### P. O. Box 406
### WAPAKONETA, OHIO  45895-0406

**800-331-1801**

**FEED GRADE MATERIAL**

**"WAPAK" POULTRY BY-PRODUCTS MEAL**

### Guaranteed Analysis:

| | | |
|---|---|---|
| CRUDE PROTEIN | Minimum | 60.00% |
| CRUDE FAT | Minimum | 8.00% |
| CRUDE FIBER | Maximum | 1.50% |
| MOISTURE | Maximum | 7.50% |
| SALT | Min/Max | 1.5-2.0% |
| CALCIUM | Min/Max | 5.8-6.8% |
| PHOSPHORUS | Minimum | 2.00% |
| ASH | Maximum | 20.00% |

### INGREDIENTS:
### POULTRY MEAT BY-PRODUCTS

*Tony Bang 2-8-10*

---

DELIVERY COPY

### G. A. WINTZER & SON COMPANY
### P. O. BOX 406
### WAPAKONETA, OHIO  45895-0406

**419-739-4900 or 800-331-1801**

Date: _2-8_ 200__ Loaded by: _Tony_

Silo/Storage No. _6_

Sold To: _United Pet Foods_

P. O. No. _N/H_   Contract No. _N/A_

Trucking Company _Haas Trucking_

Tractor No. _2_   Trailer No. _108_

Driver: _Mike Haas_

| | |
|---|---|
| Bleachable Fancy Tallow | |
| 7 FAC Tallow | |
| White Grease | |
| | |
| True Energy Formula "A" | |
| True Energy - Hog Blend | |
| True Energy - Vegetable Blend | |
| | |
| "Wapak" Meat & Bone Meal | |
| ✓ "Wapak" Poultry Meal Scale - 9047363 | |
| "Wapak" Hydrolyzed Feather Meal | |

Quantity:        Price:                    Amount:

Feed Tax  (IN) (MI) (OH)

Freight

Total

C 85666

UPF001418

**Staple to trucker's factory ticket**

**G. A. Wintzer & Son Company**
**12279 S. Dixie Highway**
**P. O. Box 406**
**Wapakoneta, Ohio  45895-0406**

Date: _____2-8-10_____|_____

Load of: _____Poultry Meal_____

Contract No. ___N/A_____

Delivery Point:       **United Pet Food**
                      **30809 Corwin Road**
                      **Elkhart, IN  46514**

UPF001419

**G.A. Wintzer & Son Company**
PO Box 406
Wapakoneta OH 45895

Phone: 800-331-1801
Fax: 419-738-9058



| Invoice No. | 89286 |
|---|---|
| Date | 2/22/2010 |
| Page | 1 |

| Storage No. | 6 |
|---|---|
| Factory Ticket | C 85797 |
| Scale No. | 9047421 |
| Export No. | |

**Bill To:**

United Pet Foods
P O Box 250
Osceola IN  46561

**Ship To:**

United Pet Foods
30809 Corwin Road
Elkhart IN  46514

| Purchase Order No. | Customer ID | Contract | Via/FOB | Payment Terms | Master No. |
|---|---|---|---|---|---|
| BY PHONE | UNITE0001 | | Mitchel/Wapakoneta | Net 15 | 519 |

| Shipped Qty | UOM | Description | Unit Price | Ext. Price |
|---|---|---|---|---|
| 26.43 | Tons | Bulk "Wapak" Poultry Meal | $455.00000 | $12,025.65 |
| | | | **TOTAL** | **$12,025.65** |

Please return with payment

**G.A. Wintzer & Son Company**
PO Box 406
Wapakoneta OH  45895

| Invoice No. | 89286 |
|---|---|
| Date | 2/22/2010 |
| Page | 1 |

Customer Name   United Pet Foods
Customer No.    UNITE0001

**Total**        $12,025.65

| Storage No. | |
|---|---|
| Factory Ticket | |
| Scale No | |
| Export No. | |

UPF001420

UPF001421

Phone 419-739-4900 or 800-331-1801

# G. A. WINTZER & SON CO.
WAPAKONETA, OHIO 45895

ORIGINAL

Weight Ticket No. 79132

Date _2-22-10_

ID 10626  Scale #3 02/22/2010 02:08PM

GROSS     28280 lb INBOUND

ID 10626  Scale #3 02/22/2010 03:00PM

GROSS     81140 lb

TARE      28280 lb RECALLED

NET       52860 lb

Name _United Pet_

Driver      ON      OFF      Scale

Commodity _Poultry Meal_

Contract No. _____ P.O. No. _____

Factory Ticket No. _C 85797_

Hauled By _Scheffman - Mitchel_

Truck/Trailer No. _106 - 26_
Seal # _9047421_

Gross Weighed By _S. Hembling_

Tare Weighed By _S. Hembling_

S Hubbard    01-22-2

## G. A. WINTZER & SON COMPANY
P. O. Box 408
WAPAKONETA, OHIO 45895-0408

800-331-1801

### FEED GRADE MATERIAL

### "WAPAK" POULTRY BY-PRODUCTS MEAL

Guaranteed Analysis:

| | | |
|---|---|---|
| CRUDE PROTEIN | Minimum | 60.00% |
| CRUDE FAT | Minimum | 8.00% |
| CRUDE FIBER | Maximum | 1.50% |
| MOISTURE | Maximum | 7.50% |
| SALT | Min/Max | 1.5-2.0% |
| CALCIUM | Min/Max | 5.5-8.5% |
| PHOSPHORUS | Minimum | 2.00% |
| ASH | Maximum | 20.00% |

INGREDIENTS:
POULTRY MEAT BY-PRODUCTS

**Staple to trucker's factory ticket**

G. A. Wintzer & Son Company
12279 S. Dixie Highway
P. O. Box 406
Wapakoneta, Ohio 45895-0406

Date: 2·22·10

Load of: Poultry meal

Contract No.

Delivery Point: United Pet Food
30809 Corwin Road
Elkhart, IN 46514

UPF001423

DELIVERY COPY

## G. A. WINTZER & SON COMPANY
P. O. BOX 406
WAPAKONETA, OHIO 45895-0406

419-739-4900 or 800-331-1801

Date: 3-2-10 200___ Loaded by: JmW

Sold To: United Pet                    Silo/Storage No. 6

P. O. No. _____ Contract No. _____

Trucking
Company     Mitchel   Entprise

Tractor No. 389 Trailer No. 7

Driver: Xlon Pandicaro

| | |
|---|---|
| Bleachable Fancy Tallow | |
| 7 FAC Tallow | |
| White Grease | |
| Seal # 9047452 | |
| True Energy Formula "A" | |
| True Energy - Hog Blend | |
| True Energy - Vegetable Blend | |
| "Wapak" Meat & Bone Meal | |
| "Wapak" Poultry Meal | |
| "Wapak" Hydrolyzed Feather Meal | |

Quantity:        Price:                    Amount:

| | |
|---|---|
| Feed Tax (IN) (MI) (OH) | |
| Freight | |
| Total | |

C 85872

MGLRF 3946 5945 EXPRESSION BUSINESS SOLUTIONS 800-846-6400 30388808

Staple to trucker's factory ticket

G. A. Wintzer & Son Company
12279 S. Dixie Highway
P. O. Box 406
Wapakoneta, Ohio 45895-0406

Date:     3-2-10

Load of:    Poultry Meal

                     -1-

Contract No.

Delivery Point:

United Pet Food
30809 Corwin Road
Elkhart, IN 46514

# G. A. WINTZER & SON CO.

WAPAKONETA, OHIO 45895

DELIVERY

Weight Ticket No. 7

Date _____

Name _____

Driver ___ ON ___ OFF ___ Scale ___

Commodity _____

Contract No. _____ P.O. No. _____

Factory Ticket No. _____

Hauled By _____

Truck/Trailer No. _____

Gross Weighed By _____

Tare Weighed By _____

3-2-10  Josh Waterman

## G. A. WINTZER & SON COMPANY

P. O. Box 406
WAPAKONETA, OHIO 45895-0406

800-331-1801

FEED GRADE MATERIAL

"WAPAK" POULTRY BY-PRODUCTS MEAL

Guaranteed Analysis:

| | | |
|---|---|---|
| CRUDE PROTEIN | Minimum | 60.00% |
| CRUDE FAT | Minimum | 8.00% |
| CRUDE FIBER | Maximum | 1.50% |
| MOISTURE | Maximum | 7.50% |
| SALT | Min/Max | 1.5-2.0% |
| CALCIUM | Min/Max | 5.8-6.8% |
| PHOSPHORUS | Minimum | 2.00% |
| ASH | Maximum | 20.00% |

INGREDIENTS:
POULTRY MEAT BY-PRODUCTS

UPF001424

# G.A. Wintzer & Son Company
PO Box 406
Wapakoneta OH   45895

Phone:  800-331-1801
Fax:    419-738-9058



| Invoice | 89363 |
|---|---|
| Date | 3/2/2010 |
| Page | 1 |
| Storage No. | 6 |
| Factory Ticket | C 85872 |
| Seal No. | 9047452 |
| Export No. | |

**Bill To:**

United Pet Foods
P O Box 250
Osceola IN   46561

**Ship To:**

United Pet Foods
30809 Corwin Road
Elkhart IN   46514

| Purchase Order No. | Customer ID | Contract | Via/FOB | Payment Term | Master No. |
|---|---|---|---|---|---|
| BY PHONE | UNITE0001 | | Mitchel/Wapakoneta | Net 15 | 597 |

| Shipped | U/M | Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 24.83 | Tons | Bulk "Wapak" Poultry Meal | $455.00000 | $11,297.65 |
| | | | **Total** | **$11,297.65** |

---

Please return with payment

# G.A. Wintzer & Son Company
PO Box 406
Wapakoneta OH   45895

Customer Name   United Pet Foods
Customer No.    UNITE0001
## Total          $11,297.65

| Invoice | 89363 |
|---|---|
| Date | 3/2/2010 |
| Page | 1 |
| Storage No. | 6 |
| Factory Ticket | C 85872 |
| Seal No. | 9047452 |
| Export No. | |

pd  3-25-10
# 50165

UPF001426

## G.A. Wintzer & Son Company
PO Box 406
Wapakoneta OH   45895

Phone: 800-331-1801
Fax:    419-738-9058



| Invoice | 89458 |
|---|---|
| Date | 3/15/2010 |
| Page | 1 |

| Storage No. | 6 |
|---|---|
| Factory Ticket | C 85964 |
| Seal No. | |
| Export No. | |

**Bill To:**

United Pet Foods
P O Box 250
Osceola IN   46561

**Ship To:**

United Pet Foods
30809 Corwin Road
Elkhart IN   46514

| Purchase Order No. | Customer ID | Contract # | Via/FOB | Payment Terms | Master No. |
|---|---|---|---|---|---|
| BY PHONE | UNITE0001 | | Hass Trucking/Wapak | Net 15 | 692 |

| Shipped | U. of M. | Description | Unit Price | Ext. Price |
|---|---|---|---|---|
| 25.28 | Tons | Bulk "Wapak" Poultry Meal | $455.00000 | $11,502.40 |
| | | | | |

| | Total | $11,502.40 |
|---|---|---|

pd  4-1-10
# 56196

Please return with payment

---

## G.A. Wintzer & Son Company
PO Box 406
Wapakoneta OH   45895

| Customer Name | United Pet Foods |
|---|---|
| Customer No. | UNITE0001 |

**Total**      **$11,502.40**

| Invoice | 89458 |
|---|---|
| Date | 3/15/2010 |
| Page | 1 |

| Storage No. | 6 |
|---|---|
| Factory Ticket | C 85964 |
| Seal No. | |
| Export No. | |

UPF001427

UPF001428

Phone 419-739-4900 or 800-331-1801

# G. A. WINTZER & SON CO.
WAPAKONETA, OHIO 45895

ORIGINAL

Weight Ticket No. 70532

Date March 12 2010

Name United Pet

Driver    ON   (OFF)    Scale

Commodity Poultry meal

Contract No. _____ P.O. No. _____

Factory Ticket No. 85964

Hauled By Mike Haas trucking

Truck/Trailer No. 2      108

Gross Weighed By Chad Fisher          WEIGHMASTER

Tare Weighed By Chad Fisher          WEIGHMASTER

2108  Scale #3 03/12/2010 10:35AM

GSS    29000 lb INBOUND

2108  Scale #3 03/12/2010 11:05AM

GSS    79560 lb

RE     29000 lb RECALLED

T      50560 lb

UPF001429

DELIVERY COPY

G. A. WINTZER & SON COMPANY
P. O. BOX 406
WAPAKONETA, OHIO 45895-0406

419-739-4900 or 800-331-1801

Date: March 12, 2009   Loaded by: C. Fisher

Sold To: United Pet

Silo/Storage No. ____   Contract No. ____

P.O. No. ____
Trucking ____
Company: Mike Hans Trucking
Tractor No. ____   Trailer No. 108
Driver: ____

___ Bleachable Fancy Tallow
___ 7 FAC Tallow
___ White Grease
___ True Energy Formula "A"
___ True Energy - Hog Blend
___ True Energy - Vegetable Blend
___ "Wapak" Meat & Bone Meal
___ "Wapak" Poultry Meal
✗ "Wapak" Hydrolyzed Feather Meal

| Quantity: | Price: | Amount: |
|---|---|---|
| | Feed Tax (IN) (MI) (OH) | |
| | Freight | |
| | Total | |

C. 85964

---

Phone 419-739-4900 or 800-331-1801

# G. A. WINTZER & SON CO.
WAPAKONETA, OHIO 45895

**DELIVERY**

Weight Ticket No. 73532

Date March 12, 2009

Name United Pet

Driver      ON      (OFF)      Scale

Commodity Poultry meal

Contract No. ____   P.O. No. ____

Factory Ticket No. 885964

Hauled By Mike Hans Trucking

Truck/Trailer No. 2      108

Gross Weighed By Chad Fisher      WEIGHMASTER

Tare Weighed By Chad Fisher      WEIGHMASTER

G. A. WINTZER & SON COMPANY
P. O. Box 406
WAPAKONETA, OHIO 45895-0406

800-331-1801

FEED GRADE MATERIAL

"WAPAK" POULTRY BY-PRODUCTS MEAL

Guaranteed Analysis:

| | | |
|---|---|---|
| CRUDE PROTEIN | Minimum | 60.00% |
| CRUDE FAT | Minimum | 8.00% |
| CRUDE FIBER | Maximum | 1.50% |
| MOISTURE | Maximum | 7.50% |
| SALT | Min/Max | 1.5-2.0% |
| CALCIUM | Min/Max | 5.8-6.8% |
| PHOSPHORUS | Minimum | 2.00% |
| ASH | Maximum | 20.00% |

INGREDIENTS:
POULTRY MEAT BY-PRODUCTS

3-12-10

Staple to trucker's factory ticket

G. A. Wintzer & Son Company
12279 S. Dixie Highway
P. O. Box 406
Wapakoneta, Ohio 45895-0406

Date: March 12 2010

Load of: Poultry meal

Contract No. _____

Delivery Point: **United Pet Food**
30809 Corwin Road
Elkhart, IN 46514

**THIS SHIPPING ORDER** must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent

Shipper's No. _70532_

Carrier _MITCHEL ENTERPRISES - BLUFFTON, IN_ SCAC _____ Carrier's No. _____

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and all applicable state and federal regulations;

at _____ date _3-12-10_ from

the Property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to delivery at said destination, if on its route, or otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said Property over all or any portion of said route to destination and to each party at any time interested in all or any of said Property that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

| TO: Consignee | _United Pet_ | FROM: Shipper | _G. A. Wintzer & Son Co_ |
|---|---|---|---|
| Street Destination | _Elkhart In_    Zip | Street Origin | _Wapakoneta Oh_    Zip |

Route

| Delivering Carrier _Mike Haas Trucking_ | Vehicle Number _2 - 105_ | U.S. DOT Hazmat Reg. Number |
|---|---|---|

| Number and Type of Packages | HM | Description of Articles | Total Quantity (Mass/Volume) | Weight (Subject to Correction) | Class or Rate |
|---|---|---|---|---|---|
| 1 TL | | _Poultry meal_ | | 50,560 | |
| | | | | | |
| | | | | | |
| | | _last load #16 feed grade limestone_ | | | |

| Remit COD to: | | | Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. | COD AMT: $ | COD FEE: Prepaid ☐ Collect ☐ $ |
|---|---|---|---|---|---|
| Address: | | | | | |
| City: | State: | Zip: | _____ (Signature of Consignor) | TOTAL CHARGES: $ | FREIGHT CHARGES: ☐ Prepaid  ☐ Collect |

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ _____ Per _____

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. Per

| SHIPPER: | | CARRIER: _MITCHEL ENTERPRISES_ |
|---|---|---|
| PER: | DATE: | PER: _Marko Haas_    DATE: _3-12-10_ |

EMERGENCY RESPONSE TELEPHONE NUMBER: ( )

Monitored at all times the Hazardous Material is in transportation including storage incidental to transportation (172.604).

10-BLS-A3  489 (Rev. 1/07)

② ☞ Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

UPF001431

## G.A. Wintzer & Son Company
PO Box 406
Wapakoneta OH   45895

Phone:  800-331-1801
Fax:     419-738-9058



| Invoice | 89526 |
|---|---|
| Date | 3/19/2010 |
| Page | 1 |

| Storage No. | 6 |
|---|---|
| Factory Ticket | C 86038 |
| Seal No. | 9047598 |
| Export No. | |

**Bill To:**

United Pet Foods
P O Box 250
Osceola IN   46561

**Ship To:**

United Pet Foods
30809 Corwin Road
Elkhart IN   46514

| Purchase Order No. | Customer ID | Contract # | Via/FOB | Payment Terms | Master No. |
|---|---|---|---|---|---|
| BY PHONE | UNITE0001 | | Haas/Wapakoneta | Net 15 | 763 |

| Shipped | U of M | Description | | | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 25.67 | Tons | Bulk "Wapak" Poultry Meal | | | $455.00000 | $11,679.85 |
| | | | | | **Total** | $11,679.85 |

Please return with payment

G.A. Wintzer & Son Company
PO Box 406
Wapakoneta OH   45895

Customer Name    United Pet Foods
Customer No.     UNITE0001

Total              $11,679.85

| Invoice | 89526 |
|---|---|
| Date | 3/19/2010 |
| Page | 1 |

| Storage No. | 6 |
|---|---|
| Factory Ticket | C 86038 |
| Seal No. | 9047598 |
| Export No. | |

pd  4-15-10
# 56222

UPF001432

Phone 419-739-4900 or 800-331-1801

# G. A. WINTZER & SON CO.
WAPAKONETA, OHIO 45895

ORIGINAL

2108  Scale #3 03/20/2010 10:12AM
ISS    28620 lb INBOUND

:2108  Scale #3 03/20/2010 10:43AM
OSS    79960 lb

RE     28620 lb RECALLED

.T     51340 lb

Weight Ticket No. 73584

Date 3-20-10

Name United Pet Foods.

Driver    ON    (OFF)    Scale

Commodity Poultry Meal

Contract No. _____    P.O. No. _____

Factory Ticket No. 86038

Hauled By Mike HAAS

Truck/Trailer No. 2-108

Seal # 9047598

Gross Weighed By Greg                    WEIGHMASTER

Tare Weighed By Greg                     WEIGHMASTER

UPF001433

DELIVERY COPY

G. A. WINTZER & SON COMPANY
P. O. BOX 406
WAPAKONETA, OHIO 45895-0406

419-739-4900 or 800-331-1801

Date: 3-20-07 200__ Loaded by: G Hicks
Silo/Storage No. 6
Sold To: United Pet Foods
P. O. No. _____ Contract No. _____
Trucking
Company Nike Trans
Tractor No. 7 Trailer No. 104
Driver: Ray La Bond

_____ Bleachable Fancy Tallow
_____ 7 FAC Tallow
_____ White Grease

_____ True Energy Formula "A"
_____ True Energy - Hog Blend
_____ True Energy - Vegetable Blend

_____ "Wapak" Meat & Bone Meal
AL "Wapak" Poultry Meal   sold 9047598
_____ "Wapak" Hydrolyzed Feather Meal

Quantity:        Price:            Amount:
_____
_____
            Feed Tax (IN) (MI) (OH)
            Freight
            Total
_____

C 86038

UPF001434

UPF001435

G. A. WINTZER & SON COMPANY
P. O. Box 406
WAPAKONETA, OHIO 45895-0406

800-331-1801

FEED GRADE MATERIAL

"WAPAK" POULTRY BY-PRODUCTS MEAL

Guaranteed Analysis:

| | | |
|---|---|---|
| CRUDE PROTEIN | Minimum | 60.00% |
| CRUDE FAT | Minimum | 8.00% |
| CRUDE FIBER | Maximum | 1.50% |
| MOISTURE | Maximum | 7.50% |
| SALT | Min/Max | 1.5-2.0% |
| CALCIUM | Min/Max | 5.8-6.8% |
| PHOSPHORUS | Minimum | 2.00% |
| ASH | Maximum | 20.00% |

INGREDIENTS:
POULTRY MEAT BY-PRODUCTS

Staple to trucker's factory ticket

G. A. Wintzer & Son Company
12279 S. Dixie Highway
P. O. Box 406
Wapakoneta, Ohio 45895-0406

Date: _____ 3-20-10 _____

Load of: _____ Poultry Meal _____

Contract No. _____ NR _____

Delivery Point:    United Pet Food
30809 Corwin Road
Elkhart, IN 46514

**G.A. Wintzer & Son Company**
PO Box 406
Wapakoneta OH 45895

Phone: 800-331-1801
Fax: 419-738-9058



| Invoice | 89747 |
|---|---|
| Date | 4/14/2010 |
| Page | 1 |

| Storage No. | 6 |
|---|---|
| Factory Ticket | C 86252 |
| Seal No. | 9047630 |
| Export No. | |

**Bill To:**

United Pet Foods
P O Box 250
Osceola IN 46561

**Ship To:**

United Pet Foods
30809 Corwin Road
Elkhart IN 46514

| Purchase Order No. | Customer ID | Contract # | Via FOB | Payment Terms | Master No. |
|---|---|---|---|---|---|
| BY PHONE | UNITE0001 | | Haas/Wapakoneta | Net 15 | 1,003 |

| Shipped | U of M | Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 25.09 | Tons | Bulk "Wapak" Poultry Meal | $425.00000 | $10,663.25 |

| | Total | $10,663.25 |
|---|---|---|

Please return with payment

**G.A. Wintzer & Son Company**
PO Box 406
Wapakoneta OH 45895

| Customer Name | United Pet Foods |
|---|---|
| Customer No. | UNITE0001 |
| **Total** | **$10,663.25** |

| Invoice | 89747 |
|---|---|
| Date | 4/14/2010 |
| Page | 1 |

| Storage No. | 6 |
|---|---|
| Factory Ticket | C 86252 |
| Seal No. | 9047630 |
| Export No. | |

pd 4-27-10
# 56280

UPF001436

Phone 419-739-4900 or 800-331-1801

# G. A. WINTZER & SON CO.
### WAPAKONETA, OHIO 45895

D 2108 Scale #3 04/14/2010 07:27AM
ROSS    28740 lb INBOUND

D 2108 Scale #3 04/14/2010 08:15AM
ROSS    78920 lb

ARE     28740 lb RECALLED

ET      50180 lb

ORIGINAL

Weight Ticket No. 70033

Date 4/14/10

Name United Pet

Driver      ON      (OFF)      Scale

Commodity Poultry Meal

Contract No. _____ P.O. No. _____

Factory Ticket No. CSC 252

Hauled By Mike Haas/Mitchel

Truck/Trailer No. 2-108

Gross Weighed By Logan Miller          WEIGHMASTER

Tare Weighed By J. Hoch          WEIGHMASTER

UPF001437

DELIVERY COPY

**G. A. WINTZER & SON COMPANY**
P. O. BOX 406
WAPAKONETA, OHIO 45895-0406

419-739-4900 or 800-331-1801

Date: 4-14-10 200  Loaded by: 1 Herk

Silo/Storage No. _____

Sold To: Il del 7.7

P. O. No. _____  Contract No. _____

Trucking
Company Mkr Has /il+chel

Tractor No. _____  Trailer No. 108

Driver: Mike Haas

_____ Bleachable Fancy Tallow _____

_____ 7 FAC Tallow _____

_____ White Grease _____

_____ True Energy Formula "A" _____

_____ True Energy - Hog Blend _____

_____ True Energy - Vegetable Blend _____

_____ "Wapak" Meat & Bone Meal _____

X "Wapak" Poultry Meal 5-21 3604/7.00

_____ "Wapak" Hydrolyzed Feather Meal _____

| Quantity: | Price: | Amount: |
|---|---|---|
| | | |
| | Feed Tax (IN) (MI) (OH) | |
| | Freight | |
| C 86252 | Total | |

---

**G. A. WINTZER & SON COMPANY**
P. O. Box 406
WAPAKONETA, OHIO 45895-0406

800-331-1801

FEED GRADE MATERIAL

"WAPAK" POULTRY BY-PRODUCTS MEAL

Guaranteed Analysis:

| | | |
|---|---|---|
| CRUDE PROTEIN | Minimum | 60.00% |
| CRUDE FAT | Minimum | 8.00% |
| CRUDE FIBER | Maximum | 1.50% |
| MOISTURE | Maximum | 7.50% |
| SALT | Min/Max | 1.5-2.0% |
| CALCIUM | Min/Max | 5.8-6.8% |
| PHOSPHORUS | Minimum | 2.00% |
| ASH | Maximum | 20.00% |

INGREDIENTS:
POULTRY MEAT BY-PRODUCTS

UPF001438

Staple to trucker's factory ticket

G. A. Wintzer & Son Company
12279 S. Dixie Highway
P. O. Box 406
Wapakoneta, Ohio  45895-0406

Date: _4-14-10_

Load of: _Poultry Meal_

Contract No. _none_

Delivery Point: **United Pet Food**
30809 Corwin Road
Elkhart, IN  46514

Staple to trucker's factory ticket

---

Phone 419-739-4900 or 800-331-1801

**G. A. WINTZER & SON CO.**
WAPAKONETA, OHIO 45895

DELIVERY

Weight Ticket No. 77033
Date _____

Name _____

| Driver | ON | OFF | Scale |

Commodity _____
Contract No. _____ P.O. No. _____
Factory Ticket No. _____

Hauled By _____
Truck/Trailer No. _____

Gross Weighed By _____
Tare Weighed By _____

UPF001439

**G.A. Wintzer & Son Company**
PO Box 406
Wapakoneta OH   45895

Phone: 800-331-1801
Fax:   419-738-9058



| Invoice No. | 89777 |
|---|---|
| Date | 4/16/2010 |
| Page | 1 |

| Storage No. | 6 |
|---|---|
| Factory Ticket | C 86284 |
| Seal No. | 9047646 |
| Export No. | |

**Bill To:**

United Pet Foods
P O Box 250
Osceola IN   46561

**Ship To:**

United Pet Foods
30809 Corwin Road
Elkhart IN   46514

| Purchase Order No. | Customer ID | Contract | F.O.B. | Payment Terms | Release No. |
|---|---|---|---|---|---|
| BY PHONE | UNITE0001 | | Mitchel/Wapakoneta | Net 15 | 1,033 |

| Shipped | UofM | Description | | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 19.74 | Tons | Bulk "Wapak" Poultry Meal | | $425.00000 | $8,389.50 |

| | | | | **Total** | **$8,389.50** |
|---|---|---|---|---|---|

*Please return with payment*

*pd 5-13-10*
*# 56323*

**G.A. Wintzer & Son Company**
PO Box 406
Wapakoneta OH   45895

| Invoice No. | 89777 |
|---|---|
| Date | 4/16/2010 |
| Page | 1 |

| Storage No. | 6 |
|---|---|
| Factory Ticket | C 86284 |
| Seal No. | 9047646 |
| Export No. | |

| Customer Name | United Pet Foods |
|---|---|
| Customer No. | UNITE0001 |

**Total**          **$8,389.50**

UPF001440

Phone 419-739-4900 or 800-331-1801

# G. A. WINTZER & SON CO.
## WAPAKONETA, OHIO 45895

706998  Scale #3  04/16/2010  01:05PM
OSS    30100 lb INBOUND

706998  Scale #3  04/16/2010  01:43PM
OSS    69580 lb
RE     30100 lb RECALLED
Net 39480 lb

ORIGINAL

Weight Ticket No. 70072

Date 4-16-10

Name United Pet

Driver    ON   (OFF)   Scale

Commodity Poultry Meal

Contract No. _____   P.O. No. _____

Factory Ticket No. 86284

Hauled By Mitchel

Truck/Trailer No. 706-998

Seal # 9043646

Gross Weighed By Greg                    WEIGHMASTER

Tare Weighed By _____                    WEIGHMASTER

UPF001441

G. A. WINTZER & SON CO.
WAPAKONETA, OHIO 45895
Phone 419-739-4900 or 800-331-1801

TRUCKER

Name _Dennis Beat_
Date _4-16-10_
Weight Ticket No. _71172_

Driver
Commodity _Poultry Meal_
ON    OFF    Scale
Contract No. ___
Factory Ticket No. _56-2564_    P.O. No. ___
Hauled By _Mitchell_
Truck/Trailer No. ___
Gross Weighed By _7-16-2108_
Tare Weighed By ___

WEIGHMASTER
WEIGHMASTER

G. A. WINTZER & SON COMPANY
P. O. Box 406
WAPAKONETA, OHIO 45895-0406

800-331-1801

FEED GRADE MATERIAL

"WAPAK" POULTRY BY-PRODUCTS MEAL

Guaranteed Analysis:

| | | |
|---|---|---|
| CRUDE PROTEIN | Minimum | 60.00% |
| CRUDE FAT | Minimum | 8.00% |
| CRUDE FIBER | Maximum | 1.50% |
| MOISTURE | Maximum | 7.50% |
| SALT | Min/Max | 1.5-2.0% |
| CALCIUM | Min/Max | 5.8-6.8% |
| PHOSPHORUS | Minimum | 2.00% |
| ASH | Maximum | 20.00% |

INGREDIENTS:
POULTRY MEAT BY-PRODUCTS

DELIVERY COPY

**G. A. WINTZER & SON COMPANY**
P. O. BOX 406
WAPAKONETA, OHIO 45895-0406

419-739-4900 or 800-331-1801

Date: 4-16    200____ Loaded by: GH

Site/Storage No. 6

Sold To: United PCT

P. O. No. _____    Contract No. _____

Trucking Company: Mitchel

Tractor No. 306    Trailer No. 998

Driver: _____

_____ Bleachable Fancy Tallow _____
_____ 7 FAC Tallow _____
_____ White Grease _____

_____ True Energy Formula "A" _____
_____ True Energy - Hog Blend _____
_____ True Energy - Vegetable Blend _____
scale th: 904746
_____ "Wapak" Meat & Bone Meal _____
✓ "Wapak" Poultry Meal _____
_____ "Wapak" Hydrolyzed Feather Meal _____

| Quantity: | Price: | Amount: |
|-----------|--------|---------|
|           |        |         |
|           | Feed Tax  (IN) (MI) (OH) | |
|           | Freight |         |
|           | Total   |         |

C  86284

---

Staple to trucker's factory ticket

G. A. Wintzer & Son Company
12279 S. Dixie Highway
P. O. Box 406
Wapakoneta, Ohio 45895-0406

Date: 4-16-10

Load of: Poultry Meal

Contract No.

Delivery Point: United Pet Food
30809 Corwin Road
Elkhart, IN 46514

UPF001443

**G.A. Wintzer & Son Company**
PO Box 406
Wapakoneta OH   45895

Phone:  800-331-1801
Fax:     419-738-9058



| Invoice | 89880 |
|---|---|
| Date | 4/29/2010 |
| Page | 1 |

| Storage No. | 6 |
|---|---|
| Factory Ticket | C 86387 |
| Seal No. | 9047701 |
| Export No. | |

Bill To:

United Pet Foods
P O Box 250
Osceola IN   46561

Ship To:

United Pet Foods
30809 Corwin Road
Elkhart IN   46514

| Purchase Order No. | Customer ID | Contract # | Via/FOB | Payment Terms | Master No. |
|---|---|---|---|---|---|
| BY PHONE | UNITE0001 | | Mitchell/Wapakoneta | Net 15 | 1,138 |

| Shipped | U of M | Description | | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| 25.15 | Tons | Bulk "Wapak" Poultry Meal | | $425.00000 | $10,688.75 |

*pd 5-20-10*
*# 56344*

| | Total | $10,688.75 |
|---|---|---|

UPF001444

DELIVERY COPY

**G. A. WINTZER & SON COMPANY**
P. O. BOX 406
WAPAKONETA, OHIO 45895-0406

419-739-4900 or 800-331-1801

Date: 4-29-10 200___ Loaded by: _____ W

Silo/Storage No. __SP__

Sold To: United Pet

P.O. No. N/A    Contract No. N/A

Trucking Company: Mitchell Enterprize

Tractor No. 508    Trailer No. 509

Driver: _____

_____ Bleachable Fancy Tallow _____
_____ 7 FAC Tallow _____
_____ White Grease _____

_____ True Energy Formula "A" _____
_____ True Energy - Hog Blend _____
_____ True Energy - Vegetable Blend _____

_____ "Wapak" Meat & Bone Meal _____
_____ "Wapak" Poultry Meal  Sac C# 7047701
_____ "Wapak" Hydrolyzed Feather Meal _____

Quantity:       Price:              Amount:

_____
       Feed Tax  (IN) (MI) (OH)
       Freight
       Total

C 86387

---

**G. A. WINTZER & SON COMPANY**
P. O. Box 406
WAPAKONETA, OHIO 45895-0406

800-331-1801

FEED GRADE MATERIAL

"WAPAK" POULTRY BY-PRODUCTS MEAL

**Guaranteed Analysis:**

| | | |
|---|---|---|
| CRUDE PROTEIN | Minimum | 60.00% |
| CRUDE FAT | Minimum | 8.00% |
| CRUDE FIBER | Maximum | 1.50% |
| MOISTURE | Maximum | 7.60% |
| SALT | Min/Max | 1.5-2.0% |
| CALCIUM | Min/Max | 5.8-6.8% |
| PHOSPHORUS | Minimum | 2.00% |
| ASH | Maximum | 20.00% |

**INGREDIENTS:**
POULTRY MEAT BY-PRODUCTS

---

Phone 419-739-4900 or 800-331-1801

**G. A. WINTZER & SON CO.**
WAPAKONETA, OHIO 45895

508509  Scale #3 04/29/2010 12:33PM

OSS    27900 lb INBOUND

508509  Scale #3 04/29/2010 01:11PM

OSS    78200 lb

RE     27900 lb RECALLED

ET     50300 lb

---

ORIGINAL

Weight Ticket No. 70669

Date 4-29-10

Name United Pet

Driver    ON   (OFF)   Scale

Commodity Poultry Meal

Contract No. N/A   P.O. No. N/A

Factory Ticket No. 86387

Hauled By Michael

Truck/Trailer No. 508-509

Gross Weighed By _____ Jon W.    WEIGHMASTER

Tare Weighed By Sam    WEIGHMASTER

UPF001445

Staple to trucker's factory ticket

**G. A. Wintzer & Son Company**
12279 S. Dixie Highway
P. O. Box 406
Wapakoneta, Ohio 45895-0406

Date: _4-29-10_

Load of: _Poultry Meal._

Contract No. _NA_

Delivery Point: **United Pet Food**
**30809 Corwin Road**
**Elkhart, IN 46514**

---

Phone 419-739-4900 or 800-331-1801

**G. A. WINTZER & SON CO.**
WAPAKONETA, OHIO 45895

DELIVERY

Weight Ticket No. 73889

Date _____

Name _____

Driver    ON    OFF    Scale

Commodity _____
Contract No. _____ P.O. No. _____
Factory Ticket No. _____

Hauled By _____
Truck/Trailer No. _____

4-30-10

Gross Weighed By _____   WEIGHMASTER
Tare Weighed By _____   WEIGHMASTER

UPF001446

**G.A. Wintzer & Son Company**
PO Box 406
Wapakoneta OH   45895

Phone:   800-331-1801
Fax:      419-738-9058



| Invoice | 89925 |
|---|---|
| Date | 5/5/2010 |
| Page | 1 |

| Storage No. | 6 |
|---|---|
| Factory Ticket | C 86431 |
| Seal No. | 9047724 |
| Export No. | |

**Bill To:**

United Pet Foods
P O Box 250
Osceola IN   46561

**Ship To:**

United Pet Foods
30809 Corwin Road
Elkhart IN   46514

| Purchase Order No. | Customer ID | Contract # | Sales Rep | Payment Terms | Meter No. |
|---|---|---|---|---|---|
| BY PHONE | UNITE0001 | | Homan/Wapakoneta | Net 15 | 1,183 |

| Shipped | U of M | Description | Unit Price | Extended |
|---|---|---|---|---|
| 25.08 | Tons | Bulk "Wapak" Poultry Meal | $417.50000 | $10,470.90 |

| | Total | $10,470.90 |
|---|---|---|

---

Please return with payment

**G.A. Wintzer & Son Company**
PO Box 406
Wapakoneta OH   45895

| Customer Name | United Pet Foods |
|---|---|
| Customer No. | UNITE0001 |
| **Total** | **$10,470.90** |

| Invoice | 89925 |
|---|---|
| Date | 5/5/2010 |
| Page | 1 |

| Storage No. | 6 |
|---|---|
| Factory Ticket | C 86431 |
| Seal No. | 9047724 |
| Export No. | |

pd 5-27-10
# 56377

UPF001447

Phone 419-739-4900 or 800-331-1801

# G. A. WINTZER & SON CO.

**WAPAKONETA, OHIO 45895**

ORIGINAL

Weight Ticket No. 70687

Date 5-5-10

```
7569  Scale #3 05/05/2010 12:38PM
OSS   29260 1b INBOUND

7569  Scale #3 05/05/2010 01:15PM
OSS   79420 1b
RE    29260 1b RECALLED
T     50160 1b
```

Name United Pet

Driver (ON)   OFF   Scale

Commodity Poultry Meal

Contract No. —   P.O. No. —

Factory Ticket No. 86431

Hauled By Homan

Truck/Trailer No. 75-69

Scale# 9047524

Gross Weighed By Gree   WEIGHMASTER

Tare Weighed By Sam R.   WEIGHMASTER

---

Phone 419-739-4900 or 800-331-1801

# G. A. WINTZER & SON CO.

**WAPAKONETA, OHIO 45895**

TRUCKER

Weight Ticket No. 70687

Date 5-5-10

```
7569  Scale #3 05/05/2010 ...
OSS   29260 ...

7569  Scale #3 05/05/2010 ...
OSS   79420 ...
RC    29260 ...
T     50160 ...
```

Name United Pet

Driver (ON)   OFF   Scale

Commodity Poultry Meal

Contract No. —   P.O. No. —

Factory Ticket No. 86431

Hauled By Homan

Truck/Trailer No. 75-69

Scale# 9047524

Gross Weighed By ...   WEIGHMASTER

Tare Weighed By ...   WEIGHMASTER

UPF001448

419-739-4900 or 800-331-1801

Date: 5-5 200_ Loaded by: GH

Sold To: United Pet

Silo/Storage No. 6

P. O. No. ___ Contract No. ___

Trucking Company: Homan

Tractor No. 75 Trailer No. 69

Driver: Dale Homan

___ Bleachable Fancy Tallow ___
___ 7 FAC Tallow ___
___ White Grease ___

___ True Energy Formula "A" ___
___ True Energy - Hog Blend ___
___ True Energy - Vegetable Blend ___
Stahl 9047724
___ "Wapak" Meat & Bone Meal ___
✓ "Wapak" Poultry Meal ___
___ "Wapak" Hydrolyzed Feather Meal ___

| Quantity: | Price: | Amount: |
|---|---|---|
| | | |
| | Feed Tax (IN) (MI) (OH) | |
| | Freight | |
| | Total | |

C 86431

Gre Hick 5-5-10

## G. A. WINTZER & SON COMPANY
P. O. Box 406
WAPAKONETA, OHIO 45895-0406

800-331-1801

FEED GRADE MATERIAL

"WAPAK" POULTRY BY-PRODUCTS MEAL

Guaranteed Analysis:

| | | |
|---|---|---|
| CRUDE PROTEIN | Minimum | 60.00% |
| CRUDE FAT | Minimum | 8.00% |
| CRUDE FIBER | Maximum | 1.50% |
| MOISTURE | Maximum | 7.50% |
| SALT | Min/Max | 1.5-2.0% |
| CALCIUM | Min/Max | 5.8-6.8% |
| PHOSPHORUS | Minimum | 2.00% |
| ASH | Maximum | 20.00% |

INGREDIENTS:
POULTRY MEAT BY-PRODUCTS

Staple to trucker's factory ticket

G. A. Wintzer & Son Company
12279 S. Dixie Highway
P. O. Box 406
Wapakoneta, Ohio 45895-0406

Date: 5-5-10

Load of: Poultry Meal

Contract No. ___

Delivery Point: United Pet Food
30809 Corwin Road
Elkhart, IN 46514

UPF001449

**G.A. Wintzer & Son Company**
PO Box 406
Wapakoneta OH   45895

Phone:  800-331-1801
Fax:    419-738-9058



| Invoice | 89982 |
|---|---|
| Date | 5/12/2010 |
| Page | 1 |

| Storage No. | 6 |
|---|---|
| Factory Ticket | C 86487 |
| Seal No. | 9047749 |
| Export No. | |

**Bill To:**

United Pet Foods
P O Box 250
Osceola IN   46561

**Ship To:**

United Pet Foods
30809 Corwin Road
Elkhart IN   46514

| Purchase Order No. | Customer ID | Contract # | Via/FOB | Payment Terms | Master No. |
|---|---|---|---|---|---|
| BY PHONE | UNITE0001 | | Homan/Wapakoneta | Net 15 | 1,240 |

| Shipped | U of M | Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 25.38 | Tons | Bulk "Wapak" Poultry Meal | $417.50000 | $10,596.15 |
| | | | **Total** | **$10,596.15** |

Please return with payment

**G.A. Wintzer & Son Company**
PO Box 406
Wapakoneta OH   45895

Customer Name    United Pet Foods
Customer No.     UNITE0001
**Total**        **$10,596.15**

| Invoice | 89982 |
|---|---|
| Date | 5/12/2010 |
| Page | 1 |

| Storage No. | 6 |
|---|---|
| Factory Ticket | C 86487 |
| Seal No. | 9047749 |
| Export No. | |

pd  6-3-10
# 56392

UPF001450

Phone 419-739-4900 or 800-331-1801

# G. A. WINTZER & SON CO.
## WAPAKONETA, OHIO 45895

Weight Ticket No. **64772**

Date **5-12-10**

Name **United Pet food**

Driver     ON     (OFF)     Scale

Commodity **Poultry Meal**

Contract No. _____ P.O. No. _____

Factory Ticket No. **C 86487**

Hauled By **Homan**

Truck/Trailer No. **75-69**

Gross Weighed By **Josh Ailes** WEIGHMASTER

Tare Weighed By **Josh Ailes** WEIGHMASTER

---

```
69   Scale #3 05/12/2010 05:50PM
OSS    28780 lb INBOUND

69   Scale #3 05/12/2010 06:33PM
OSS    79540 lb
RE     28780 lb RECALLED
T      50760 lb
```

---

DELIVERY COPY

## G. A. WINTZER & SON COMPANY
## P. O. Box 406
## WAPAKONETA, OHIO 45895-0406

419-739-4900 or 800-331-1801

Date: **5-12** 200**0** Loaded by: **Josh Ailes**

Sold To: **United Pet Foods**     Silo/Storage No. **6**

P. O. No. _____ Contract No. _____

Trucking Company **Homan**

Tractor No. **75**     Trailer No. **69**

Driver: **Dale Homan**

_____ Bleachable Fancy Tallow _____
_____ 7 FAC Tallow _____
_____ White Grease _____

_____ True Energy Formula "A" _____
_____ True Energy - Hog Blend _____
_____ True Energy - Vegetable Blend _____

_____ "Wapak" Meat & Bone Meal _____
**X** "Wapak" Poultry Meal Seal #**9047749**
_____ "Wapak" Hydrolyzed Feather Meal _____

Quantity: ___ Price: ___ Amount: ___

_____
_____ Feed Tax (IN) (MI) (OH) _____
_____ Freight _____
_____ Total _____

C 86487

---

## G. A. WINTZER & SON COMPANY
### P. O. Box 406
### WAPAKONETA, OHIO 45895-0406

### 800-331-1801

### FEED GRADE MATERIAL

### "WAPAK" POULTRY BY-PRODUCTS MEAL

#### Guaranteed Analysis:

| | | |
|---|---|---|
| CRUDE PROTEIN | Minimum | 60.00% |
| CRUDE FAT | Minimum | 8.00% |
| CRUDE FIBER | Maximum | 1.50% |
| MOISTURE | Maximum | 7.50% |
| SALT | Min/Max | 1.5-2.0% |
| CALCIUM | Min/Max | 5.8-6.8% |
| PHOSPHORUS | Minimum | 2.00% |
| ASH | Maximum | 20.00% |

### INGREDIENTS:
### POULTRY MEAT BY-PRODUCTS

JA
5-12-10

Phone 419-739-4900 or 800-331-1801

# G. A. WINTZER & SON CO.
WAPAKONETA, OHIO 45895

**DELIVERY**

Weight Ticket No. _____
Date _____

Name _____
Driver      ON      OFF      Scale
Commodity _____
Contract No. _____  P.O. No. _____
Factory Ticket No. _____

Hauled By _____
Truck/Trailer No. _____

Gross Weighed By _____      WEIGHMAN
Tare Weighed By _____       WEIGHMAN

Staple to trucker's factory ticket

G. A. Wintzer & Son Company
12279 S. Dixie Highway
P. O. Box 406
Wapakoneta, Ohio  45895-0406

Date:  5-12-10

Load of:  Poultry Meal

Contract No.  _____

Delivery Point:  United Pet Food
30809 Corwin Road
Elkhart, IN  46514

JA

UPF001452



# G.A. Wintzer & Son Company
PO Box 406
Wapakoneta OH   45895

Phone: 800-331-1801
Fax:   419-738-9058

| Invoice | 90062 |
|---|---|
| Date | 5/24/2010 |
| Page | 1 |
| Storage No. | 6 |
| Factory Ticket | C 86569 |
| Sell No. | 9047792 |
| Expense No. | |

**Bill To:**

United Pet Foods
P O Box 250
Osceola IN   46561

**Ship To:**

United Pet Foods
30809 Corwin Road
Elkhart IN   46514

| Purchase Order No. | Customer ID | Contract | Via/FOB | Payment Terms | Master No. |
|---|---|---|---|---|---|
| BY PHONE | UNITE0001 | | Mitchell/Wapakoneta | Net 15 | 1,320 |

| Shipped Quantity | Description | | Unit Price | Extension |
|---|---|---|---|---|
| 26.20 Tons | Bulk "Wapak" Poultry Meal | | $417.50000 | $10,938.50 |
| | | | **Total** | **$10,938.50** |

Please return with payment

*pd 6-10-10*
*#56419*

---

G.A. Wintzer & Son Company
PO Box 406
Wapakoneta OH   45895

Customer Name   United Pet Foods
Customer No.   UNITE0001
**Total**        **$10,938.50**

| Invoice | 90062 |
|---|---|
| Date | 5/24/2010 |
| Page | 1 |
| Storage No. | 6 |
| Factory Ticket | C 86569 |
| Sell No. | 9047792 |
| Expense No. | |

UPF001453

Phone 419-739-4900 or 800-331-1801

# G. A. WINTZER & SON CO.
### WAPAKONETA, OHIO 45895

**TRUCKER**

Weight Ticket No. **85459**

Date _5-24-10_

Name _UNITED PET FOOD_

Driver    ON    OFF    Scale

Commodity _Poultry Meal_

Contract No. _____ P.O. No. _____

Factory Ticket No. _C86567_
     Seal # 9077792

Hauled By _JOHN SIPE_

Truck/Trailer No. _454  4050_

Gross Weighed By _S. Hess & Long_    WEIGHMASTER

Tare Weighed By _____    WEIGHMASTER

---

**ORIGINAL**

# G. A. WINTZER & SON CO.
### WAPAKONETA, OHIO 45895

Phone 419-739-4900 or 800-331-1801

Weight Ticket No. **85459**

Date _5-24-10_

Name _UNITED PET FOOD_

Driver    ON   OFF    Scale

Commodity _Poultry meal_

Contract No. _____ P.O. No. _____

Factory Ticket No. _C86567_
     Seal # 9077792

Hauled By _JOHN SIPE_

Truck/Trailer No. _454  4050_

Gross Weighed By _S. Hess & Long_    WEIGHMASTER

Tare Weighed By _____    WEIGHMASTER

GROSS   25900 lb   Scale #3 05/24/2010 01:38PM   INBOUND

GROSS   25900 lb   Scale #3 05/24/2010 02:09PM   454 4050

TARE   78300 lb

RE.   25900 lb RECALLED

T   52400 lb

UPF001454

419-739-4900 or 800-331-1801

Date: 5·24 200_ Loaded by: _E.Heireberg_

Silo/Storage No. _C_

Sold To: _United Pet Food_

P. O. No. _____ Contract No. _____

Trucking
Company _Mitchell_

Tractor No. _4541_  Trailer No. _4050_

Driver: _____

_____ Bleachable Fancy Tallow _____
_____ 7 FAC Tallow _____
_____ White Grease _____

_____ True Energy Formula "A" _____
_____ True Energy - Hog Blend _____
_____ True Energy - Vegetable Blend _____
     _Scmpa 404 7912_
_____ "Wapak" Meat & Bone Meal _____
__✓__ "Wapak" Poultry Meal _____
_____ "Wapak" Hydrolyzed Feather Meal _____

| Quantity: | Price: | | Amount: |
|-----------|--------|--|---------|
| | Feed Tax (IN) (MI) (OH) | | |
| | Freight | | |
| | Total | | |

-C 86569

---

**G. A. WINTZER & SON COMPANY**
P. O. Box 406
WAPAKONETA, OHIO  45895-0406

800-331-1801

FEED GRADE MATERIAL

"WAPAK" POULTRY BY-PRODUCTS MEAL

Guaranteed Analysis:

| | | |
|---|---|---|
| CRUDE PROTEIN | Minimum | 60.00% |
| CRUDE FAT | Minimum | 8.00% |
| CRUDE FIBER | Maximum | 1.50% |
| MOISTURE | Maximum | 7.50% |
| SALT | Min/Max | 1.5-2.0% |
| CALCIUM | Min/Max | 5.8-6.8% |
| PHOSPHORUS | Minimum | 2.00% |
| ASH | Maximum | 20.00% |

INGREDIENTS:
POULTRY MEAT BY-PRODUCTS

---

**Staple to trucker's factory ticket**

G. A. Wintzer & Son Company
12279 S. Dixie Highway
P. O. Box 406
Wapakoneta, Ohio  45895-0406

Date: _____ 5·24·10 _____

Load of: _____ Poultry Meal _____

Contract No. _____

Delivery Point:   United Pet Food
30809 Corwin Road
Elkhart, IN  46514

UPF001455

# G.A. Wintzer & Son Company

PO Box 406
Wapakoneta OH   45895

Phone: 800-331-1801
Fax:    419-738-9058



| Invoice | 90116 |
|---|---|
| Date | 6/1/2010 |
| Page | 1 |

| Storage No. | 6 |
|---|---|
| Factory Ticket | C 86620 |
| Seal No. | 9047021 |
| Export No. | |

**Bill To:**

United Pet Foods
P O Box 250
Osceola IN   46561

**Ship To:**

United Pet Foods
30809 Corwin Road
Elkhart IN   46514

| Purchase Order No. | Customer ID | Contract # | Via/FOB | Payment Terms | Master No. |
|---|---|---|---|---|---|
| BY PHONE | UNITE0001 | | Hauss/Wapakoneta | Net 15 | 1,374 |

| Shipped | UOM | Description | Unit Price | Extended |
|---|---|---|---|---|
| 25.22 | Tons | Bulk "Wapak" Poultry Meal | $417.50000 | $10,529.35 |

| | | | | Total | $10,529.35 |
|---|---|---|---|---|---|

---

Please return with payment

# G.A. Wintzer & Son Company

PO Box 406
Wapakoneta OH   45895

Customer Name    United Pet Foods
Customer No.       UNITE0001

**Total**          **$10,529.35**

| Invoice | 90116 |
|---|---|
| Date | 6/1/2010 |
| Page | 1 |

| Storage No. | 6 |
|---|---|
| Factory Ticket | C 86620 |
| Seal No | 9047021 |
| Export No. | |

*pd 6-17-10*
*# 56441*

UPF001456

Phone 419-739-4900 or 800-331-1801

# G. A. WINTZER & SON CO.
### WAPAKONETA, OHIO 45895

DELIVERY

Weight Ticket No. 85511

Date Le-1-10

Name United Pet Foods

Driver     ON     (OFF)     Scale

Commodity Poultry Meal

Contract No. N/A          P.O. No. P.O. N/A

Factory Ticket No. C86620

Hauled By Mike Haas Trucking

Truck/Trailer No. 2    108

Gross Weighed By ___ T. Berg ___          WEIGHMASTER

Tare Weighed By ___ Larry ___          WEIGHMASTER

Phone 419-739-4900 or 800-331-1801

# G. A. WINTZER & SON CO.
### WAPAKONETA, OHIO 45895

ORIGINAL

Weight Ticket No. 85511

Date Le-1-10

2108   Scale #3 06/01/2010 11:54AM

SS   28680 lb INBOUND

2108   Scale #3 06/01/2010 12:31PM

SS   79120 lb

RE   28680 lb RECALLED

T   50440 lb

Name United Pet Feeds

Driver     ON     (OFF)     Scale

Commodity Poultry Meal

Contract No. N/A          P.O. No. P.O. N/A

Factory Ticket No. C86620

Hauled By Mike Haas Trucking

Truck/Trailer No. 2    108

Gross Weighed By ___ T. Berg ___          WEIGHMASTER

Tare Weighed By ___ Larry ___          WEIGHMASTER

UPF001457

419-739-4900 or 800-331-1801

## G. A. WINTZER & SON COMPANY
P. O. Box 406
WAPAKONETA, OHIO  45895-0406

800-331-1801

### FEED GRADE MATERIAL

### "WAPAK" POULTRY BY-PRODUCTS MEAL

**Guaranteed Analysis:**

| | | |
|---|---|---|
| CRUDE PROTEIN | Minimum | 60.00% |
| CRUDE FAT | Minimum | 8.00% |
| CRUDE FIBER | Maximum | 1.50% |
| MOISTURE | Maximum | 7.50% |
| SALT | Min/Max | 1.5-2.0% |
| CALCIUM | Min/Max | 5.8-6.8% |
| PHOSPHORUS | Minimum | 2.00% |
| ASH | Maximum | 20.00% |

**INGREDIENTS:**
POULTRY MEAT BY-PRODUCTS

Date:_____ 200__ Loaded by:_____

Silo/Storage No._____

Sold To:_____

P. O. No._____ Contract No._____

Trucking Company  _MIKE NAUSS_

Tractor No. _2_  Trailer No. _108_

Driver: X _Mike Haas_

___ Bleachable Fancy Tallow _____

___ 7 FAC Tallow _____

___ White Grease _____

___ True Energy Formula "A" _____

___ True Energy - Hog Blend _____

___ True Energy - Vegetable Blend _____

___ "Wapak" Meat & Bone Meal _____

_1X_ "Wapak" Poultry Meal _Scal # 7947021_

___ "Wapak" Hydrolyzed Feather Meal _____

| Quantity: | Price: | Amount: |
|---|---|---|
| | | |

Feed Tax  (IN) (MI) (OH)

Freight

Total

C 86620

## G. A. Wintzer & Son Company
12279 S. Dixie Highway
P. O. Box 406
Wapakoneta, Ohio  45895-0406

**Date:** _6-1-10_

**Load of:** _Poultry Meal._

**Contract No.** _NA_

**Delivery Point:** **United Pet Food**
**30809 Corwin Road**
**Elkhart, IN  46514**

UPF001458

# G.A. Wintzer & Son Company
PO Box 406
Wapakoneta OH 45895

Phone: 800-331-1801
Fax: 419-738-9058

| Invoice | |
| Date | |
| Page | |
| Storage No. | |
| Factory Ticket | |
| Seal No. | |
| Export No. | |

**Bill To:**

United Pet Foods
P O Box 250
Osceola IN 46561

**Ship To:**

United Pet Foods
Visena Denver Road
Brishin IN 46561

| Purchase Order No. | Customer ID | Contract # | Via/FOB | Payment Terms | Master No. |
|---|---|---|---|---|---|
| BY PHONE | UNITE0001 | | Customer Warehouse | | |

| Shipped | U of M | Description | Unit Price | Est. Price |
|---|---|---|---|---|
| 25.63 | Tons | Bulk "Wapak" Poultry Meal | | |

| | Total | $10,700.53 |
|---|---|---|

G.A. Wintzer & Son Company
PO Box 406
Wapakoneta OH 45895

Customer Name
Customer No.

Total        $10,700.53

| Invoice | 80196 |
|---|---|
| Date | 6/8/2010 |
| Page | 1 |
| Storage No. | 6 |
| Factory Ticket | C 86698 |
| Seal No. | 8047066 |
| Export No. | |

UPF001459

Phone 419-739-4900 or 800-331-1801

# G. A. WINTZER & SON CO.
### WAPAKONETA, OHIO 45895

10626  Scale #3
OSS    28020 lb INBOUND

10626  Scale #3 06/09/2010 03:05PM
OSS    79280 lb
PE     28020 lb RECALLED
T      51260 lb

DELIVERY

Weight Ticket No. _____

Date _____

Name United P.F.

Driver    ON    (OFF)    Scale

Commodity Poultry Meal

Contract No. _____  P.O. No. _____

Factory Ticket No. C86698

Hauled By Schlemmer

Truck/Trailer No. _____

Gross Weighed By _____  WEIGHMASTER

Tare Weighed By  O'BAKER  WEIGHMASTER

Phone 419-739-4900 or 800-331-1801

# G. A. WINTZER & SON CO.
### WAPAKONETA, OHIO 45895

D 10626  Scale #3 06/09/2010 02:03PM
ROSS     28020 lb INBOUND

D 10626  Scale #3 06/09/2010 03:05PM
ROSS     79280 lb
ARE      28020 lb RECALLED
ET       51260 lb

ORIGINAL

Weight Ticket No. 85682

Date 6-9-10

Name United Pet Food

Driver    ON    (OFF)    Scale

Commodity Poultry Meal

Contract No. _____  P.O. No. _____

Factory Ticket No. C86698

Hauled By Schlemmer

Truck/Trailer No. 106/24

Gross Weighed By _____  WEIGHMASTER

Tare Weighed By  O'BAKER  WEIGHMASTER

UPF001460

## G. A. WINTZER & SON COMPANY
### P. O. Box 406
### WAPAKONETA, OHIO 45895-0406

### 800-331-1801

### FEED GRADE MATERIAL

## "WAPAK" POULTRY BY-PRODUCTS MEAL

### Guaranteed Analysis:

| | | |
|---|---|---|
| CRUDE PROTEIN | Minimum | 60.00% |
| CRUDE FAT | Minimum | 8.00% |
| CRUDE FIBER | Maximum | 1.50% |
| MOISTURE | Maximum | 7.50% |
| SALT | Min/Max | 1.5-2.0% |
| CALCIUM | Min/Max | 5.8-6.8% |
| PHOSPHORUS | Minimum | 2.00% |
| ASH | Maximum | 20.00% |

### INGREDIENTS:
### POULTRY MEAT BY-PRODUCTS

6·9·10

Staple to trucker's factory ticket

DELIVERY COPY

G. A. WINTZER & SON COMPANY
P. O. BOX 406
WAPAKONETA, OHIO 45895-0406
419-739-4900 or 800-331-1801

Date: 6-9-10   Loaded by: 209

Sold To:

(Silo/Storage No.)

Contract No.

P. O. No.

Trucking Company: Schlachter

Tractor No.   Trailer No. 700

Driver:

Bleachable Fancy Tallow
7 PAC Tallow
White Grease
True Energy Formula "A"
True Energy - Hog Blend
True Energy - Vegetable Blend
"Wapak" Meat & Bone Meal
"Wapak" Poultry Meal
"Wapak" Hydrolyzed Feather Meal

G. A. Wintzer & Son Company
12279 S. Dixie Highway
P. O. Box 406
Wapakoneta, Ohio 45895-0406

**Date:** 6-9-10

**Load of:** Poultry Meal

**Contract No.**

**Delivery Point:**   United Pet Food
30809 Corwin Road
Elkhart, IN 46514

UPF001461

# G.A. Wintzer & Son Company
PO Box 406
Wapakoneta OH   45895

Phone:  800-331-1801
Fax:     419-738-9058



| Invoice No. | 90267 |
|---|---|
| Date | 6/17/2010 |
| Page | 1 |

| Storage No. | 6 |
|---|---|
| Factory Ticket | C 86770 |
| Scale No. | 9047807 |
| Exp No. | |

**Bill To:**

United Pet Foods
P O Box 250
Osceola IN   46561

**Ship To:**

United Pet Foods
30809 Corwin Road
Elkhart IN   46514

| Purchase Order No. | Customer ID | Contact | Via/FOB | | Payment Terms | Master PO |
|---|---|---|---|---|---|---|
| BY PHONE | UNITE0001 | | Schlemmer/Wapak | | Net 15 | 1,533 |

| Shipped | UOM | Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 24.79 | Tons | Bulk "Wapak" Poultry Meal | | $417.50000 | $10,349.83 |

pd 6-30-10
# 56497

0· c
0· c

10,349·03 +
10,424·98 +

20,774·01 *

| | TOTAL | $10,349.83 |
|---|---|---|

---

**Please return with payment**

# G.A. Wintzer & Son Company
PO Box 406
Wapakoneta OH   45895

Customer Name    United Pet Foods
Customer No.      UNITE0001
**Total              $10,349.83**

| Invoice No. | 90267 |
|---|---|
| Date | 6/17/2010 |
| Page | 1 |

| Storage No. | 6 |
|---|---|
| Factory Ticket | C 86770 |
| Scale No. | 9047807 |
| Exp No. | |

UPF001462

Phone 419-739-4900 or 800-331-1801

# G. A. WINTZER & SON CO.
### WAPAKONETA, OHIO 45895

ORIGINAL

Weight Ticket No. **72254**

Date _6·17·10_

Name _United Pets_

Driver    ON    <u>OFF</u>    Scale

Commodity _Poultry Meals_

Contract No. _____ P.O. No. _____

Factory Ticket No. _C86770_

Hauled By _SCHLemmer FARMS_

Truck/Trailer No. _107-25_

     Scal A _904 7907_

Gross Weighed By _E Huckdherd_   WEIGHMASTER

Tare Weighed By _E Huckdherd_   WEIGHMASTER

10725  Scale #3 06/17/2010 02:43PM

OSS  28300 lb INBOUND

10725  Scale #3 06/17/2010 03:18PM

OSS  77980 lb

RE  28300 lb RECALLED

T  49580 lb

---

Phone 419-739-4900 or 800-331-1801

# G. A. WINTZER & SON CO.
### WAPAKONETA, OHIO 45895

DELIVERY

Weight Ticket No. **72254**

Date _____

Name _____

Driver    ON    OFF    Scale

Commodity _____

Contract No. _____ P.O. No. _____

Factory Ticket No. _C86770_

Hauled By _____

Truck/Trailer No. _____

Gross Weighed By _____   WEIGHMASTER

Tare Weighed By _____   WEIGHMASTER

UPF001463

**G. A. WINTZER & SON COMPANY**
P. O. Box 406
WAPAKONETA, OHIO 45895-0406

800-331-1801

**FEED GRADE MATERIAL**

**"WAPAK" POULTRY BY-PRODUCTS MEAL**

**Guaranteed Analysis:**

| | | |
|---|---|---|
| CRUDE PROTEIN | Minimum | 60.00% |
| CRUDE FAT | Minimum | 8.00% |
| CRUDE FIBER | Maximum | 1.50% |
| MOISTURE | Maximum | 7.50% |
| SALT | Min/Max | 1.5-2.0% |
| CALCIUM | Min/Max | 5.8-6.8% |
| PHOSPHORUS | Minimum | 2.00% |
| ASH | Maximum | 20.00% |

**INGREDIENTS:**
POULTRY MEAT BY-PRODUCTS

419-739-4900 or 800-331-1801

Date: _____ 200_ Loaded by: _____
Silo/Storage No. _C_____
Sold To: _United___ _____ Feed_
P. O. No. _____ Contract No. _____
Trucking
Company __Adams_____
Tractor No. _H 7_ Trailer No. _2 4_
Driver: _R Swan_____

_____ Bleachable Fancy Tallow
_____ 7 FAC Tallow
_____ White Grease

_____ True Energy Formula "A"
_____ True Energy - Hog Blend
_____ True Energy - Vegetable Blend
_____ "Wapak" Meat & Bone Meal
_✓_ "Wapak" Poultry Meal
_____ "Wapak" Hydrolyzed Feather Meal

Quantity: _____ Price: _____ Amount: _____

Feed Tax (IN) (MI) (OH) _____
Freight _____
Total _____

~ C 86770

6.17.10

Staple to trucker's factory ticket

**G. A. Wintzer & Son Company**
12279 S. Dixie Highway
P. O. Box 406
Wapakoneta, Ohio 45895-0406

Date: _____6·17·10_____

Load of: _____Poultry Meal_____

Contract No. _____

Delivery Point: **United Pet Food**
**30809 Corwin Road**
**Elkhart, IN 46514**

UPF001464

# G.A. Wintzer & Son Company
PO Box 406
Wapakoneta OH  45895

Phone:  800-331-1801
Fax:   419-738-9058



| Invoice | 90232 |
|---|---|
| Date | 6/15/2010 |
| Page | 1 |

| Storage No. | 6 |
|---|---|
| Factory Ticket | C 86733 |
| Seal No. | |
| Export No. | |

Bill To:

United Pet Foods
P O Box 250
Osceola IN   46561

Ship To:

United Pet Foods
30809 Corwin Road
Elkhart IN   46514

| Purchase Order No. | Customer ID | Contract # | Via/FOB | Payment Terms | Master No. |
|---|---|---|---|---|---|
| BY PHONE | UNITE0001 | | Homan/Wapakoneta | Net 15 | 1,493 |

| Shipped | U of M | Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 24.97 | Ton | Bulk "Wapak" Meat Meal with Poultry Bypr | $417.50000 | $10,424.98 |
| | | | Total | $10,424.98 |

Please return with payment

G.A. Wintzer & Son Company
PO Box 406
Wapakoneta OH   45895

Customer Name    United Pet Foods
Customer No.     UNITE0001
Total            $10,424.98

| Invoice | 90232 |
|---|---|
| Date | 6/15/2010 |
| Page | 1 |

| Storage No. | 6 |
|---|---|
| Factory Ticket | C 86733 |
| Seal No. | |
| Export No. | |

UPF001465

Phone 419-739-4900 or 800-331-1801

# G. A. WINTZER & SON CO.
WAPAKONETA, OHIO 45895

ORIGINAL

7589    Scale #3  06/15/2010  08:17AM

DES      29260 lb  INBOUND


7589    Scale #3  06/15/2010  09:18AM

DES      79200 lb

RE       29260 lb  RECALLED

T        49940 lb

Weight Ticket No. 85722

Date 6-15-10

Name *United Pet*

Driver ⊙ ON    OFF    Scale

Commodity *Poultry meal*

Contract No. _____  P.O. No. _____

Factory Ticket No. *81,733*

Hauled By *Homen Trucking*

Truck/Trailer No. *75 - 04*

Gross Weighed By *Clyd Fisher*    WEIGHMASTER

Tare Weighed By *Joe Berg*    WEIGHMASTER

---

Phone 419-739-4900 or 800-331-1801

# G. A. WINTZER & SON CO.
WAPAKONETA, OHIO 45895

DELIVERY

Weight Ticket No. 85722

Date 6-15-10

Name *United Pet*

Driver ⊙ ON    OFF    Scale

Commodity *Poultry meal*

Contract No. _____  P.O. No. _____

Factory Ticket No. *81,733*

Hauled By *Homen Trucking*

Truck/Trailer No. *75 - 04*

Gross Weighed By *Clyd Fisher*    WEIGHMASTER

Tare Weighed By *Joe Berg*    WEIGHMASTER

UPF001466

Date: June 15 2010 Loaded by: C. Fisher

Silo/Storage No. 6

Sold To: United Pet

P.O. No. _____ Contract No. _____

Trucking
Company Human

Tractor No. 75   Trailer No. 61

Driver: Dale Hopp

_____ Bleachable Fancy Tallow _____
_____ 7 FAC Tallow _____
_____ White Grease _____

_____ True Energy Formula "A" _____
_____ True Energy - Hog Blend _____
_____ True Energy - Vegetable Blend _____

_____ "Wapak" Meat & Bone Meal _____
__x__ "Wapak" Poultry Meal _____
_____ "Wapak" Hydrolyzed Feather Meal _____

| Quantity: | Price: | | Amount: |
|---|---|---|---|

Feed Tax (IN) (MI) (OH)
Freight
**C 86733** Total

---

## G. A. WINTZER & SON COMPANY
P. O. Box 406
WAPAKONETA, OHIO 45895-0406

800-331-1801

FEED GRADE MATERIAL

"WAPAK" POULTRY BY-PRODUCTS MEAL

Guaranteed Analysis:

| | | |
|---|---|---|
| CRUDE PROTEIN | Minimum | 60.00% |
| CRUDE FAT | Minimum | 8.00% |
| CRUDE FIBER | Maximum | 1.50% |
| MOISTURE | Maximum | 7.50% |
| SALT | Min/Max | 1.5-2.0% |
| CALCIUM | Min/Max | 5.8-6.8% |
| PHOSPHORUS | Minimum | 2.00% |
| ASH | Maximum | 20.00% |

INGREDIENTS:
POULTRY MEAT BY-PRODUCTS

6-15-10

---

**Staple to trucker's factory ticket**

## G. A. Wintzer & Son Company
12279 S. Dixie Highway
P. O. Box 406
Wapakoneta, Ohio 45895-0406

Date: June 15 2010

Load of: Poultry meal

Contract No. _____

Delivery Point:   **United Pet Food**
**30809 Corwin Road**
**Elkhart, IN 46514**

UPF001467

# G.A. Wintzer & Son Company

PO Box 406
Wapakoneta OH  45895

Phone: 800-331-1801
Fax:   419-738-9058



| Invoice No. | 90303 |
|---|---|
| Date | 6/23/2010 |
| Page | 1 |
| Storage No. | 6 |
| Factory/Ticket | C 86805 |
| Seal No. | |
| Export No. | |

**Bill To:**

United Pet Foods
P O Box 250
Osceola IN  46561

**Ship To:**

United Pet Foods
30809 Corwin Road
Elkhart IN  46514

| Purchase Order No. | Customer ID | Contract | Via/FOB | Payment Terms | Master No. |
|---|---|---|---|---|---|
| BY PHONE | UNITE0001 | | Schlemmer/Wapak | Net 15 | 1,569 |

| Shipped | UOM | Description | | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| 25.26 | Tons | Bulk "Wapak" Poultry Meal | | $417.50000 | $10,546.05 |
| | | | | | |
| | | | | | |
| | | **Total** | | | $10,546.05 |

G.A. Wintzer & Son Company
PO Box 406
Wapakoneta OH  45895

| Customer Name | United Pet Foods |
|---|---|
| Customer No. | UNITE0001 |
| **Total** | **$10,546.05** |

| Invoice No. | 90303 |
|---|---|
| Date | 6/23/2010 |
| Page | 1 |
| Storage No. | 6 |
| Factory/Ticket | C 86805 |
| Seal No. | |
| Export No. | |

pd 7-8-10
# 56520

UPF001468

Phone 419-739-4900 or 800-331-1601

# G. A. WINTZER & SON CO.
## WAPAKONETA, OHIO 45895

10224  Scale #3 06/23/2010 12:39PM

OSS    28160 lb INBOUND

10224  Scale #3 06/23/2010 01:03PM

OSS    78680 lb

RE     28160 lb RECALLED

ET     50520 lb

ORIGINAL

Weight Ticket No. 72288

Date June 23 2010

Name United Pet Food

Driver (ON)   OFF    Scale

Commodity Poultry meal

Contract No. _____ P.O. No. _____

Factory Ticket No. 82805

Hauled By Schlenner Farms

Truck/Trailer No. 102 - 24

Gross Weighed By Chad Fish       WEIGHMASTER

Tare Weighed By Chad Fish        WEIGHMASTER

---

Phone 419-739-4900 or 800-331-1601

# G. A. WINTZER & SON CO.
## WAPAKONETA, OHIO 45895

DELIVERY

Weight Ticket No. 72288

Date June 23 2010

Name United Pet Food

Driver (ON)   OFF    Scale

Commodity Poultry meal

Contract No. _____ P.O. No. _____

Factory Ticket No. 8805

Hauled By Schlenner Farms

Truck/Trailer No. _____

Gross Weighed By Chad Fish

Tare Weighed By Chad Fish     WEIGH

UPF001469

## G. A. WINTZER & SON COMPANY
P. O. Box 406
WAPAKONETA, OHIO 45895-0406

800-331-1801

FEED GRADE MATERIAL

"WAPAK" POULTRY BY-PRODUCTS MEAL

**Guaranteed Analysis:**

| | | |
|---|---|---|
| CRUDE PROTEIN | Minimum | 60.00% |
| CRUDE FAT | Minimum | 8.00% |
| CRUDE FIBER | Maximum | 1.50% |
| MOISTURE | Maximum | 7.50% |
| SALT | Min/Max | 1.5-2.0% |
| CALCIUM | Min/Max | 5.8-6.8% |
| PHOSPHORUS | Minimum | 2.00% |
| ASH | Maximum | 20.00% |

INGREDIENTS:
POULTRY MEAT BY-PRODUCTS

G. 6570

Date: _____ 20__ Loaded by: C Fish

Silo/Storage No. L

Sold To: United Pet Food

P. O. No. _____ Contract No. _____

Trucking
Company Schlumer

Tractor No. 107 Trailer No. 24

Driver: _____

_____ Bleachable Fancy Tallow _____

_____ 7 FAC Tallow _____

_____ White Grease _____

_____ True Energy Formula "A" _____

_____ True Energy - Hog Blend

_____ True Energy - Vegetable Blend

_____ "Wapak" Meat & Bone Meal _____

_____ "Wapak" Poultry Meal _____

_____ "Wapak" Hydrolyzed Feather Meal _____

| Quantity: | Price: | | Amount: |
|---|---|---|---|
| | | | |
| | Feed Tax (IN) (MI) (OH) | | |
| | Freight | | |
| | Total | | |

C 86805

---

Staple to trucker's factory ticket

## G. A. Wintzer & Son Company
12279 S. Dixie Highway
P. O. Box 406
Wapakoneta, Ohio 45895-0406

**Date:** June 23 2010

**Load of:** Poultry meal

**Contract No.** _____

**Delivery Point:** United Pet Food
30809 Corwin Road
Elkhart, IN 46514

UPF001470

**G.A. Wintzer & Son Company**
PO Box 406
Wapakoneta OH 45895

Phone: 800-331-1801
Fax: 419-738-9058



| Invoice | 90345 |
| --- | --- |
| Date | 6/28/2010 |
| Page | 1 |

| Storage No. | 6 |
| --- | --- |
| Factory Ticket | C 86850 |
| Seal No. | |
| Export No. | |

Bill To:

United Pet Foods
P O Box 250
Osceola IN   46561

Ship To:

United Pet Foods
30809 Corwin Road
Elkhart IN   46514

| Purchase Order No. | Customer ID | Contract # | Via/FOB | Payment Terms | Master No. |
| --- | --- | --- | --- | --- | --- |
| BY PHONE | UNITE0001 | | Homan/Wapakoneta | Net 15 | 1,612 |

| Shipped | UofM | Description | | | Unit Price | Ext. Price |
| --- | --- | --- | --- | --- | --- | --- |
| 25.06 | Tons | Bulk "Wapak" Poultry Meal | | | $417.50000 | $10,462.55 |
| | | | | **Total** | | **$10,462.55** |

*pd 7-13-10*
*# 56539*

Please return with payment

---

**G.A. Wintzer & Son Company**
PO Box 406
Wapakoneta OH   45895

Customer Name   United Pet Foods
Customer No.     UNITE0001
**Total**              **$10,462.55**

| Invoice | 90345 |
| --- | --- |
| Date | 6/28/2010 |
| Page | 1 |

| Storage No. | 6 |
| --- | --- |
| Factory Ticket | C 86850 |
| Seal No. | |
| Export No. | |

UPF001471

Phone 419-739-4900 or 800-331-1801

# G. A. WINTZER & SON CO.
## WAPAKONETA, OHIO 45895

**DELIVERY**

Weight Ticket No. 71733

Date _June 28 2010_

Name _United Pet_

Driver    ON    (OFF)    Scale

Commodity _Poultry meal_

Contract No. _____ P.O. No. _____

Factory Ticket No. _82052_

Hauled By _Hamm_

Truck/Trailer No. _75-69_

Gross Weighed By _David Fisher_    WEIGHMASTER

Tare Weighed By _David Fisher_    WEIGHMASTER

---

### Staple to trucker's factory ticket

**G. A. Wintzer & Son Company**
**12279 S. Dixie Highway**
**P. O. Box 406**
**Wapakoneta, Ohio 45895-0406**

**Date:** _June 28 2010_

**Load of:** _Poultry meal_

**Contract No.** _____

**Delivery Point:**    **United Pet Food**
                **30809 Corwin Road**
                **Elkhart, IN 46514**

UPF001472

Phone 419-739-4900 or 800-331-1801

# G. A. WINTZER & SON CO.

WAPAKONETA, OHIO 45895

ORIGINAL

Weight Ticket No. 71733

Date June 28 2010

Name United Pet

Driver          ON          (OFF)          Scale

Commodity Poultry meal

Contract No. _____ P.O. No. _____

Factory Ticket No. 86850

Hauled By Homa-

Truck/Trailer No. 95 - 69

Gross Weighed By Chad Fisher          WEIGHMASTER

Tare Weighed By Chad Fish          WEIGHMASTER

```
7569  Scale #3 06/28/2010 03:20PM
ISS   29060 lb INBOUND

7569  Scale #3 06/28/2010 03:46PM
OSS   79180 lb
RE    29060 lb RECALLED
T     50120 lb
```

UPF001473

# G.A. Wintzer & Son Company
PO Box 406
Wapakoneta OH 45895

Phone: 800-331-1801
Fax: 419-738-9058



| Invoice | 90443 |
|---|---|
| Date | 7/8/2010 |
| Page | 1 |
| Storage No. | 6 |
| Factory Ticket | C 86943 |
| Seal No. | 9047895 |
| Export No. | |

**Bill To:**

United Pet Foods
P O Box 250
Osceola IN    46561

**Ship To:**

United Pet Foods
30809 Corwin Road
Elkhart IN    46514

| Purchase Order No. | Customer ID | Contract # | Via/FOB | Payment Terms | Master No. |
|---|---|---|---|---|---|
| BY PHONE | UNITE0001 | | Mitchel Ent/Wapak | Net 15 | 1,712 |

| Shipped | U of M | Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 24.75 | Tons | Bulk "Wapak" Poultry Meal | $425.00000 | $10,518.75 |

21,501.50 *

Ad 8-5-10
# 56606

10,518.75 ‡
11,062.75

21,501.50 *

| | Total | $10,518.75 |
|---|---|---|

pd. 8-5-10
# 56606

Please return with payment

G.A. Wintzer & Son Company
PO Box 406
Wapakoneta OH    45895

Customer Name    United Pet Foods
Customer No.      UNITE0001

**Total        $10,518.75**

| Invoice | 90443 |
|---|---|
| Date | 7/8/2010 |
| Page | 1 |
| Storage No. | 6 |
| Factory Ticket | C 86943 |
| Seal No. | 9047895 |
| Export No. | |

UPF001474

DELIVERY COPY

G. A. WINTZER & SON COMPANY
P. O. BOX 406
WAPAKONETA, OHIO 45895-0406

419-739-4900 or 800-331-1801

Date: 7 8 2010 Loaded by: _Fred W._
(Silo/Storage No. _6_

Sold To: _United Po t_

P. O. No. _____ Contract No. _____
Trucking
Company _Mirch l F__
Tractor No. _628_ Trailer No. _2 0_
Driver: _L M dling_

_____ Bleachable Fancy Tallow _____
_____ 7 FAC Tallow _____
_____ White Grease _____

_____ True Energy Formula "A" _____
_____ True Energy - Hog Blend _____
_____ True Energy - Vegetable Blend _____

_____ "Wapak" Meat & Bone Meal _____
_✓_ "Wapak" Poultry Meal _____
_____ "Wapak" Hydrolyzed Feather Meal _____

Quantity: Price: Amount:

_____ Feed Tax (IN) (MI) (OH) _____
_____ Freight _____
C 86943 Total

---

G. A. WINTZER & SON COMPANY
P. O. Box 406
WAPAKONETA, OHIO 45895-0406

800-331-1801

FEED GRADE MATERIAL

"WAPAK" POULTRY BY-PRODUCTS MEAL

Guaranteed Analysis:

| | | |
|---|---|---|
| CRUDE PROTEIN | Minimum | 60.00% |
| CRUDE FAT | Minimum | 8.00% |
| CRUDE FIBER | Maximum | 1.50% |
| MOISTURE | Maximum | 7.50% |
| SALT | Min/Max | 1.5-2.0% |
| CALCIUM | Min/Max | 5.8-6.8% |
| PHOSPHORUS | Minimum | 2.00% |
| ASH | Maximum | 20.00% |

INGREDIENTS:
POULTRY MEAT BY-PRODUCTS

SK 7-8-10

UPF001475

Phone 419-739-4900 or 800-331-1801

# G. A. WINTZER & SON CO.
WAPAKONETA, OHIO 45895

TRUCKER

Weight Ticket No. 85527

Date 7-8-10

9047895

Name *United Ent*

Driver    ON    OFF    Scale

Commodity *Poultry meal*

Contract No. _____ P.O. No. _____

Factory Ticket No. 86943

Hauled By *Mitchel Ent*

Truck/Trailer No. 408-200

Gross Weighed By *Scott 2* WEIGHMASTER

Tare Weighed By *Scott 2* WEIGHMASTER

---

Phone 419-739-4900 or 800-331-1801

# G. A. WINTZER & SON CO.
WAPAKONETA, OHIO 45895

ORIGINAL

Weight Ticket No. 85527

Date 7-8-10

9047895

200  Scale #3 07/08/2010 06:29PM

SS   28500 lb INBOUND
200  Scale #3 07/08/2010 07:16PM

SS   78000 lb

RE   28500 lb RECALLED

f    49500 lb

Name *United Ent*

Driver    ON    OFF    Scale

Commodity *Poultry meal*

Contract No. _____ P.O. No. _____

Factory Ticket No. 86943

Hauled By *Mitchel Ent*

Truck/Trailer No. 408-200.

Gross Weighed By *Scott 2* WEIGHMASTER

Tare Weighed By *Scott 2* WEIGHMASTER

UPF001476

**G.A. Wintzer & Son Company**
PO Box 406
Wapakoneta OH  45895

Phone:  800-331-1801
Fax:      419-738-9058



| Invoice | 90414 |
|---|---|
| Date | 7/6/2010 |
| Page | 1 |

| Storage No. | 6 |
|---|---|
| Factory Ticket | C 86917 |
| Seal No. | 9047881 |
| Export No. | |

**Bill To:**

United Pet Foods
P O Box 250
Osceola IN  46561

**Ship To:**

United Pet Foods
30809 Corwin Road
Elkhart IN  46514

| Purchase Order No. | Customer ID | Contract # | Via/FOB | Payment Terms | Master No. |
|---|---|---|---|---|---|
| BY PHONE | UNITE0001 | | Hass Trucking/Wapak | Net 15 | 1,682 |

| Shipped | U of M | Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 26.03 | Tons | Bulk "Wapak" Poultry Meal | | $425.00000 | $11,062.75 |
| | | | Total | | $11,062.75 |

8-5-10
# 56606

Please return with payment

**G.A. Wintzer & Son Company**
PO Box 406
Wapakoneta OH   45895

| Customer Name | United Pet Foods |
|---|---|
| Customer No. | UNITE0001 |
| **Total** | **$11,062.75** |

| Invoice | 90414 |
|---|---|
| Date | 7/6/2010 |
| Page | 1 |

| Storage No. | 6 |
|---|---|
| Factory Ticket | C 86917 |
| Seal No. | 9047881 |
| Export No. | |

UPF001477

Phone 419-739-4900 or 800-331-1801

# G. A. WINTZER & SON CO.

WAPAKONETA, OHIO 45895

ORIGINAL

Weight Ticket No. **71800**

Date _7-6-10_

! 2108  Scale #3 07/06/2010 04:14PM

:OSS  28480 lb INBOUND

! 2108  Scale #3 07/06/2010 04:43PM

:OSS  80540 lb

IRE  28480 lb RECALLED

.T  52060 lb

Name _Higgs trucking_

Driver  ON  (OFF)  Scale

Commodity _Poultry Meal_

Contract No. _____ P.O. No. _____

Factory Ticket No. _C86917_

_9047881_

Hauled By _Higgs trucking_

Truck/Trailer No. _2-108_

Gross Weighed By _CBAKER_

Tare Weighed By _CBAKER_  WEIGHMASTER

WEIGHMASTER

---

Phone 419-739-4900 or 800-331-1801

# G. A. WINTZER & SON CO.

WAPAKONETA, OHIO 45895

DELIVERY

Weight Ticket No. **71800**

Date _7-6-10_

2108  Scale #3 07/06/2010 04:14PM

:SS  28480 lb INBOUND

2108  Scale #3 07/06/2010 04:43PM

:SS  80540 lb

W  28480 lb RECALLED

.T  52060 lb

Name _Higgs trucking_

Driver  ON  OFF  Scale

Commodity _Poultry Meal_

Contract No. _____ P.O. No. _____

Factory Ticket No. _C86917_

_9047881_

Hauled By _Higgs trucking_

Truck/Trailer No. _2-108_

Gross Weighed By _CBAKER_

Tare Weighed By _CBAKER_  WEIGHMASTER

WEIGHMASTER

UPF001478

419-739-4900 or 800-331-1801

Date: 7-6-10 _____ 200__ Loaded by: _____

Site/Storage No. 6 _____

Sold To: United Pet _____

P. O. No. _____ Contract No. _____

Trucking
Company Hoss trucking _____

Tractor 7 _____ Trailer No. 108 _____

Driver: Mike brown _____

_____ Bleachable Fancy Tallow _____

_____ 7 FAC Tallow _____

_____ White Grease _____

_____ True Energy Formula "A" _____

_____ True Energy - Hog Blend _____

_____ True Energy - Vegetable Blend _____

_____ "Wapak" Meat & Bone Meal _____

✗ "Wapak" Poultry Meal 947781 _____

_____ "Wapak" Hydrolyzed Feather Meal _____

| Quantity: | Price: | | Amount: |
|-----------|--------|--|---------|
| | Feed Tax (IN) (MI) (OH) | | |
| | Freight | | |
| | Total | | |

C 86917

G. A. WINTZER & SON COMPANY
P. O. Box 406
WAPAKONETA, OHIO 45895-0406

800-331-1801

FEED GRADE MATERIAL

"WAPAK" POULTRY BY-PRODUCTS MEAL

Guaranteed Analysis:

| | | |
|---|---|---|
| CRUDE PROTEIN | Minimum | 60.00% |
| CRUDE FAT | Minimum | 8.00% |
| CRUDE FIBER | Maximum | 1.50% |
| MOISTURE | Maximum | 7.50% |
| SALT | Min/Max | 1.5-2.0% |
| CALCIUM | Min/Max | 5.8-6.8% |
| PHOSPHORUS | Minimum | 2.00% |
| ASH | Maximum | 20.00% |

INGREDIENTS:
POULTRY MEAT BY-PRODUCTS

7-6-10 - CBAKER

**Staple to trucker's factory ticket**

G. A. Wintzer & Son Company
12279 S. Dixie Highway
P. O. Box 406
Wapakoneta, Ohio 45895-0406

Date: 7-6-10 _____

Load of: Poultry Meal _____

Contract No. _____

Delivery Point: **United Pet Food**
**30809 Corwin Road**
**Elkhart, IN 46514**

UPF001479

**G.A. Wintzer & Son Company**
PO Box 406
Wapakoneta OH   45895

Phone: 800-331-1801
Fax:   419-738-9058



| Invoice | 90516 |
|---|---|
| Date | 7/19/2010 |
| Page | 1 |
| Storage No. | 6 |
| Factory Ticket | C 87015 |
| Seal No. | 9047926 |
| Export No. | |

**Bill To:**

United Pet Foods
P O Box 250
Osceola IN   46561

**Ship To:**

United Pet Foods
30809 Corwin Road
Elkhart IN   46514

| Purchase Order No. | Customer ID | Contract # | Via/FOB | Payment Terms | Master No. |
|---|---|---|---|---|---|
| | UNITE0001 | | Mitchell Wapakoneta | Net 15 | 1,785 |

| Shipped | U of M | Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 25.55 | Tons | Bulk "Wapak" Poultry Meal | $425.00000 | $10,858.75 |

| | | Total | $10,858.75 |
|---|---|---|---|

*pd 8-12-10*
*# 56629*

Please return with payment

**G.A. Wintzer & Son Company**
PO Box 406
Wapakoneta OH   45895

| Invoice | 90516 |
|---|---|
| Date | 7/19/2010 |
| Page | 1 |
| Storage No. | 6 |
| Factory Ticket | C 87015 |
| Seal No. | 9047926 |
| Export No. | |

Customer Name   United Pet Foods
Customer No.    UNITE0001
**Total        $10,858.75**

UPF001480

Phone 419-739-4900 or 800-331-1801

# G. A. WINTZER & SON CO.
## WAPAKONETA, OHIO 45895

DELIVERY

Weight Ticket No. **85601**

Date 7-19-10

508509  Scale #3 07/19/2010 10:43AM

OSS     28000 lb INBOUND

508509  Scale #3 07/19/2010 09:15AM

OSS     79100 lb

RE      28000 lb RECALLED

T       51100 lb

Name _United Pet_

Driver       ON      (OFF)      Scale

Commodity _Poultry Meal_

Contract No. _____  P.O. No. _____

Factory Ticket No. _C87015_

Hauled By _Mitchel_

Truck/Trailer No. _508 509_
                  _Scal# 9847926_

Gross Weighed By _E Huckleburg_        WEIGHMASTER

Tare Weighed By _CBAKER_               WEIGHMASTER

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Phone 419-739-4900 or 800-331-1801

# G. A. WINTZER & SON CO.
## WAPAKONETA, OHIO 45895

ORIGINAL

Weight Ticket No. **85601**

Date 7-19-10

508509  Scale #3 07/19/2010 08:49AM

OSS   28000 lb INBOUND

508509 · Scale #3 07/19/2010 09:15AM

OSS   79100 lb

RE    28000 lb RECALLED

T     51100 lb

25.⁵⁵

Name _United Pet_

Driver       ON      (OFF)      Scale

Commodity _Poultry Meal_

Contract No. _____  P.O. No. _____

Factory Ticket No. _C87015_

Hauled By _Mitchel_

Truck/Trailer No. _508 509_
                  _Scal# 9847926_

Gross Weighed By _E Huckleburg_        WEIGHMASTER

Tare Weighed By _CBAKER_               WEIGHMASTER

UPF001481

**G. A. WINTZER & SON COMPANY**
P. O. Box 406
WAPAKONETA, OHIO 45895-0406

800-331-1801

FEED GRADE MATERIAL

**"WAPAK" POULTRY BY-PRODUCTS MEAL**

**Guaranteed Analysis:**

| | | |
|---|---|---|
| CRUDE PROTEIN | Minimum | 60.00% |
| CRUDE FAT | Minimum | 8.00% |
| CRUDE FIBER | Maximum | 1.50% |
| MOISTURE | Maximum | 7.50% |
| SALT | Min/Max | 1.5-2.0% |
| CALCIUM | Min/Max | 5.8-6.8% |
| PHOSPHORUS | Minimum | 2.00% |
| ASH | Maximum | 20.00% |

**INGREDIENTS:**
POULTRY MEAT BY-PRODUCTS

Date:_____

Sold To:_____
P. O. No._____Contract
Trucking
Company_____
Tractor No. _____Trailer No. _____
· Driver:_____

____Bleachable Fancy Tallow _____
____7 FAC Tallow _____
____White Grease _____

____True Energy Formula "A" _____
____True Energy - Hog Blend _____
____True Energy - Vegetable Blend _____

scale 104772G

____"Wapak" Meat & Bone Meal _____
____"Wapak" Poultry Meal _____
____"Wapak" Hydrolyzed Feather Meal _____

| Quantity: | Price: | Amount: |
|---|---|---|
| | Feed Tax (IN) (MI) (OH) | |
| | Freight | |
| | Total | |

C 87015

---

**Staple to trucker's factory ticket**

**G. A. Wintzer & Son Company**
12279 S. Dixie Highway
P. O. Box 406
Wapakoneta, Ohio 45895-0406

Date: _____7.19.10_____

Load of: _____Poultry Meal_____

Contract No. _____

Delivery Point: **United Pet Food**
**30809 Corwin Road**
**Elkhart, IN 46514**

UPF001482

**G.A. Wintzer & Son Company**
PO Box 406
Wapakoneta OH   45895

Phone:  800-331-1801
Fax:      419-738-9058



| Invoice | 90656 |
|---|---|
| Date | 8/3/2010 |
| Page | 1 |

| Storage No. | 6 |
|---|---|
| Factory Ticket | C 87163 |
| Seal No. | 9047997 |
| Export No. | |

**Bill To:**

United Pet Foods
P O Box 250
Osceola IN   46561

**Ship To:**

United Pet Foods
30809 Corwin Road
Elkhart IN   46514

| Purchase Order No. | Customer ID | Contract # | Via/FOB | Payment Terms | Master No. |
|---|---|---|---|---|---|
| BY PHONE | UNITE0001 | | Milchel/Wapakoneta | Net 15 | 1,927 |

| Shipped | U of M | Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 25.98 | Tons | Bulk "Wapak" Poultry Meal | | $425.00000 | $11,041.50 |
| | | | | | |
| | | **Total** | | | $11,041.50 |

pd 9-2-10
#56698

*Please return with payment*

**G.A. Wintzer & Son Company**
PO Box 406
Wapakoneta OH   45895

| Customer Name | United Pet Foods |
|---|---|
| Customer No. | UNITE0001 |
| **Total** | **$11,041.50** |

| Invoice | 90656 |
|---|---|
| Date | 8/3/2010 |
| Page | 1 |

| Storage No. | 6 |
|---|---|
| Factory Ticket | C 87163 |
| Seal No. | 9047997 |
| Export No. | |

UPF001483

Phone 419-739-4900 or 800-331-1801

# G. A. WINTZER & SON CO.
## WAPAKONETA, OHIO 45895

ORIGINAL

Weight Ticket No. 66645

Date _8-3-10_

J 1103   Scale #3 08/03/2010 01:29PM

ROSS    28520 lb INBOUND

J 1103 _ Scale #3 08/03/2010 02:15PM

ROSS    80480 lb

RE  ~ 28520 lb RECALLED

ET    51960 lb

Name _United Pet Food_

Driver    ON    (OFF)    Scale

Commodity _Poultry Meal_

Contract No. _____ P.O. No. _____

Factory Ticket No. _87153_

Seal # _9047997_

Hauled By _Mitchel_

Truck/Trailer No. _1103_    _609_

Gross Weighed By _Chad Fisher_    WEIGHMASTER

Tare Weighed By _____    WEIGHMASTER

---

Phone 419-739-4900 or 800-331-1801

# G. A. WINTZER & SON CO.
## WAPAKONETA, OHIO 45895

DELIVERY

Weight Ticket No. 66645

Date _8-3-10_

Name _United Pet Food_

Driver    ON    (OFF)    Scale

Commodity _Poultry Meal_

Contract No. _____ P.O. No. _____

Factory Ticket No. _87153_

Seal # _9047997_

Hauled By _Mitchel_

Truck/Trailer No. _1103_    _609_

Gross Weighed By _Chad Fisher_    WEIGHMASTER

Tare Weighed By _____    WEIGHMASTER

UPF001484

## G. A. WINTZER & SON COMPANY
### P. O. Box 406
### WAPAKONETA, OHIO 45895-0406

**800-331-1801**

**FEED GRADE MATERIAL**

**"WAPAK" POULTRY BY-PRODUCTS MEAL**

**Guaranteed Analysis:**

| | | |
|---|---|---|
| CRUDE PROTEIN | Minimum | 60.00% |
| CRUDE FAT | Minimum | 8.00% |
| CRUDE FIBER | Maximum | 1.50% |
| MOISTURE | Maximum | 7.50% |
| SALT | Min/Max | 1.5-2.0% |
| CALCIUM | Min/Max | 5.8-6.8% |
| PHOSPHORUS | Minimum | 2.00% |
| ASH | Maximum | 20.00% |

**INGREDIENTS:**
**POULTRY MEAT BY-PRODUCTS**

---

DELIVERY COPY

G. A. WINTZER & SON COMPANY
P. O. BOX 406
WAPAKONETA, OHIO 45895-0406

419-739-4900 or 800-331-1801

Date: 8-3 2000 Loaded by: C. Fisher

Silo/Storage No. 6

Sold To: Amstd Pet

P. O. No. _____ Contract No. _____
Trucking
Company Mill

Tractor No. 1105 Trailer No. 105

Driver: _____

_____ Bleachable Fancy Tallow
_____ 7 FAC Tallow
_____ White Grease

_____ True Energy Formula "A"
_____ True Energy - Hog Blend
_____ True Energy - Vegetable Blend

Sal # 924 7997
_____ "Wapak" Meat & Bone Meal
_____ "Wapak" Poultry Meal
_____ "Wapak" Hydrolyzed Feather Meal

Quantity: _____ Price: _____ Amount: _____

Feed Tax (IN) (MI) (OH)
Freight
Total

~ C 87153

UPF001485

~~Staple to trucker's factory ticket~~

**G. A. Wintzer & Son Company**
12279 S. Dixie Highway
P. O. Box 406
Wapakoneta, Ohio 45895-0406

Date:  _8·3·10_

Load of:  _Poultry meal_

Contract No.  _____

Delivery Point:  **United Pet Food**
30809 Corwin Road
Elkhart, IN 46514